

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution
Fairton, New Jersey 08320

February 26, 2021

MEMORANDUM FOR: (b)(6); (b)(7)(C)
NATIONAL POLICY AND PROGRAMS COORDINATOR
WOMEN AND SPECIAL POPULATIONS BRANCH

FROM: Thomas E. Bergami, Warden

SUBJECT: Inmate Pernell, Aaron
Reg. No.: 17601-035
Referral to Transgender Executive Council

The purpose of this memorandum is to submit inmate Aaron Pernell, Reg number 17601-035, to the Transgender Executive Council (TEC) for appropriate action.

Inmate Pernell is a 33 year old transgendered (MTF), Medical Care Level 1, Mental Health Care Level 2 inmate requesting to be considered for fully transition to a female to include the gender affirming surgery while in BOP custody. (b)(7)(F) Her security level is listed as medium, her custody level is In, and she currently has 8 points. Inmate Pernell has been in BOP custody since May 12, 2015. In August of 2015 she was found guilty for Code 306, refusing work/ program assignment for refusing order out of Special Housing Unit to the Compound on 8/13/2015 and again on 8/20/3015 for the same offense. However, since she has no record of any disciplinary action or behavior, she follows institutional rules, and Ms. Pernell recently obtained employment in the Safety Department.

Her list of medical diagnoses are as follows: transgender validated male to female, anemia, hyperlipidemia, major depressive disorder, Posttraumatic stress disorder, Gender dysphoria in adolescence, astigmatism, Peripheral retinal degeneration, Alcohol use disorder, stimulant use disorder. She is currently only taking atorvastatin for her hyperlipidemia, in addition to her hormone therapy. She has been classified as a CARE-1 Medical and recently was increased to a CARE2- MH after an attempt at castration in July, 2020. She cited feelings of hopelessness regarding the prospect of full male-to-female transition as the triggering event. Other than the one instance of self-mutilation, there have been no signs of emotional instability that would otherwise interfere with any aspect of daily functioning. She is scheduled for a review of her mental health care level and will most likely be downgraded to CARE1-MH.

Since her arrival, Ms. Pernell has consistently sought out gender affirming resources, products, and

E1

procedures. She carries herself as a woman, to the extent permitted, in her current environment. She maintains a feminine hairstyle, wears female undergarments and make-up, and educates her housing unit peers on trans-gender issues. She answers to female pronouns and has initiated formal name change procedures in order to change her first name from Aaron to Arya. She gradually revealed her gender identity to select family members over the past few months and had her first family visit, as a woman, with her parents and sister in early January.

A review of Diagnostic and Care Level Formulation notes in PDS/BEMR revealed Ms. Pernell consistently referenced gender identity issues dating back to childhood on 04/18/16, 07/29/16, 12/21/17, and 04/29/19. She was formally diagnosed with Gender Dysphoria in Adults on 04/30/19. Inmate Pernell started hormone therapy in September, 2019 to aide in her transition. Her current regimen is Estradiol 3 tablets each morning and 2 mg each night and Spironolactone 100 mg BID. She has achieved noticeable feminizing effects and her hormone levels have been at or near goal since September, 2020. Because changes in her physical appearance, including breast development, has frequently led to unwanted attention from her peers, she has had to inhibit her gender expression by wearing loose fitting clothing in order to hide her femininity. Such restrictions have contributed to depressive symptoms and feelings of invalidation. Although her primary goals is to fully transition and is requesting the gender affirming surgery, she may benefit from transfer to a lower security facility if deemed appropriate. There are no mental health or medical reasons precluding a transfer to a lower security facility.

Inmate Pernell has a projected release date of November 28, 2050. Due to the length of her remaining sentence and desire to transition to a female, she may be a good candidate for gender affirming surgery and all of the necessary steps that accompany preparation for surgery, should the TEC deem appropriate. She has made significant progress in her transition with the available resources. Her primary goal is not to transfer to a female institution, but she will do so in order to fulfill requirements for the gender affirming surgery in order to reach her goal of a full transition.

E2

TEC ~ Ms [(b)(6); (b)(7)(C)]                    ~ Arya Milan Perrell

Hi ~ I am Arya ~ I am very thankful for all the effort to help me. Knowing that y'all were trying seriously kept me going for so long. I heard I was denied transfer. Honestly I don't understand why transfer is a requirement. I am just needing surgery. After surgery I will be strong enough to face everything. A male low is honestly a nightmare anyway. There I wouldn't be able to get away from the men. I also don't want to experience that same nightmare pre-surgery in a female prison. I just want to fully transition. I'm not entitled to it, I'm not demanding it, I just need it like water or food.

I know the reasoning for "real-life experience" is to ensure that I am truly wanting this. But remember please, that is for myself to be sure in intent. So may I express to you my real life that I am experiencing, and how I know in my heart I am sure of two things: 1) I am a woman and nothing can ever make me turn away from embracing that fact, 2). I need water to live, I need food to live, and I need transition to live. Without any of these three things I will inevitably pass away. I

E3

am in pain and I need it to stop and I'm so exhausted with the how.

Sadly, my current female experience doesnt consist of laughter or me getting to do all the "feminine" things in a female prison. But, my whole family knows I am a woman, my friends still see I am her, my professional presentation around co-workers and bosses is her, and all my interactions with staff and the world are as I am, her. Hanging out with women does not make me less or more female. And as far as the difficulties that we face in this country and world. I am undeniably female in a male prison. I basically live in a bar surrounded by drunks who havent been layed in years. You tell me what my daily female experience is. My real-life is this. The cat calls and harrassment, objectification and sexualization, stalking, men that dont hear no, and all the judgements and ego's I have to navigate arround. Yet, despite wanting to hide every day, to never wake up again. I wake up and do the things that bring me peace. I put my make up on and do my hair until I can stand myself in the mirror. Until

E4

I can pretend I am whole enough to face each day. I am a woman. I appear female, I walk female, I think female, I perceive and interpret, I understand female. Estrogen is pumping through my brain and body and I feel graciously female. No amount of time or "experience" is going to change the fact I am a woman. The only uncertainty I have is when I see my sewage and I am unsure how to cut it off without dying. Everyday I am a woman around these men. Whether I am ridiculed, afraid, uncomfortable, judged or target for desires I want no part in, I wake up daily and do the only thing I can do. Be me. Arya Milan Pernell. And I am asking you to save me please.

Sincerely ~ Arya Milan Pernell ~

E5



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Office of the Warden*

United States Penitentiary
4500 Prison Road; Marion, IL 62959

April 1, 2022

FOR:    (b)(6); (b)(7)(C)    POLICY AND PROGRAMS COORDINATOR
        WOMEN AND SPECIAL POPULATIONS BRANCH

FROM:    D. Sproul, Warden

SUBJECT:    Inmate PERNELL, Reg. No. 17601-035
            Referral to Transgender Executive Council

This memorandum is in response to a request for information pertaining to Inmate PERNELL, Reg. No. 17601-035 and the inmate's request for gender reassignment surgery. Inmate PERNELL identifies as transgender, male to female. Therefore, female pronouns will be utilized throughout this report. My responses to the inquiry for additional information is as follows:

- **Evidence of a continuously manifested desire to live and to be accepted as a member of the preferred gender for at least two years.**

Inmate PERNELL entered BOP custody on 05-12-2015. She self-identified as transgender to a psychologist during a Suicide Risk Assessment on 04-18-2016 and, on 05-08-2019, the TRN M2F code was entered in SENTRY.

- **Evidence that the inmate lived full-time in the desired gender role for at least 12 months to the extent possible at the current institution.**

Inmate PERNELL has lived as and/or identified as female since she arrived at USP Marion on 10-07-2021. All notes reviewed in PDS-BEMR over the past year state that she identifies as transgender and/or refer to her with female pronouns. She wears the available female clothing at the institution and purchases commissary items available to transgender inmates when the items are available. She wears her hair long and in a feminine style, speaks in a soft-spoken voice, and displays female mannerisms. Her request for a pat-down exception at USP Marion was granted in December 2021.

- **Evidence that the inmate received at least 12 continuous months of medically supervised hormone therapy appropriate to the desired gender goals (unless there was a medical contraindication to this therapy).**

Inmate PERNELL is currently on hormone therapy consisting of estradiol 3mg every morning and 2mg every evening. A medical Clinical Encounter note dated 10-19-2021 states that she has been prescribed estradiol for the last 2 years. Therefore, she has been on this dose of hormones for at least 2.5 years.

- **Evidence that the inmate could successfully and safely transfer and adjust medically**

**and psychologically, to a different facility.**

Inmate PERNELL struggled emotionally and psychologically somewhat at the time of her transfer to USP Marion in October 2021. Her first contact with Psychology Services was a Suicide Risk Assessment (SRA) on 10-12-2021 after "having been located by staff on F unit with a sheet made into a ligature around her neck." Per her report during that assessment, "she had been experiencing a number of challenges on this date that ultimately culminated in her feeling hopeless about her journey toward confirmation surgery, felt she was not in a supportive environment, and lost the desire to live." In addition, "she had attempted to order makeup from commissary, stating it 'is one of my coping strategies' to engage in some pampering of herself with makeup and lotion but found out that the items were not available and in stock on this date." She has demonstrated significant improvement in emotion regulation since that time and has not required another SRA. She is currently classified as CARE2-MH and a Psych Alert due to a significant history of suicidal ideation and self-directed violence.

It should be noted that she apparently attempted to castrate herself on 07-10-2020, which resulted in a SRA and transfer to an outside medical facility for treatment. Since that time, she has been the subject of 8 additional SRAs, including the 10-12-2021 SRA described above that occurred shortly after her arrival to USP Marion.

- **Evidence (if any) suggestive of any external coercion or predation related to the designation request.**

Inmate PERNELL has not requested to transfer to a female facility.

**NOTE:** Inmate PERNELL has specifically requested that she receive gender reassignment surgery *before* being transferred to a female facility. She is adamant that she does not want to "set a precedent of guys with my (b)(7)(F) being able to transfer to a female facility before they get surgery. I don't want other people to be able to take advantage of that."

E7

**IM** [Pernell, Aaron M.]
**#17601-035**
**DOB/AGE:** 03-27-1987/33



(b)(6); (b)(7)(C)

**PRD/Months to Release:**     11-28-2050

**History of Sexual Offense:**     Yes
**History of Violence:**     None

**Medical Care Level:**     CARE 1
**MH Care Level:**     CARE 2 -MH

**Security Classification:**     Medium
**Current Institution:**     FAI

**Details and Requests:** IM Pernell is male and identifies as female (TRN M2F). Based on her request for gender-affirming surgery, staff at FAI provided the information below. Inmate Pernell was most recently reviewed by the TEC on April 19, 2021. The TEC previously recommended lesser security transfer to low security male facility. However, upon further review by DSCC, due to greatest severity detainer, the TEC concurs she remain at a medium security facility and continue programming and hormone therapy while working with her unit team to resolve outstanding detainer issues. The TEC stated they would review again at future TEC, if detainer is resolved or at inmate or institution request. The inmate and the institution has requested further review.

*Inmate Pernell is currently housed at FCI Fairton and arrived on January 21, 2020. She has been incarcerated since July 23, 2015, with the BOP. During her intake screening interview, she identified as female and expressed her preference to be addressed with feminine pronouns. According to Psychology staff, she endorsed a history of depression and anxiety secondary to gender identity issues. She reported satisfaction with ongoing hormone treatment and stated her intention to pursue sex reassignment surgery and ultimately be transferred to a female correctional institution. A review of Diagnostic and Care Level Formulation notes in PDS/BEMR revealed Ms. Pernell consistently referenced gender identity issues dating back to childhood on*

E8

*04/18/16, 07/29/16, 12/21/17, and 04/29/19. She was formally diagnosed with Gender Dysphoria in Adults on 04/30/19. On 07/10/20, she engaged in an attempted self-castration. She cited feelings of hopelessness regarding the prospect of full male-to-female transition as the triggering event. Since that time, she has been the subject of three additional suicide risk assessments, all of which were conducted in response to heightened emotional distress associated with her Gender Dysphoria condition. She was also the victim in three PREA investigations. Her mental health care level was increased to CARE2-MH and her treatment plan focused solely on issues related to gender dysphoria and male-to-female transition. She has maintained clear conduct since September of 2015 after receiving 3 incident reports for Code 306.*

*Since her arrival at FCI Fairton, inmate Pernell has consistently sought out gender affirming resources, products, and procedures. She carries herself as a woman, to the extent permitted, in her current environment. She maintains a feminine hairstyle, wears female undergarments and make-up, and educates her housing unit peers on transgender issues. She answers to female pronouns and has recently initiated name change procedures. She has revealed her gender identity to select family members.*

*Inmate Pernell has been compliant with HRT for over 12 months – since September 2019. Her hormone levels have been at or near goal since September 2020. Per BEMR, she attends all appointments and readily engages with Health Services staff.*

*Additionally, inmate Pernell wrote the TEC a letter stating in part, "Embracing my womanhood has given me the ability to gain empathy and fully understand the hurt I have caused. Embracing the real me is how I gain the strength...I ask you to please allow me to fully transition into the best most real version of myself. I am asking you to save me even though I am not the most deserving. It has become an unbearable struggle to live with male genitalia. If I do not embrace my womanhood, I do not see a way to continue on." Her clinician has also suggested the TEC meet with her over VTC.*

*According to Psychology staff, she follows institution rules and has not received any incident reports. Other than the one instance of self-mutilation, there have been no signs of emotional instability that would otherwise interfere with any aspect of daily functioning. She has demonstrated a willingness and ability to solicit supportive services prior to engaging in any additional self-harm. There are no mental health reasons precluding a transfer to a lower security facility and she has expressed interest in participating in* (b)(7)(F) *(b)(7)(F) She cited her preference to participate in* (b)(7)(F) *at a female institution. In the event that such a transfer is precluded at this time, strong consideration should be given to transferring her to a low security male institution for inclusion in* (b)(7)(F)

After lengthy conversations with the institution and WASPB, it is recommended inmate Pernell participate in (b)(7)(F) at USP Marion at this time. Upon completion of treatment, the TEC would review for a lesser security transfer or female facility transfer.

E9