Arya Pernell/17601-035
USP Marion
P.O. Box 1000
Marion, IL 62959
Plaintiff, pro se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

Arya Pernell,
   Plaintiff,

    v.
Transgender Executive Council John Does #1-7
   (Federal Bureau of Prisons)
D. Sproul, et, el.
   Defendants.

Case No.:_____

DECLARATRION OF RANDAL BATEMAN

RANDALL BATEMAN states:

1. I am writing to convey my personal experiences with Miss. Arya Pernell. I write on her behalf to explain what I've seen through our interactions.

2. I can say of all the Trans people on this compound, USP Marion, she is the only whom I've encountered who truly is viewed as a woman. I also have noticed most around me also view her this way which also seems a disadvantage.

3. I've seen many male inmates make unwanted advances toward her as well as stare for a very uncomfortable amount of time. I've even heard comments about her that I do not wish to repeat for respect to this Court from both inmates and staff, most of it is inappropriate and creepy.

4. I've noticed since Arya has arrived to the compound, I've seen her not be able to venture out alone for fear of these things, or worse, happening to her.

5. As I've known her, all her goal is for her sanity and peace to be able to transition to the female that she is. I believe that this facility is unhealthy for her mental and physical health and her being able to get her surgery alone and

F1

be able to move to a female facility would be to her benefit.

8. Thank you for your time in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: This _7th_ day of _January_ 2023.

Randall Bateman #26445-075

-2-

F-2

Statement of TONY WEEMS / FBOP # 10819

I, TONY WEEMS, am writing this statement in connection with what I have visually witnessed other inmates behave like when arround or contacting Ms. Pernell.

1). I have witnessed individuals on numerous occassions grab at or attempt to man-handle Ms. Pernells Breast or Behind. THese actions have caused Ms. Pernell to wait with her back against a wall for all the inmates behind her to pass to include myself.

2). I witnessed a guy in the law library sitting a little off from Ms. Pernells rigth side looking at Ms. Pernell whilke, wnkown to Ms. Pernell, the guy masturbated while looking at Ms. Pernell.

3) I witnessed a guy touch Ms. Pernells Hair and then smell his own hand. After doing this he leaned closer to her and smelled her hair.

4) I witnessed two guys walking in a hurried fashion to catch up with Ms. Pernell as she walked the track. When they caught up to her, the the last guy pushed the first guy into Ms. Pernell as the first guy grabbed Ms. Pernells Behind.

I, Tony Weems, believe these intentional acts violating her space and her rights are specifically because of her feminine appearence as a woman. For someone to look the way Ms. Pernell does in a male prison in most ways makes her a target of harm.

F3

To Whom this May Concern

My name is Jacob Bomboy. I am currently an inmate at USP Marion, and I am enrolled in the SOTP-R program here. I have known Arya Pernell for a few months now, and can say that we've become good friends. When I see Arya, I don't see one of my "Bros". I see someone I would treat like a sister. I see a strong, independent woman who is kind and assertive. I sometimes see her go through some struggles being the way she is in our current environment. Whether its the unwanted sexual advances from our peers, or having to deal with what people say behind her back. When I first met her I even had to straighten myself out in the way I spoke and interacted with her because I was not use to being around a female in this environment and in this manner. I told her I would make a point to maintain eye contact in conversation because I know and understand the level of victimization she goes through regularly just to try and fit in. I understand that she is not doing the transition for attention. She wants her outer image to reflect who she feels she is on the inside and it shows in her personality and her day to day life. I believe that Arya is a woman, and I feel that anyone who takes the time to get to know her would agree. There's no denying that she is the real deal, and she's my friend.

Sincerely

Jacob Bomboy

F4

Hello, I am writing this letter on behalf of my friend Arya. Since beginning her transformation into a woman, she has dealt with many issues including sexual harrassment and other unwanted attention from people who see her as a potential partner regardless of her opinions or choice in the matter, finishing and completeing her transformation into a woman will not only solve these problems but will also greatly improve her Quality of life since she is uncomfortable having to deal with male body issues, it will make her more positive in her day today, more comfortable in her body, therefor that positiveness will spread to others improving relationships and contributing to a more positive and safe place to live.

Thank you for your time,

Michael Dockery

58758-060

Fs

07/19/2022

To whom it may Concern

When I first had the pleasure of meeting Arya Pernell, My first thought was why was there a female here in a male prison. Then I learned she was in transition. She appeared as a woman, along with the Manerisms and personality traits of a woman. I am witness to daily verbal and emotional abuse she has endured because the Inmates at this prison treat her as a woman as well, but not in the way a woman should be treated. I've seen men stare at her like she's a pcice of Meat. I've seen men try and grab her butt while walking in the hallway. Every where she goes shes greeted with whistle's, cat calls, disrespectful sexual comments. I've overheard men's conversations where they want to ask her for oral sex or more. I believe an all male prison is an unsafe place for a woman. That is what Arya Pernell is a woman. She should have the same rights and safety as all other women have in the prison system.

On Behalf of Arya Pernell
her Friend
Caleb Bonebrake

F6

On behalf of Arya Pernell

To the courts & who it may concern.

When I first met Mrs Pernell, the first thought that went through my head was, 'What on earth is a woman doing in a mens prison'. Being a woman is not in any way something that Arya is 'Doing', it is what she is. It doesn't take long just being around her to see. How she walks, talks, looks & thinks is through & through female. Also, unfortunately it also does not take long; just being around her, to see what it is like for her on a daily basis being in a setting such as this, How people hoot & holler at her. The disgusting sexual remarks as she walks past, The 'bumping' into her & basically groping at her. Every day, & honestly I would be willing to bet every minute, has got to be a challenge for her that one can only imagine; Constant sexual remarks, advances & just plain non stop, relentless vulger remarks. I don't believe anyone, especially someone as kind as her, should have to go through the daily torment she experiences every single day.

Thank you

Justin Swift

3480304S

F7

To Whom It May Concern,                                      6-29-2022

My name is Donovan Heidenreich; I am an inmate currently being held at USP Marion. I met Aria Pernell shortly after she arrived at this istitution. From our first meeting, even before she shared her status as a transwoman, I knew Ms. Pernell would fall within that Category.

Ms. Pernell is physically feminine in every outward appearance. Her actions, too, speak of an individual who is a woman. Not once, since I've known her, have I seen her deviate from this expression of who she is — nor has she exhibited any signs that her identification as a transwoman is anything but genuine.

This being the case, she tends to attract unwanted attention to a great degree— this is a men's prison, and she is a woman. I have personally seen her approached, solicited, verbally harrassed, taunted, etc. (both sexually and not). This is not only a men's prison, but also a prison which houses a large population of sex offenders. — and as such, there is an added layer of complication due to Ms. Pernell's womanhood.

In addition to problems with the inmates, I know Ms. Pernell has experienced issues with staff as well. Many staff enjoy making homophobic and transphobic jokes, as well as speaking oudly to other inmates about how this is a male prison, and there are no females here. I know Ms. Pernell has had to file Administrative Remedies due to her needs not being met, as well.

I am writing because I am Ms. Pernell's friend and as a gay man myself, I am aware of the level and types of attention shown to members of the LGBT community at this institution— and I am not a woman; her situation is even more onerous. I would not presume to tell you what to do, but merely wish to inform you of what I know to be true about Ms. Pernell's situation so that you may make a more informed decision.

Respectfully,

Donovan Heidenreich

Donovan Heidenreich
53515-424                                                   F8
United States Penitentiary

Tau Khalfani #04780-007
United States Penitentiary
P.O. Box 1000
Marion, Illinois
62959

To Whom It May Concern,

This letter is in acknowledgement of my sister Arya Pernell, who is graciously seeking Sex Re-Assignment Surgery from the United States Bureau Of Prisons.

I have served time for 21 years throughout 9 different prisons. It was at USP Tucson where I was diagnosed with Gender Dysphoria in 2012, followed by Hormone Replacement Therapy in 2015. I was the first to begin treatment at this institution. I went on to establish a Transgender Support Group, as well as assist Trust Fund in providing Transgender items in the commissary. Serving time at that institution for 8 years, my demonstration led to the role of "mother hen", by Executive Staff and the inmate population. My transition was a spiritual, physical journey to womanhood. For the first time in my life, I feel comfortable in my own skin. I can look in a mirror, and love the woman that stares back at me. The peace I now experience is surreal.

I view Arya Pernell as a woman who is in search of that same peace. She is intellectually gifted, politically conscious, and blessed with extreme charisma. She is a motivator, and the dialogue she ingages in with others, makes them feel good. Yet, deep down there is a deep seeded insecurity she battles with. As beautiful a woman as she is, her desire to live a real life experience is strong. Her peace lies in the identification, & acknowledgement of the woman she feels on the inside. The woman she wants to live in alignment with.

It is no secret that treament for Gender Dysphoria comes in many forms. I strongly and sincerly believe that Sex Re-Assignment surgery will put her on a path to living the real life experience all Transgenders search for. It will provide her with the security she desperately seeks. Above all it will elleviate the pain and sadness of living with a male phallus. She wants to crawl out of the pit of despair. She wants to live a life as the woman she is. Thank you for your attention in this matter.

Tau Khalfani

♀

F9

I am giving this writing to Ms Pernell to be use in any format she choose.

I met Ms. Pernell at U.S. Penitentiary Marion, Ill. I was taken aback due to Her very strong feminine characteristics I thought that the B.O.P. wouldn't place another effeminate prisoner in any U.S. penitentiary, Specially after the United States Supreme court decisions in Dee Farmer V. Brennan 511. U.S. 825 (Farmer a transsexal prisoner was beating and raped at a U.S. Penitentiary). Knowing the reasoning for that decisions give me deep concern for Ms Pernell well being.

For her to live in this prison cause Pernell to be hypevigilant against physical assaults and verbal abuse. Verbal assaults that are potentlally devastating to the human spirit; shattering Her self-esteem which may had cause Pernell to attempted suicide, shortly after arriving here. Although there is a very small group of us who are sympathetic and

F10

empathic to Her cause, doesn't take-away the Fact that being in a males prison is unsafe for Ms. Pernell. I used the pronoun Ms, she, her through out this writing in describing Inmate Pernell, because in my eyesight Inmate Pernell is a women in a Males prison. I do hope that she doesn't Fall prey to Larger, stronger and ruthless males inmates... which can end fatally... See United states V — Hammer U.S. DIST. Lexis 74124 (3cir May 29 -2014)... A violent, ruthless convict murdered a effeminate prisoner (to Conceal his homosexuality). I pray that Ms Pernell well get the needed medical Operation and be place in a Females prison for Her safety.

I Wyatt Al-Mutawakkil declare that I am the author of this writing, and under penalty of perjury as found at 28 U.S.C. 1746 Executed on this day of July 5th, 2022

Wyatt Al-Mutawakkil

FII

6/17/22

This is A very difficult environment for trangender women to be them selves. Thay are continuously discriminated against due to their dysphoria. I have witness the mental an emotional strain that this environment has on MS. pernell the mood changes, She is A strong trangender women with character an courage. For her to regularly have to listen to the inappropriate remakers directed at her is mind blowing.

I feel that the only safe environment for ns. pernell to have freedom of expression is in the sex offender program. She is valued by others in the treatment community. General population inmates are some times disrespectful towards her. Making negative generalize statements directed at the trangender community. Clearly these comments has A negative affect on her emotional states

She seeks support from others in the program. Often she express that her dysphoria is A punishment an not taken seriously by others, Due to her being denied of surgry.

I respectfully ask the court to consider in allowing MS. pernell to be able to move forward with surgy.

J. Haggins

Joshua Haggins

F12

To whom It My Concern

It would Be Best For Inmate Pernnell To Be Incarcerated Within A womans Prison As This is A Safety concern. Male Inmates Take Advantage of vulnerability And Inmate Pernnell is susceptible To Attack And Physical Injury. This Also Produces An unhealthy Mental State For Inmate Pernnell For Long Term Incarceration.

Wiegand, Scott
50359 018

F13

To whom it may concern

I'm writing this Statement on behalf of Ms. Pernell. I honestly think She Should be able to get the transitioning Surgery. Ms. Pernell is very lady like. She walks around and acts very much as a lady. I view Ms. Pernell as a lady as does alot of other People. Ms. Pernell Struggles everyday from what I've Seen with masculine issues. I honestly think everyone deserves to be happy and Content with their Sexuality.

Daniel Avetta
Daniel avetta

F 14

6-16-22

To: Whom It May Concern
In re: Ms. Pernell

Im writting this affidavited that reflects in the 5-6 months I have known Ms. Pernell She has carried herself as a woman while still defined as a man in a all male Federal Prison. I have personally witnessed the effects of Ms. Pernell being placed in a non women facility this has caused her, From attempted suicide to harrassment from staff to even unwanted sexual advances from other inmates. As a member of the LGBTQ+ community for 32 years defining as a gay male I have witnessed many gay males turning into women solely to please or obtain men while in prison. Ms. Pernell has never once deferred from her stance that She is a woman. Ms. Pernell has never once talked about becoming a woman for any other reason than her belief that She is one. In all honesty most of my life I have been against the idea of gender disphoria because I believe it is just a way for gay men to get guys they couldnt because they are men. Ms. Pernell is the first transgender I will openly support because she has proven to me that is not the case. I feel she has proved to be a women & deserves not only the surgery but placement in a female prison.

Respeetfully Submitted
Michael Rea 71168097

F15

To Whom This May Concern:

"We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness." (Emphasis Added)

This is an all too familiar quote coming from "The Unanimus Declaration of the Thirteen United States of America" also known as the 'Declaration of Independence.' My name is Christopher McCormick and this letter comes on behalf of and in support of Arya Pernell. Miss Pernell is a transgender inmate here at USP Marion, Illinois. When they use the term 'Men' in the above quote, this is not referring to a specific sex or gender, but rather Mankind, or humanity if you will.

I have been afforded the pleasure of meeting and getting to know Miss Pernell. Arya Pernell is not only feminine looking, but she carrys herself as such. Her mannerisms match that of a female. I've met a number of transgenders since I've been in prison, since May of 2008. For a number of years at the inception of my prison sentence, I did not see a single transgender walking the compounds that I was located at.

2014 is when the first transgender arrived in Seagoville, Texas at the low security compound. Over the years since, some transgenders have arrived from other prisons and many had shed light on their own identity since I've met them. It is of my own opinion that many are authentic and some are willing to change their own identity for whatever their own reasoning may be.

In regards to Miss Pernell, I don't see her "trying" to be female. I see her being herself as if being female is natural for her. She has a beautiful personality, one that she finally is able to allow to be on view. She no longer has to hide who she is.

It is not a bit surprising to me to witness other inmates making unwanted passes at her as well as offhanded comments that are sexual in nature. I've been on other compounds in which transgender inmates are present and it seems as though that there's a commonality that nearly all transgender inmates are subject to endure such treatment. Miss Pernell is no different.

In this country we have a right to vote for our leaders who are suppose to carry out their duties, not only for their voters, but for all citizens within this Union. Miss Pernell's voice has been taken from her as well as myself and every B.O.P. inmate. The only avenue we have is the hope, that you have enough empathy for your fellow beings of the same human race as you, but just so happen to be in prison for some poor decisions that he or in Miss Pernell's case, she may have made.

I fully support her in her decision to obtain transformative surgery and due to the fact that this is a medical issue, this would give the B.O.P. with not only the authority, but also by law, they are mandated to provide us with all the medical care needed for, not only our physical health, but also our psychological as well.

In all practicality, denying her the opportunity to be granted the transition that

F16

she seeks, she would be denied that or better said, those unalienable Rights that the Declaration of Independence grants her. Those are, Life, Liberty, and the Pursuit of Happiness. While her life may be preserved, her liberty to live the way she chooses with her own body and identity would be stripped from her and that Pursuit of Happiness, well that is certainly not being granted to her. These are unalienable, which simply means that there isn't a source of power on this Green Earth that holds any legal, lawful or moral power to take those rights away.

Personally, it is my opinion and belief that Miss Pernell would benefit more if she was able to pursue her happiness and to be able to provide her with the genitalia that she should have been born with. It is also of my opinion that it might be in her best interest to be able to serve out her prison sentence in a setting that she not only feels more comfortable in, but remain in a safe environment so as to not have to be subjected to the sexual advances and comments from other inmates or staff for that matter.

I write this because one of the main duties of the Bureau of Prison's hold, is the safety of it's inmates. Survival is an innate instinct that all humans hold and subjecting Miss Pernell in a setting in which she has to be on a higher alert for reasons that most inmates doesn't have to worry about, this would be subjecting her to cruel and unusual punishment, which is a violation of the following:

"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted." (Emphasis Added)

> Eighth Amendment to the Constitution of the United States of America

I reiterate, I believe that Miss Pernell is 90% female, the other 10% is that one part of her body that needs to be removed to make her 100% female. She should be granted this transformative surgery as well as be transferred to an institution more aligned with her gender identity, a female prison. Thank you for your considerations. If you desire additional information or have any questions, feel free to contact at the address provided below.

Christopher McCormick

Christopher McCormick   - 43781 -060
USP- Marion
P. O. Box 1000
Marion, IL  62959

F17

To Whom This May Concern —

14 June 2022

I Am Writing This Letter In Support of Arya Pernell And The Legal Issues She Is Facing. Mr. Pernell In my opinion Is out of place In This or Any Men's prison. She Is Constantly Bombarded By Unwanted Advances As Well As Harsh Judgement By Most Inmates. In my opinion Mr. Pernell Is A Woman In Everything She Does. From The Way She Acts to the Way She Carries Herself. It Is Wrong For Her To Be Here And For Her To Be Denied What She Clearly Is. My Perspective Is from A Person That Has Lived With Her In A Treatment unit For Over 9 mo.s Now. Thank you For Listening To What I Have to Say.

Respectfully Submitted

JASON RAY SMITH
REG NO. 15953-062

Jason Ray Smith

F18

6/16/2020

To Whom it may concern,

My name is Jason Peterson. This letter is in reference to Arya Pernell. Durring the last few months I have only come recently to know who she is. We do not associate very much so my observations are from a distance. We have only had a hand full of brief conversations. What I have noticed is that she exhibits personality characteristics and mannerisims that make her indistinguishible from a female. I have concerns for her safety in a prison setting as she receives many "head turns" that is to say she is noticed by the male inmates as she passes by, and though I cant read minds, their excessive "looking" is noticable. I, myself am a Christian under grace therefore I do not pass judgement to others. If she wants to be a she I feel that is her choice. We all cope with life in different ways. If she is unhappy as a man though I dont agree with her choizes, she still deserves to be happy. That is one of the foundations of our democracy, the pursuit of happyness.

Jason B Peterson

F19

To whom it may concern

My name is Michelle Lynn Gschlecht I am a Transgendered Woman, I Have known Ms AryA Pernell for around 8 months and I have concerns about her I have witnessed derogotory sexual comments being made towards her on the yard on several occasions. I Feel that put her in a dangerous predicement being a Transgendered female in a men's facility.

She is verry feminine in both her looks and her actions, everything about her appears asthough she is a woman.

Thank you for taking this letter into consideration

Michelle Lynn Gschlecht    F21
6-16-22

To the Court                                                                6/21/22

In regards to Miss Arya Pernell:

In my rural upbringing transgender issues did not exist. Everything is man/woman and gay/straight. I told myself it's biology, it's wrong and right. Then last Fall Arya moved into my unit. My brain went off "Why is there a woman in mens khakis in a men's prison?" Now I know she was born male. There are a handful of Transgender people in this prison. However Arya is the only female, in my opinion, on this compound. Other than C.O's. She conducts herself as a woman every day in every way.

I believe Arya not only deserves this surgery, but also is owed it as her right to humanity. As a female inmate in a men's prison Arya has been and will remain to be subjected to verbal sexual harassment ie. cat calling. But I have personally witnessed her groped by another inmate during a softball game. She endures all this in hopes of finally being comfortable in her own skin.

Please allow this woman to be a woman. Thank you for your time and consideration.

Signed
Derek Schroeder 18166-273

USP Marion
Po Box 1000
Marion IL 62959

F22

To whom it may concern

I see Anya Pernell like a sister to me and she is very smart woman, and some of the inmates see Ms. Pernell as a sex toy, and I also hear inmates saying how they would like to fuck Ms. Pernell and they also said they would stick their dick in her mouth until they cummed in her mouth. When they do their rounds they look in her cell and they are not suppose to and they are not suppose to search her cell but they do it. She belongs in a female prison where she is safe and she won't get harassed by other inmates or officers, and her daily life will be alot better when she is in a female prison, because her daily life is hard here, because she has to deal with the harassment comments from other inmates, and I don't like it when other people do that to her, she has feelings just like the rest of us. And I also hear inmates say they would like to play with her tits and also suck on them.

Sincerely
Joshua Harris
Joshua Harris
6-22-22

F23

To whom it may concern;

I've known Ms. Aria Parnell for close to a year and at no point has she ever disclosed herself to be any thing but a woman. I also believe that Ms. Parnell is a woman in thought, demeanor, and behavior. I also believe that other inmates see her as a woman.

Because inmates at this male institution see her as female, She and other trans individuals have had to deal with misogeny, sexism, and a barrage of unwanted comments. While this may not differ from what a trans person may experience on the street, this is different in regard to both physical and mental safety. These sexual advances and comments, as well as unwanted fondling, are led me to observe a "sex for safety" phenomena. This is where these individuals only can feel safe when engaged in a sexual relationship with a cisgender male identifying inmate. This is encouraged by environmental factors of female identifying inmates being housed with males. I've personally seen and heard this kind of social stress lead to maladaptive behaviors such as self-mutilation and drug use. This can often times be encouraged by both staff and inmates.

I believe that Aria is coping to the best of her abilities at this moment. At one point, she did try to attempt suicide in a moment of depression but I witness. This attempt I believe was brought on by not being able to live the complete feminine experience. Since this moment Ms. Parnell has been coping better but I do fret about what may happen to my friend if she isn't allowed access to gender re assignment surgery.

Ms. Parnell is constant in her pursuit for surgery it has been since I met her. I believe the courts is her only option at this time to achieve this, and

F24

if she isn't allowed to fully transition.

Thank You,

Stephen Adray
09264-070
USP Marion
Marion, IL
June 25th, 2022.

F25

Date: 6/17/22

To whom it may concern:

I have known Miss pernell coming close to 6 months now and i would consider her a good friend of mine. Being a woman in a male dominant enviroment has been hard for miss pernell from what she's told me in the past and it's something i've witnessed myself in the present. My friend has been harrassed/stalked multiple times throughout her prison sentance by many inmates just because she is a woman. This upsets me since i care for miss pernell. No matter what her crime is i can tell you that she is a kind person. I have personally struggled with being harrassed by other inmates but always know pernell is there to support me and she always has my back. That's the type of woman she is. I have witnessed men making innapropriate sexual comments about her body multiple times. on a daily basis she has to deal with guys that are stalking her asking for sexual favours. There are even guys that look over her curtain when she uses the bathroom or is getting changed. My friend does not deserve to be in this type of enviroment and this is why i want her to get surgery so she can be transferred to a female prison where she wan't be harrassed as much by men. There is no doubt in my mind that miss pernell is a woman. I can't think of anyone else who deserves surgery more than her. Not only is she beautiful but she sounds like a woman she has the body language of a woman she has the personality of a woman she is no doubt in my mind a 100% woman. My friend has been through alot such as being hospitalised for performing surgery on herself or trying to commit suicide by hanging herself. This is how badly she wants this surgery and i can't see any reason why anyone would deny her. As i also struggle with suicidle thoughts i know how she feels. Mental health is a serious subject and i wouldn't want to lose such a wonderful person as my friend miss pernell. I know she would be a much happier person if she had her surgery. She literally talks about this on a daily basis and after everything she's been through including her military service protecting her country. I think she deserves it. please give this woman what she wants!. Thank you for your time. ~         n/          F&G

To whomever this concerns                    Friday, July 1st 2022

My name is David Lee Wilson, and I'm housed here at FCI-Marion in E-Pod/Unit, and on C-Range with Anya.

All together I have been incarcerated for over 2/3 of my 40 years alive, over have seen it all.

I have known Anya since she arrived on unit and I assure us that in every respect possible, Anya lives her life as a woman confined amongst men, and a very high concentrate of them are Deviant-Sexed predators. Anya remains true to her ideological stance and belief that she is in fact a woman, even in the face of any danger.

Men often prey upon those who hold to similar beliefs in hope of pressuring these women into sexually performing favors on them, or others.

Anya is very attractive and often draws the attention of these men, and given Anyas training, she would give an adversary a worthy challenge, however it is only a matter of time before some could best her.

Anya, I feel needs to be given the benefit of the surgery so she can feel normal in her meaning, she can finally be her true self from the burden of an everyday reminder to a masculine form, she doesn't acknowledge as being her.

Anya... in my eyes is a woman trapped within (two prisons). One, a "Concrete Jungle" [cliché key] of Concrete, Steel, and Rebar while the second is a "Masculine-Gender Form" that had she been in society would have been medically beneficial for her mental and spiritual health to be liberated of.

It's my sincere hope you grant her all due consideration and grant for her this blessing.
                    Thank you,
                    Respectfully

                    — David Lee Wilson —
          BOP - Federal Register # 34316-045

F27

To whom it may concern.

I would like to write a statement to support Ms. Pernell. Over the course of a little over a year I have built a close relationship with her, in which I have gotten to know her extremely well. I would say I'm more close with her than she has been with anyone else. In this time, I have both witnessed & listened to from her, some of the things that she has been through as a person who identifies as a woman in a male facility.

From my point of view, I see a consistent harassment to her from a big majority of men in this prison. There have been times where they have exposed themselves, masturbated, crossing boundaries, looking over the PREA Curtain, or in the shower. I know people often make assumptions because of how Ms. Pernell presents herself, & use that as an excuse to justify their actions. I do not believe that a male facility is a safe environment for her to be incarcerated at.

I also see her personal struggles. Trying to cope with being here, dealing with the above. Not just here but multiple facilities. But feeling scared & unsafe. Having to live a life where you're always on guard. Added to the struggles that she has with her gender dysphoria. I've seen her try to commit suicide. That hit me hard on a very personal level, but to imagine it in her shoes. What she goes through on a daily basis, to simple things that seem to mean nothing to others, like going to the restroom. But in her eyes even that is difficult because of her gender dysphoria. To live or try to make a life with something you find so repulsive, And because it's so difficult to live with that, she has tried to "self castrate". She's tried suicide on several attempts.

What I'm saying is I do not think it is fair to deny her Gender Affirming Surgeries. I personally do see Ms. Pernell is a woman & I think her request for these surgeries are needed to help treat her Gender Dysphoria. Thank you for your time.

Edward Walton

F28

To whom it may concern;                                    JANUARY 26, 2023

My name is David Whitener. I have gotten to know Ms. Pernell for 9 months here at USP MARION. I started of on the wrong foot with Arya. I would tend to follow the crowd and my own sexual thoughts I used to feed into the negativeity directed towards Transgender women. I myself am bi-sexual and openly identify myself as that. I have come to a mahor understanding that evryone is the same. We should treat each other as we would want to be treated. Since the I have apologized to Arya Pernell for my instigation. She forgave me without judgement. She has helped me emotionally when others had made fun of my sexual orientation. She stands up against bullies with kindness and assertiveness. She is honest and fun to get to know. I've come to admire her personality.
    I have personally witnessed and heard allot of harrassments and judgement. I have noticed others hatred, dislike towards ARYA and LGBT inmates. Some inmates here assume Pernell is a "whore" and treat her as such(attempting to purchase sex). They call her a him or a slut without even meeting her or knowing her. Inmates in here expect her to accept it as a normal thing. In some respects she has to accept it. Arya has been victim to people in here grabbing at her breast or staring at her breast while grabbing their own crotch. Statements of sexual desire that are unwanted. People think that she is still a man becasue she has likely got male genitali becasue she is in a male prison. I have even witnessed correctional officers staring at her breast and calling her him or make sexual comments under their breath.
    Instead of showing hatred or pain or any ill-will she has remained kind in her reaction. She often says "eyes up here" pointing to her face when she acatches people staring at her breast rather than cussing them out. She is kind and a loyal friend. She is a good person to confide in and a source of help to allot of me who are trying to learn how to respect women. She speak with respect and love towards others and genuinely cares. Even to those who ridicule her or violate her. She is assertive without judgement.
    There is much more I could probably say. Lots more.However, one thing definitley remains, She remains a steady, true, and radiant thing..She is very much a woman and acts as such in the 9 months that I have know her.

                        Sincerely,

                        #30699-509

F29

1 / 28 / 23

Dear Sir or Ma'am:

I am writing in support of Ms. Arya Pernell's applications before this Court. I have had the opportunity to interact with and observe Ms. Pernell's interactions with others for approximately 12 months. We are both incarcerated at the United States Penitentiary in Marion, IL and reside on the same housing unit, a modified therapeutic community for prisoners with sexually-based offenses. I firmly believe that my interactions with Ms. Pernell are consistent with those of others at the institution.

Throughout my time at U.S.P. Marion, I have only known Ms. Pernell as a transgender woman. She is clearly committed to completing her transition and has never wavered from that position during the time I have known her. Ms. Pernell's outward appearance is clearly female — demonstrating evidence of her dedication to transitioning, but also exposing her to negative attention.

As a cis-gender male, I cannot fathom the experience of being a woman in an all-male correctional institution, but I have observed Ms. Pernell's interactions with others. Her appearance and identification as a female make her the target of obviously-unwanted sexual harrassment and exposes her to risk of harm. By incarcerating Ms. Pernell in this all-male setting, the Bureau of Prisons seems to be creating an unsafe environment.

From my perspective, the most humane, appropriate, and safe course of action for the best interests of Ms. Pernell would be gender-confirming surgery and placement in a female facility for the duration of her sentence. Should you seek clarification of my opinions or observations, I am available to the Court at the address below.

Very respectfully,

Colin M. Skeele, Ph.D. #70426-050, U.S.P. Marion, P.O. Box 1000, Marion, IL

F30