





4th from the left     G3





3rd standing from the right