Bureau of Prisons

Health Services

Health Problems

| Reg #: 17601-035 | Inmate Name: PERNELL, AARON M |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Transgender, validated male to female**
10/19/2021 15:59 EST  Pass, Randall (MAT) MD/CD — ICD-10 — 302.5b — 08/02/2016 — Current
    on hormones since 2019
09/01/2016 14:58 EST  De Guzman, A. MD — ICD-10 — 302.5b — 08/02/2016 — Current
    Unconfirmed
08/02/2016 18:41 EST  Ash, A. MD — ICD-10 — 302.5b — 08/02/2016 — Current

**Anemia, unspecified**
01/12/2021 10:37 EST  Sommer, Diane MD, NER- — ICD-10 — D649 — 01/12/2021 — Current
    Regional Medical Director

**Alcohol Use Disorder:  Severe**
12/21/2017 15:03 EST  Lubbers, Lolita PsyD — I — DSM-IV — F10. — 12/21/2017 — Current
    In a controlled environment

**Stimulant Related Disorders: Severe: Cocaine**
12/21/2017 15:03 EST  Lubbers, Lolita PsyD — I — DSM-IV — F14. — 12/21/2017 — Current
    In a controlled environment

**Stimulant Related Disorders: Severe: Amphetamine Type Substance**
12/21/2017 15:03 EST  Lubbers, Lolita PsyD — I — DSM-IV — F15. — 12/21/2017 — Current
    Methamphetamine Use Disorder, In a controlled environment

**Major depressive disorder, single episode**
07/10/2020 08:13 EST  Lopez de Lasalle, Abigail MD — ICD-10 — F329 — 07/10/2020 — Current

**Posttraumatic Stress Disorder**
12/21/2017 15:03 EST  Lubbers, Lolita PsyD — I — DSM-IV — F43.10 — 12/21/2017 — Current

**Other Specified Trauma- And Stressor-Related Disorder**
07/29/2016 14:44 EST  Ivy, Cynthia Psy.D. — I — DSM-IV — F43.8 — 07/29/2016 — Current

**Gender Dysphoria In Adolescents And Adults**
04/30/2019 16:10 EST  Mulcahy, Alison PhD/SOMP Coord — I — DSM-IV — F64.1 — 04/30/2019 — Current

**Peripheral retinal degeneration**
05/16/2018 16:20 EST  Hutchins, T OD — ICD-10 — H3540 — 04/10/2017 — Current
    small round retinal break x 3 right eye

H1

Fax Server                    7/14/2020 10:34:51 AM   PAGE   11/039   Fax Server

 **Cooper**
University Hospital                CONTINUING CARE

*Pernell, Aaron*
Federal, F17601035
MRN: 21283681, DOB: 3/27/1987, Sex: M
Adm: 7/7/2020, D/C: 7/10/2020

### H&P - Encounter Notes (continued)

H&P by Aplin, Kara S, MD at 7/7/2020 1:54 AM (continued)

PCP:[VP.1T] Physician, No Pcp[VP.2T]
Specialist(s):

Chief Complaint:[VP.1T] testicular pain[VP.3M]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Depression | |
| • Gender dysphoria in adult | |
| • PTSD (post-traumatic stress disorder) | |

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | Not Currently |

No past surgical history on file.

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • No Known Problems | Mother | | |
| • No Known Problems | Father[VP.2T] | | |

HPI:[VP.1T]

Arya Pernell[VP.3M] is an[VP.1T] 33 y.o.[VP.2T] trans woman (pronouns: she/her) w[VP.3M]ith PMHx significant for gender dysphoria, depression, PTSD, current incarceration who presents as a transfer from Inspira Vineland for evaluation of self-inflicted testicular injury. On afternoon prior to presentation, patient states that was experiencing suicidal thoughts (possible plan involving neck strangulation) and felt that she either had to kill herself or perform self-castration. Patient subsequently used a safety razor and attempted to remove R testicle. Per patient, she was able to cut through the skin but grew concerned once she approached the vasculature and began to experience increasing pain, at which point she notified her correctional officer. Patient subsequently taken to OSH and then transferred to CUH for urologic evaluation. Per patient, her efforts were planned (she states she had a "33 step" plan for the procedure). She has had decades of thought regarding self-castration, but she cites difficulty with obtaining gender-affirmation surgery. Current gender affirming medications include estradiol, spironolactone.[VP.4M]

At OSH, labs significant for Na 139, K 4.5, WBC 11.9, HGB 13.5, PLT 232, INR 1.1.[VP.5M] She currently describes 7/10 throbbing pain localized to R testicle with radiation through R groin and flank. Pain exacerbated by movement of adjacent leg. She denies fever, chills, nausea, vomiting, dysuria or hematuria at this time.

She currently denies SI, HI or plan at this time. Endorses history of MDD but denies prior history of mania or psychosis. Prior medication trials include seroquel, zoloft, trazodone. She does endorse prior history of polysubstance abuse including tobacco, meth, ectasy, acid but endorses sobriety during the past 10 years that she has been incarcerated.[VP.4M] She follows with a therapist as outpatient. Patient is a former veteran (5 years of service, toured Iraq).[VP.6M]

Allergies:[VP.1T] No Known Allergies[VP.2T]

Source of patient history:[VP.1T] History obtained from patient and accurate as reflected above.[VP.4M]

H2



CONTINUING CARE

*Pernell, Aaron*
Federal, F17601035
MRN: 21283681, DOB: 3/27/1987, Sex: M
Adm: 7/7/2020, D/C: 7/10/2020

Cooper
University Hospital

**Consults - Encounter Notes (continued)**

Consults by Ghobrial-Sedky, Karim, MD at 7/8/2020 10:58 AM (continued)

early childhood. She has been struggling with her childhood sexual assault, her trans status, spent years in active military combat, and now incarcerated for a 50 year sentence for committing assault. Her gender dysphoria has culminated to the point of self-castration vs killing her self as the only way forward.[GJ.3M]

Diagnosis:[GJ.1T] MDD, Gender Dysphoria, PTSD[GJ.3M]

Rule Outs:[GJ.1T] None[GJ.3M]

Axis II:[GJ.1T] None[GJ.3M]

Recommendations:[GJ.1T]
Patient first and foremost needs assistance with resources and a plan for gender reassignment surgery, supportive monitored inpatient environment, and continued access to intensive talk therapy, to help her try and cope with her mental health.[GJ.3M]

Patient will need a higher level of monitoring in the prison then in level prior to admission, as patient was able to self-mutilate. In speaking with federal liaison to patient, the Delta Right unit could potentially be appropriate, or whatever unit would provide as much supervision as a psychiatric inpatient unit — as patient is still a very high risk for self-mutilation/suicide risk. Patient will need to be medically cleared by a psychiatrist before downgrading pt's level of supervision.

Additionally, the federal liaison spoke of a sex offender program in Merrion, IL that the pt was listed for but could not attend due to COVID. It is of our medically opinion that if there is such program that will provide more support, coping skills, access to mental health professionals, peer support etc that the pt be allowed access to such programs with the highest priority.

The Mazzoni Center in Philadelphia is potential resource. I will personally reach out to them to see if they can be of assistance.

Will also recommend starting Zoloft 50mg for depression.[GJ.5M]

Plan[GJ.1T] has been[GJ.6M] discussed with attending.[GJ.1T]

Gaurav Jain, DO[GJ.2T]
Psychiatry PGY-2

Inpatient Phone Weekdays 8 AM-4:30   x80559
ED (24-hrs) and Weekends:          x80518
Consults Weekdays 8 AM - 4 PM:     x80519
Consults Weekdays 4 PM - 8 AM:     x80518[GJ.1T]

*I, Karim Ghobrial-Sedky, MD, have seen and examined the patient on 7/8/2020. I agree with the resident's assessment and plan as written, with exceptions as noted.*

*I have personally reviewed and interpreted:*[KG.1T] *Pt seen and reports that she has gender dysphoria and that is why she tried to cut her genitals but got scared as she saw the nerve and didn't know what to do and asked for help. She denies Si/HI and reports that she had the feelings she is female when she was 5 y/o and like dto play with her sister and play with dolls. She likes to sleep with both males and females. She reports that her depression is 6/10, has started her hormonal replacement 1 yr ago but is interested if possible to be connected*

Printed on 7/14/20 10:33 AM                                                     Page 20

H5

TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

--------------------------------------------------------------------------------

FROM: Health Services
TO: 17601035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/14/2022 12:22:02 PM

As far as I know we continue what we are doing until they tell us otherwise. As far as the plan goes we will continue you on your current medication regimen until such time we are instructed otherwise.

From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Wednesday, June 8, 2022 10:52 AM
To: MAR-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: Ms. harbison
Inmate Work Assignment: None

Hello Ma'am.
I just recieved a response from a BP-10 that said that I have not been denied surgery and I should talk to my health care provider. Have yall hear anything or recieved any update on a treatment plan concerning my gender-dysphoria? I have not been instructed on any plan of action as of yet. Could you please let me know whats up?
Thankyou for your time

H6

TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

---------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 17601035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/04/2023 07:52:02 AM

Yes, you are correct. We look to the TEC team for direction on what needs to be done. We submit the memo, and from that memo, we get direction on how to handle your case. We will continue your current treatment plan until they tell us differently. The institution can only do so much. We follow the clinical practice guidelines they have put in place.

Harbison, HSA

From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Friday, December 30, 2022 12:29 PM
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: Ms. Harbisons
Inmate Work Assignment: hospAide

Hello Ma'am. SO I was wanting to check in to be clear. I got a response to my central office appeal about surgical request, they are trying to put it on yall at the institution again. Specifically Ian Connors said that treatment plans were up to the medical provider at the institution......I get that they are spinning me because yall have already submitted me for surgery and have found that as an appropriate submission. I read the memo. I am very grateful for the support of institution staff. I am writing to make sure that I didn't miss anything or something isn't lost in translation. SO my questions are, The TEC is the approval body for all surgical submissions regarding transgender or gender affirming surgeries referrals correct? You have already submitted me and were told by the TEC that I am to remain here, denying me surgery ? And your department here is following current central office and regional guidance related to treatment of my gender dysphoria?

I am writing you this because, bluntly, it is frustrating that I know that yall have done what you could and are not the ones denying me and I feel like they are trying to play a game and do the whole inmate get mad at institution medical thing. But I maintain that institution medical staff has and are doing all they can within their power to treat my gender dysphoria and it is above institution level staff that are denying me progress.

H7

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Diagnostic and Care Level Formulation

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: TCP | Unit Team: | UNIT F |
| Date: | 07/29/2016 11:13 | Provider: | Ivy, Cynthia Psy.D. | | | |

## Relevant Historical Information

As provided from the 07-28-2016 screening intake:

Ms. PERNELL denied ever being diagnosed with mental diagnosis; however, she reported she was previously prescribed 300 mg Seroquel, 300mg of Trazodone, and 200mg of Zoloft while in the military. Ms. PERNELL reported she was sexually abused by a family member at age 6. She also reported being raped by a male neighbor at age 12. Ms. PERNELL reported while in the military she became addicted to methamphetamine and cocaine, and regularly abused alcohol, marijuana, and ecstasy. Ms. PERNELL reported as a result of her drug use, she began to experience emotional problems and perceptual disturbances. Ms. PERNELL reported she has not used substance since 2010, and has not experienced anymore perceptual disturbances. Since she has been incarcerated with the Bureau, Ms. PERNELL reported she has experienced depression and suicidal ideation as evidenced by previous SRAs in the PDS records. However, Ms. PERNELL denied any recent suicidal ideation, and verbalized future-oriented thought through out the interview.

Ms. PERNELL did not have a PSI to review. Instead, a report prepared by the military was submitted in the place of the PSR. However, the report did not contain any information regarding Ms. PERNELL's Biopsychosocial history.

## Presenting Problem/Symptom

Please see the assessment taken from the 07-28-2016 transfer screening:

Ms. PERNELL denied having any significant difficulties adjusting to the compound; however, she reported she is currently experiencing a lot of anxiety. Ms. PERNELL identified herself as a transgender women. She expressed feeling like woman since she was a child, and she expressed extreme discomfort with having male genitalia. Ms. PERNELL explained she has been fearful male inmates will learn her secret, and will target her for sexual harassment/abuse. Ms. PERNELL also reported experiencing PTSD-related symptoms. She explained that during a tour in Baghdad, she saw a solider who had been severely burned. She reported she now has recurring dreams about seeing the severely burned body of a solider. She also reported she began to ruminate on the idea that her wife would be killed, and was often fearful she wouldn't be able to protect her. Ms. PERNELL also reported she still experiences stress related to reportedly being sexually abused as a child. She described sometimes having nightmares of the abuse, and she reported having a distinct bias of hatred and fear of "fat white men," because it was an overweight white male who attacked her. Ms. PERNELL expressed a desire for a psychotropic medication evaluation.

Ms. PERNELL exhibited a cooperative mood with congruent affect. Speech was of normal rate, tone, and volume. Behavior and motor movement were unremarkable. She denied experiencing hallucinations and did not display any overt signs of psychosis. Though Processes were rational, organized, linear, and absent of delusional content. She reported good eating and sleeping habits. She denied recent suicidal ideation, plans, or intent.

## Diagnostic Reconciliation

Please note that based on an interview with Ms. PERNELL, her identification as transgender woman appears to be valid. However, at this time she is not requesting a Gender Dysphoria evaluation or other accommodations to assist in transitioning. Medical will be notified and a request will be made to add the ICD-9 diagnosis of Transgender, validated, male to female.

During this interview, Ms. PERNELL was advised of how to seek a Transgender/Dysphoria evaluation should she desire to do so in the future.

## Diagnostic Formulation

Based on a clinical interview, Ms. PERNELL appears to meet DSM-5 criteria for the following diagnoses:

Other Specified Trauma- and Stressor Related Disorder (Insufficient Symptoms) and Other Specified Depressive Disorder ( insufficient symptoms)

H8

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M    Facility: FAI | Unit Team: | DR |
| Date: | 03/11/2021 11:16 | Provider: | Redondo, Brian PsyD/Chief | | |

## Focus of Session

TEC recommendations & MHCL

## Subjective/Objective Presentation

Discussed the TEC recommendation that she be transferred to a LOW security facility, where she will need to continue to demonstrate adequate stability prior to being considered for gender reassignment surgery and possible referral to a female facility. She was able to express gratitude to all involved parties. Admitted to anticipatory anxiety and awfulizing thoughts leading up to the TEC decision. Reinforced her persistence in terms of program involvement, personal growth, and compliance with staff recommendations.

Discussed the decision to downgrade her MHCL in conjunction with an extended period of emotional and behavior stability.

## Intervention(s)

Supportive counseling
Positive reinforcement

## Progress/Plan

Ms. Pernell's mental health care level will be decreased to CARE1-MH. She will no longer be required to participate in monthly counseling sessions. However, she was encouraged to resume bi-weekly group programming and continue utilizing Psychology Services as needed.

Completed by Redondo, Brian PsyD/Chief Psychologist on 03/11/2021 15:10

H9

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Crisis Intervention

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team: | C |
| Date: | 04/13/2021 15:22 | Provider: | Redondo, Brian PsyD/Chief | | | |

## Comments

Reason for Crisis Contact (date and time of crisis): Inmate Pernell was informed by her case manager that her much anticipated transfer had been denied due to a PSF. At approximately 1:30 p.m. on 04/13/21, she informed the Unit Secretary of her need to speak to a psychologist in order to abstain from engaging in self-castration behaviors.

Referring Party: J. Narvaez, Unit Secretary

Intervention (date/time/location): Inmate Pernell was interviewed in a private setting in her housing unit at approximately 1:40 p.m. on 04/13/21. J. Defoney, Unit Manager, was in attendance during the meeting in order to better answer questions related to the denied transfer.

Assessment/Findings: Inmate Pernell was visibly upset. Her presentation indicated she had been crying moments prior to our arrival. She verbalized her frustration for allowing herself to experience "hope" in terms of her forward progress towards gender reassignment surgery. She recounted the daily struggles associated with her confinement to a male facility, including harassment, unwanted stares, unwanted physical contact, inability to wear makeup and feminine clothing without eliciting verbal taunting, etc. She stated that although she intends to comply with established protocols, which require her to first transition to a low security male facility, she has endured anticipatory anxiety about the prospect of residing in an open dormitory setting where privacy will be difficult to obtain. She is solely focused on obtaining gender reassignment surgery. This setback served as a reminder of the low probability of achieving this goal. She indicated her thoughts immediately transitioned towards self-castration as an "ill-advised" means of expediting the process. The goal of said behavior was to expedite her transition versus terminating her life. However, she readily discussed her previous failed attempt at self-castration, which prompted her to seek support instead of acting on impulse.

Plan: Inmate Pernell did not perceive herself to be at imminent risk for engaging in self-castration behaviors. She expressed gratitude towards her Unit Manager for his ongoing support and was receptive to his proposal to maintain contact with the Transgender Executive Council in order to establish a concrete plan of action designed to move forward in the transition process. She identified her current cell mate, who also happens to be a suicide watch companion, as a strong source of support. She will be seen for a follow-up appointment tomorrow to assess her ongoing stability.

Completed by Redondo, Brian PsyD/Chief Psychologist on 04/13/2021 15:44

H10

**Bureau of Prisons**                                    **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team: | C |
| Date: | 04/30/2021 15:39 | Provider: | Redondo, Brian PsyD/Chief | | | |

**Focus of Session**

Overall emotional stability

**Subjective/Objective Presentation**

Ms. Pernell discussed the recent setbacks in the transition process, to include her transfer denial and withdrawal of family support. In addition to despondency and feelings of hopelessness, she expressed anger towards the perceived lack of concern on the part of the agency regarding transgender individuals. She reported writing a letter to the current U.S. President regarding the need for outside intervention in terms of assisting transgender persons fully transition to their identified gender. Passive suicidal ideation and thoughts of self-castration persist, although there did not appear to be any imminent safety concerns.

**Intervention(s)**

Supportive counseling
MSE

**Progress/Plan**

Ms. Pernell will continue to be seen on a PRN basis. Discussed the possibility of formulating a transgender support group within her housing unit, to be revisited next week after consulting with other transgender inmates and the Unit Manager.

Completed by Redondo, Brian PsyD/Chief Psychologist on 04/30/2021 15:45

H11

**SENSITIVE BUT UNCLASSIFIED***

# Bureau of Prisons
# Psychology Services
# Diagnostic and Care Level Formulation

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #:        17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team:  C |
| Date: | 05/13/2021 14:14 | Provider: | Redondo, Brian PsyD/Chief | | |

## Presenting Problem/Symptom

Inmate Pernell's primary symptom complaints reflect a worsening of her Gender Dysphoria. There have been increased feelings of hopelessness, chronic passive suicidal ideation, and recurring urges to engage in self-castration behaviors since being denied a transfer that was believed to be the first step in the process leading to reassignment surgery. She has become acutely sensitive to gender disaffirming situations (i.e., inability to effectuate a name change) and has openly questioned her ability to persevere in a male facility over the long term. Although there does not appear to be imminent risk for self-harm, her declining condition warrants more frequent clinical contacts.

## Diagnostic Formulation

Inmate Pernell continues to meet the diagnostic criteria for PTSD, Gender Dysphoria, Alcohol Use Disorder, and Stimulant Related Disorders: Cocaine and Amphetamines.

## Care Level Formulation

Inmate Pernell's mental health care level is being increased to CARE2-MH due to an increase in her symptoms of Gender Dysphoria and the heightened frequency of clinical contacts subsequent to her transfer denial.

Completed by Redondo, Brian PsyD/Chief Psychologist on 05/13/2021 14:22

H12

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Psychology Alert On

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M      Facility: FAI | Unit Team: | C |
| Date: | 08/24/2021 14:39 | Provider: | Redondo, Brian PsyD/Chief | | |

## Comments

Ms. Pernell is a CARE2-MH inmate pending an institution transfer for inclusion in the SOTP. Her most prominent mental health symptoms pertain to her Gender Dysphoria condition. She has been in constant pursuit of gender reassignment surgery and has routinely submitted written correspondence to the TEC and the White House regarding her inability to obtain approval for this procedure. Previous consultation with the TEC indicated she would need to demonstrate satisfactory adjustment at a LOW security male facility prior to being considered for transfer to a female facility and/or possible reassignment surgery. Because of her instant offense, PRD, and state detainers, she was denied consideration for a LOW security facility and instead recommended to participate in a SOTP at a MED security facility. The Chief Psychologist at FAI has consistently, and strongly advocated SOTP placement at a LOW security facility without success.

At the present time, Ms. Pernell does not know her intended designation. She is likely to perceive any transfer to another MED security facility as indifference towards her emotional well being. She has one prior attempted self-castration, and would be at increased risk for a second attempted self-castration upon arrival at her next destination. Unless safety/security issues preclude a double-cell assignment, she should not be domiciled alone.

Completed by Redondo, Brian PsyD/Chief Psychologist on 08/25/2021 09:10

H-13

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
**Psychology Services**
**Risk of Sexual Victimization**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M    Facility: OKL | Unit Team: | 5B HOM |
| Date: | 09/14/2021 16:14 | Provider: | Thomas, Kelsey L. Staff | | |

## Comments

During the R/D intake screening process, the PREA Intake Objective Screening Instrument (P5324.XX, Attachment A) was utilized for Inmate PERNELL. Based on the documentation available at the time of the screening and Inmate PERNELL's self-report, she was identified by screening staff as being at risk for sexual victimization due to:

( ) Having a history of being sexually assaulted while in the community
(x) Having a history of being sexually assaulted while incarcerated


and/or having two or more of the following:

(x) Small in stature (i.e., less than 164 pounds; slight build)
( ) Being youthful (i.e., less than 21 years old)
( ) Having developmental/mental/medical disabilities
(x) Is or is perceived to be LGBTI or gender non-conforming

and/or having the following criminal history:

( ) Never previously incarcerated
( ) Criminal history is exclusively nonviolent
(x) Prior convictions for sex offenses against an adult or child

As required by P5324.XX, Sexually Abusive Behavior Prevention and Intervention, Inmate PERNELL was seen by Psychology on today's date to assess his level of risk for sexual victimization. At the onset of this clinical contact, the inmate was informed about the BOP requirements regarding PREA. Inmate PERNELL indicated an understanding of the institution's policy on preventing victimization.

Protective factors were also reviewed and the following were noted:

( ) Multiple incarcerations without history of victimization
( ) Assertive presentation
( ) Denies being fearful of general population
( ) Other:

Based on this clinical assessment, the inmate is considered to be at:

( ) Low Risk of Victimization at this facility (Note: Even though this inmate is judged to be at low risk of victimization, an unforeseen change in risk factors may significantly alter his risk level.).
(x) High Risk of Victimization. This inmate should not be housed with any inmates judged to be at an increased risk for sexual abusiveness.

The inmate understands the procedure for contacting Psychology for routine or emergent services.

H 14

Inmate Name:  PERNELL, AARON M
Date of Birth:  03/27/1987
Encounter Date: 10/19/2021 14:23

Sex:  M  Race:  BLACK
Provider:  Pass, Randall (MAT)

Reg #:  17601-035
Facility:  MAR
Unit:  F03

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|--------------|----------|
| 10/19/2021 | 14:23 MAR | 174.0 | 78.9 | | Pass, Randall (MAT) MD/CD |

## Exam:

### Diagnostics

**Laboratory**

Yes: Results

### General

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: BMI reviewed (enter in comments), Within Normal Limits

### Pulmonary

**Auscultation**

Yes: Clear to Auscultation

### Cardiovascular

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

### Peripheral Vascular

**General**

No: Non-Pitting Edema, Pitting Edema

### Musculoskeletal

**Gait**

Yes: Normal Gait

### Mental Health

**Mood**

Yes: Appropriate

## ROS Comments

Besides the ultimate surgery, also wants intermediate procedures (such as facial electrolysis) in meantime

## Exam Comments

BMI = 25
Has baseline HIV/Hepatitis testing on chart
Labs from January:
-normal CBC, CMP
-cholesterol 124, HDL 48, LDL 67
-testosterone 32
-estradiol 121

Feminine appearance is quite pronounced

## ASSESSMENT:

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Transgender, validated male to female, 302.5b - Current - *on hormones since 2019*

HIS

Generated 10/19/2021 15:10 by Pass, Randall (MAT) MD/CD    Bureau of Prisons - MAR

Page 2 of 4

| | | |
|---|---|---|
| Inmate Name:  PERNELL, AARON M | | Reg #:  17601-035 |
| Date of Birth:  03/27/1987 | Sex:  M   Race:  BLACK | Facility:  MAR |
| Encounter Date: 10/12/2021 10:46 | Provider:  Moulton, Andrew RN | Unit:  F03 |

Yes: PERRLA

**Pupils**

Yes: Normal Appearing, PERRLA

## Neck

**General**

Yes: Within Normal Limits, Trachea Midline

No: Abrasion(s), Trauma

**Musculoskeletal**

No: Swelling, Trauma

## Pulmonary

**Observation/Inspection**

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea

## Cardiovascular

**Observation**

Yes: Within Normal Limits

## Peripheral Vascular

**General**

Yes: Within Normal Limits

## Exam Comments

Inmate assessed following attempted hanging in cell. Inmate denies any injury or pain. No injuries were identified during assessment. Trachea is midline and no swelling noted. No strider with breathing and no difficulty speaking.

## ASSESSMENT:

No Significant Findings/No Apparent Distress

## PLAN:

## Disposition:

Notify Psychology Duty Officer
Placed on Suicide Watch

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/12/2021 | Counseling | Access to Care | Moulton, Andrew | Verbalizes Understanding |
| 10/12/2021 | Counseling | Plan of Care | Moulton, Andrew | Verbalizes Understanding |
| 10/12/2021 | Counseling | Safety/Injury Prevention | Moulton, Andrew | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes     **By:**  Pass, Randall (MAT) MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Moulton, Andrew RN on 10/12/2021 10:54

Requested to be cosigned by  Pass, Randall (MAT) MD/CD.

Generated 10/12/2021 10:54 by Moulton, Andrew RN          Bureau of Prisons - MAR

H-16

Page 2 of 3