

**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*

Marion, IL 62959

January 26, 2023

MEMORANDUM FOR  TO WHOM IT MAY CONCERN

FROM:        S. Byram, Unit Manager

SUBJECT:        PERNELL, AARON M
             Register # 17601-035

This is to verify that PERNELL, AARON M # 17601-035, has been confined at the United States Penitentiary (USP) in Marion, Illinois since October 7, 2021.   PERNELL has been incarcerated in the Federal Bureau of Prisons since July 28, 2015, with a projected release date currently scheduled for October 13, 2050.   PERNELL was sentenced by General Court-Martial on December 9, 2010.   PERNELL has requested my assistance in verifying his incarceration status.

We also have records from the Superior Court of New Jersey Law Division, Cumberland County, granting Aaron Pernell the authorization to assume the name Arya Milan Pernell.

This memo is being provided to use at PERNELL's discretion.

Our records provide the following information:

Date of Birth: March 27, 1987
Current Address: PERNELL, AARON M
                # 17601-035
                USP Marion
                P.O. Box 1000
                Marion, IL 62959



I 5

TCP52  606.00 *        MALE CUSTODY CLASSIFICATION FORM        *        11-28-2017

PAGE 001 OF 001                                                                08:06:26

(A) IDENTIFYING DATA

REG NO..: 17601-035            FORM DATE: 06-16-2017              ORG: TCP

NAME....: PERNELL, AARON M

MGTV: NONE

PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH    MVED:

(B) BASE SCORING

DETAINER: (7) GREATEST              SEVERITY.......: (7) GREATEST

MOS REL.: 407                      CRIM HIST SCORE: (00) 0 POINTS

ESCAPES.: (0) NONE                 VIOLENCE.......: (0) NONE

VOL SURR: (0) N/A                  AGE CATEGORY...: (4) 25 THROUGH 35

EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (3) 0-25%         PROG PARTICIPAT: (1) AVERAGE

LIVING SKILLS...: (2) GOOD          TYPE DISCIP RPT: (5) NONE

FREQ DISCIP RPT.: (3) NONE          FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +18  | +18  | -1       | +17       | HIGH       | N/A            | IN      | DECREASE |


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
TCP84  606.00  *        MALE CUSTODY CLASSIFICATION FORM        *        08-10-2019
PAGE 001 OF 001                                                          11:51:13
```

### (A) IDENTIFYING DATA

```
REG NO..: |17601-035|              FORM DATE: 09-03-2018          ORG: TCP
NAME....: PERNELL, AARON M

                                            MGTV: NONE

PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH    MVED:
```

### (B) BASE SCORING

```
DETAINER: (0) NONE                 SEVERITY.......: (7) GREATEST
MOS REL.: 390                      CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE                 VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                  AGE CATEGORY...: (4) 25 THROUGH 35
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
```

### (C) CUSTODY SCORING

```
TIME SERVED.....: (3) 0-25%        PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD         TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE         FAMILY/COMMUN..: (4) GOOD
```

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|---|---|---|---|---|---|---|---|
| +11 | +19 | -3 | +8 | HIGH | N/A | IN | DECREASE |

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

I2

8/10/2019

```
FAIBV  606.00 *        MALE CUSTODY CLASSIFICATION FORM        *        02-22-2021
PAGE 001 OF 001                                                          14:22:58
```

### (A) IDENTIFYING DATA

```
REG NO..: 17601-035          FORM DATE: 03-07-2020          ORG: FAI
NAME....: PERNELL, AARON M

                             MGTV: PSF WAV
PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH   MVED: N/A
```

### (B) BASE SCORING

```
DETAINER: (0) NONE                SEVERITY.......: (7) GREATEST
MOS REL.: 369                     CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE                VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                 AGE CATEGORY...: (4) 25 THROUGH 35
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
```

### (C) CUSTODY SCORING

```
TIME SERVED.....: (3) 0-25%       PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD
```

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +11  | +19  | -3       | +8        | HIGH       | MEDIUM         | IN      | DECREASE |

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

I3

2/22/2021

Case 3:23-cv-00374-SPM   Document 1-5   Filed 02/06/23   Page 5 of 5   Page ID #80
13:30:17

## (A) IDENTIFYING DATA

REG NO..: [17601-035]                FORM DATE: 07-23-2021           ORG: FAI
NAME....: PERNELL, AARON M

                                     MGTV: NONE
PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH   MVED:

## (B) BASE SCORING

DETAINER: (7) GREATEST            SEVERITY.......: (7) GREATEST
MOS REL.: 352                     CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE                VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                 AGE CATEGORY...: (4) 25 THROUGH 35
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

## (C) CUSTODY SCORING

TIME SERVED.....: (3) 0-25%        PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +18  | +19  | -1       | +17       | MEDIUM     | N/A            | IN      | DECREASE |


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

I4