Arya Milan Pernell 17601-035
P.O. Box 1000
Marion, IL 62959
Plaintiff pro se

United States District Court
For the Southern District of Illinois

In the Matter of Arya Pernell v. John Does #1-7 et. Al
Duckett # 23-cv-00374-SPM

Motion to Resume Proceedings

I am writing to the Court to Request the
proceedings in the above captioned case be resumed

3/11/24 I reported to prison officials that I was
sexually assaulted by an officer and was then temporarily
transferred to SHU in FCI Greenville in Greenville, IL.
I was returned to USP Marion on 21 March 2024
so my written address remains the same.
I have not received an update from prison
officials on what I reported so I don't know
how much longer I will remain at USP Marion. If I
am moved again then I will again notify the court.

- Arya Milan Pernell
Arya Milan Pernell
Plaintiff pro se
25 March 2024

Arya Pernell 17601-035
USP Marion
P.O. Box 1000
Marion, IL 62959

SAINT LOUIS MO  630

26 MAR 2024  PM 4  L

MAIL CLEAFE
US MA...

⇔17601-035⇔
Office Clerks
U.S. District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

62201-295429

RECEIVED

MAR 28 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE