Administrative Remedy Catalog. Exhibit "AR"

All Exhibits in this catalog are numbered in the bottom right corner.
Remedies are in order of events.

AR-6    12-21-21  Informal Resolution Administrative Remedy
AR-7    12-21-21  Informal Resolution Reply
AR-8    12-29-21  Warden Appeal Filed "BP-9"
AR-9    Continuation page, Warden Appeal
AR-10   30-Jan-22 - Regional Appeal #1 - 1330.17 warden non-reply
AR-11   22-Feb.-22 - Rejection notice Regional Appeal-no Warden reply with Appe
AR-12   20-Feb-22 - Regional Appeal #2
AR-13   23-Feb-22 - Certified Mail receipt for Regional Appeal #2
AR-14   Dated 2-10-22 - Warden level reply
AR-15   Continuation Page 1 submitted with Regional Appeal #2
AR-16   Continuation Page 2 submitted with Regional Appeal #2
AR-17   23-Mar-22 - Rejection notice Regional Appeal Excess Continuation Pag.
AR-18   25-Mar-22 - Regional Appeal #3
AR-19   Warden Response
AR-20   16-May-22  Regional Appeal reply
AR-21   Certified mail reciept Regional Appeal
AR-22   8-Jun-22 - Recieved Regional reply dated 16-May-22-
AR-23   15-Jun-22 - Central Office Appeal #1
AR-24   Continuation Page Central office Appeal
AR-25   Submitted Karl Leukefeld letter
AR-26   Pg. 2 Letter from Karl Leukefeld
AR-27   Submitted psychology record
AR-28   Central office Appeal #1 Rejection - Too few copies 12-6-22
AR-29   Central office Appeal #2
AR-30   Continuation letter
AR-31   16-Nov-22  Central office Reply
AR-32   14-Dec-22  Received Central office reply
AR-33
AR-34

Administrative Remedies Exhausted.

September 30, 2008

## Administrative Remedy - Informal Resolution
### Marion, Illinois

Attachme

Inmate's Name: Pernell, A                    Reg. No. 17601-035  Unit: F  Date: 12-14-

NOTICE: You are advised that prior to filing a Request for Administrative Remedy [BP-9], you **MUST** attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: 8th Amendment violation, lack of access to medically necessary surgical treatment of my Gender Dysphoria. Further deterioration of my mental and emotional state in violation of 8th amendment and other amendments.

2. State what efforts you have made to informally resolve your complaint: Evident in medical and psychology records already.

3. State what resolution you request: I request adequate sex-reassignment surgery, preparatory hair removal, and facial hair removal.

Inmate's Signature: _Anya Millard B_                    Date: _____

4. Correctional Counselor's Comments (Steps to Resolve): _____
SEE ATTACHED

Counselor's Signature: _____                    Date: _____
Unit Manager's Review: _S Wallere_                    Date: 12-21-21

|  | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|
| Date | 12-16-21 | 12-21-21 |  |  |
| Time | 0900 | 1430 |  |  |
| Counselor | SW | SW |  |  |

AR-6

Facial laser hair removal (electrolysis) is purely cosmetic. You are allowed to shave as often as you like (facial and pubical area). Based on the cosmetic nature of your request electrolysis is not clinically indicated at this time. Your desire to receive gender reassignment surgery has been referred to the Transgender Executive Committee for review and evaluation. In the meantime, we recommend you continue adhering to institution rules as well as treatment and programming recommendations.

AR-7

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: PERVELL, Arya M.    17601-035    F    Marion V
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A- INMATE REQUEST   I do not accept the "8" response
: See Attached

I am asking for sex-reassignment surgery,
Pubic Electralysis, and facial electralysis.

29-12-21
DATE

_____
SIGNATURE OF REQUESTER

Part B- RESPONSE

AR8

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

Part C- RECEIPT

1). Pubic Electrolysis is a mandatory preparatory procedure before sex-reassignment surgery, not a "purely" cosmetic procedure.

2) Facial Electrolysis is not "purely cosmetic" when treating gender Dysphoria. It is part of transitioning and alleviating a serious medical and mental health condition

3) The mental and emotional pain I feel as a result of my Gender Dysphoria is still ongoing. I am in a situation that presents severe challenges and blocks to me being able to cope and keep myself from further mental, emotional, and possibly physical deterioration. I am being esentially black mailed in that, for me to recieve medical treatment, I must adhere to a list of non-medical and arbitrary demands. Then saying that if I attempt suicide or self-castration again that I will be further punished and further away from surgery when my attempts are in fact symptoms of under treated Gender Dysphoria. This is all part of my 8th Amendment claim.

- My relief requested is on "BP-9" form

AR9

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Pernell, Arya. M.**   **17601-035**   **F**   **USP Marion**
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** I do not accept the BP-9 denial. I am simply requesting medical treatment that I have already been found appropriate for by FBOP staff. I have already recieved staff evaluations recomending what I am requesting. Ignoring recomendations for medical treatment would be a clear 8th Amendment violation.

In relief I request sex-reassignment surgery Pubic Electralysis, and facial Electralysis.
section 12 - 1330.17 - non-Reply on BP-9 - Administrative Remedy)

**30-Jan-2022**
DATE

*Arya Milano*
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
FEB 08 2022
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____
DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

REGIONAL DIRECTOR

CASE NUMBER: **1106275-R1**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR                    PRINTED ON RECYCLED PAPER                    BP-230(13)
JUNE 2002

AR 10

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: FEBRUARY 9, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NORTH CENTRAL REGIONAL OFFICE

TO : AARON M PERNELL, 17601-035
MARION USP     UNT: SOTP-R     QTR: F03-004L
P.O. BOX 2000
MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1106275-R1     REGIONAL APPEAL
DATE RECEIVED   : FEBRUARY 8, 2022
SUBJECT 1       : TRANSGENDER CONCERNS/ISSUES
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR    INSTITUTION
ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
10 DAYS OF THE DATE OF THIS REJECTION NOTICE.



RECEIVED
FEB 22 2022
BY:_____

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Pernell, Arya M.__  __17601-035__  __F__  __Marion US__
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

I do not accept BP-9 reply.
See Attached:

I request Sex-reassignment surgeries.
and gender affirming procedures.

__20 Feb 2022__
DATE

__Arya Milano__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
        DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

_____
REGIONAL DIRECTOR

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

CASE NUMBER: _____

CASE NUMBER: _____

Return to: _____
             LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____
      DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR       PRINTED ON RECYCLED PAPER       AR12    BP-230(13)
                                                           JUNE 2002

Certified Mail receipt to region. I recieved a late response from warden. Upon recieving respone I sent Remedy to region with appropriate Attachments. Still Waiting for reply. Will move to central office if not replied to in time.



AR 13

J.S. Department of Justice
Federal Bureau of Prisons

Administrative Remedy
Part B - Response

Administrative Remedy Number:    1106275-F1

This is in response to your Administrative Remedy receipted January 7, 2022, wherein you do not accept the "8" response. Specifically, you are requesting sex-reassignment surgery, pubic electrolysis, and facial electrolysis.

Your desire to receive gender reassignment surgery has been referred to the Transgender Executive Committee for review and evaluation. In the meantime, we recommend you continue adhering to institution rules as well as treatment and programming recommendations. Facial laser hair removal (electrolysis) is purely cosmetic. You are allowed to shave as often as you like (facial and pubic). Commissary does sell appropriate hair removal treatment products for your facial area. Based on the cosmetic nature of your request, electrolysis is not clinically indicated at this time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

2-10-22
Date

D. Sproul, Warden

AR 14

A 1). The repeated statement that electrolysis is "purely cosmetic" is evidence of the dismissive nature with which my diagnosis of Gender Dysphoria is treated. I am unaware of anywhere in the WPATH standards of care, Transgender Offender manual, FBOP manual on Patient Care, or any data by experts on treating Gender Dysphoria that label facial Electrolysis as "purely cosmetic". In fact, in Patient Care, it is repeatedly emphasized that the impact on an inmates daily life should be considered. Also significant pain and discomfort are also mentioned as factors. No where is it specified that mental and emotional anguish are excluded from deciding surgical requests.

A 2) The TEC has already arbitrarily denied my progress towards surgery. Forwarding my surgical request to them does nothing to alleviate my 8th amendment claim. There may even be 1st and 5th Amendment violations by them as well. They were told by numerous staff of the seriousness of my claims, they chose to ignore staff opinion and do nothing but recommend a program I was already previously designated to. They are a block towards Transgender care, not a responsible governing body.

AR-15

A3) I have already done or am currently doing what is within my power to rehabilitate myself. An institution cannot be run in such a way that I am prevented from keeping myself from further mental, emotional, or physical deterioration. Transition surgeries are part of my rehabilitation for both my condition and my criminal offense.

A4) I have reached the point in my transition where surgery is clinically indicated as necessary.

AR-16

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 25, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NORTH CENTRAL REGIONAL OFFICE

TO : AARON M PERNELL, 17601-035
MARION USP    UNT: SOTP-R    QTR: F03-004L
P.O. BOX 2000
MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1106275-R2       REGIONAL APPEAL
DATE RECEIVED   : FEBRUARY 25, 2022
SUBJECT 1       : TRANSGENDER CONCERNS/ISSUES
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
LETTER-SIZE (8.5 X 11) PAPER. TEXT ON ONE SIDE. THE
TEXT MUST BE LEGIBLE.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

AR17

U.S. Department of Justice

Federal Bureau of Prisons

## Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Pernell, Arya M.__  __17601-035__  __F__  __USP Marion__
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A - REASON FOR APPEAL  I reject the BP-9 Warden Response.

1) Facial Electralysis is not "purely" cosmetic when treating Gender Dysphoria.

2) The TEC has previously named non-medical reasons denying surgery despite medical, psychiatry, and psychology warnings and recommendatio

3). I am unable to prevent mental, emotional, or physical deterioration on my own. Multiple FBOP officials are aware of my medical need.

4). The likely outcome of neglecting to medically treat me is evident in my file. The TEC is aware. Self-castration or suicide attempts likely.

In Relief I request: sex-reassignment surgery, Facial Electraly: permanent, and pubic Electralysis permanent.

__3-25-22__
DATE

__Virgal Milan__
SIGNATURE OF REQUESTER

Part B - RESPONSE

_____
DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

_____
REGIONAL DIRECTOR

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____        AR18
DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR                    PRINTED ON RECYCLED PAPER                    BP-230(13)
JUNE 2002

U.S. Department of Justice
Federal Bureau of Prisons

Administrative Remedy
Part B - Response

Administrative Remedy Number:        1106275-F1

This is in response to your Administrative Remedy receipted January 7, 2022, wherein you do not accept the "8" response. Specifically, you are requesting sex-reassignment surgery, pubic electrolysis, and facial electrolysis.

Your desire to receive gender reassignment surgery has been referred to the Transgender Executive Committee for review and evaluation. In the meantime, we recommend you continue adhering to institution rules as well as treatment and programming recommendations. Facial laser hair removal (electrolysis) is purely cosmetic. You are allowed to shave as often as you like (facial and pubic). Commissary does sell appropriate hair removal treatment products for your facial area. Based on the cosmetic nature of your request, electrolysis is not clinically indicated at this time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

2-10-22
Date

D. Sproul, Warden

AR 19

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

**Regional Administrative Remedy Appeal**
**Part B - Response**

Administrative Remedy Number: 1106275-R3

This is in response to your Regional Administrative Remedy Appeal received on April 1, 2022. You allege you have been denied gender-affirming (sex reassignment) surgery and facial electrolysis. For relief, you request both gender-affirming surgery and facial electrolysis.

We have reviewed the documentation related to your appeal.   You have been on hormone therapy since September 20, 2019, and you have been seen by psychology routinely since 2018.   You are encouraged to work with your provider regarding your treatment plan.   The Transgender Executive Committee (TEC) met on April 11, 2022; the TEC determined that you are to remain at a male facility to continue recommended programming and mental health treatment.   You have not been denied surgery or electrolysis, and you are encouraged to continue with your current treatment plan.   Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level.

Based on these findings, your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

05/16/2022
Date

Andre Matevousian, Regional Director

AR-20

-(Continuation) Administrative Remedy form BP-231(13)
-Arya Milan Pernell-17601-035

3). Region claims I was not denied surgery but I have not been informed of any approval or further treatment of my Gender Dysphoria.

4). The recommended program of SOTP-R is not a treatment program for Gender Dysphoria as relayed by SOTP-R treatment staff. Gender Dysphoria and criminal conduct are seperate issues.

5). Region listed inaccurate start dates for start of Hormone therapy and routine meetings with psych.

6). I have not yet recieved the relief I am requesting. I am unable to prevent myself from further mental, emotional, and/or physical deterioration. Staff that routinely interact with me have expressed clearly both my need for further Gender Dysphoria treatment and the risks of failing to treat my Gender Dysphoria. The TEC, DSCC, and the BOP medical director have ignored their own FBOP staff members and have remained indifferent to the point of failing to even provide me the stability of an informed consent treatment plan. This adds to the cruelty of denying or failing to provide medical treatment. It is unusual to use non medical reasons for failing to provide medical treatment in the effect that I have been asking for what constitutes the standards of care for treating Gender Dysphoria.

7). On April 11 2022, per regional director, after I had already submitted remedy to region, the TEC met with full awareness of my filing and still are indifferent to a serious medical AR21



U. S. Department of Justice
Federal Bureau of Prisons

_____

Reentry Services Division

_____

Washington, DC 20534

August 5, 2021

Aaron Pernell, Reg. No. 17601-035
655 Fairton-Millville Road
P.O. Box 420
Fairton, NJ 08320

Re: Transgender Concerns

Dear Ms. Pernell,

This letter is in response to your correspondence to the White House (White House Number: 813693), wherein you request assistance in changing your name of record and express concerns regarding a number of issues that have occurred during your incarceration in the Bureau of Prisons (Bureau).

An official name change while in Bureau custody was requested in your correspondence. This must be completed consistent with Program Statement Correctional Systems Manual, 5800.15, CN-1, specifically Chapter 4. Under this policy, the name entered on a Judgement and Commitment Order will remain the official committed name for all Bureau records (incident reports, progress reviews, sentence calculations, etc.). You must submit and have granted a motion to the sentencing court to change the name on the Judgment and Commitment Order. Once this takes place, the Bureau can move forward with a name change.

In your correspondence, you indicate not feeling whole or wanting to live. Currently you are engaged in ongoing treatment with Dr. Redondo, and you are encouraged to discuss these feelings with him and continue working on your goals. In response to your letter, he was contacted and met with you on July 26, 2021. To support your gender identity, in addition to treatment you are also afforded the provision of transgender commissary items, accommodations for search procedures, institution placement, and release planning.

With regard to your concerns related to being housed at a male facility, Program Statement 5200.04, Transgender Offender Manual, outlines the BOP's approach to managing individuals who are transgender. Designations and transfer decisions are made by the Transgender Executive Council (TEC) based on a review of historical information and individualized goals. You are encouraged to continue following the goals discussed with you by Unit Management and in your treatment plan.

Finally, you ask about the provision of surgery. On March 8, 2021 and April 19, 2021, you were reviewed by the TEC at your request for gender-affirming surgery. As a step toward this goal,

AR 85

an initial recommendation was made by the TEC for a lesser security transfer to a low security male facility to take part in programming and as a step to move toward review for transfer to a female facility before gender affirming surgery. Further review, however, revealed a detainer was lodged by the State of North Carolina. The TEC therefore determined it was appropriate for you to remain at a medium security facility and continue programming and hormone therapy while working with unit team to resolve the detainer. On July 12, 2021 the TEC again reviewed your current designation and recommended placement at a facility with the Sex Offender Treatment Program due to your treatment needs and to ensure future success if it is determined you are appropriate for designation to a female institution. Generally, transfers and interventions are completed ahead of surgery. Staff at FCI Fairton are aware of this recommendation. You may request another TEC review and provide additional documentation at any time.

I trust this response has addressed your concerns.

Sincerely,

KARL LEUKEFELD
Digitally signed by KARL LEUKEFELD
Date: 2021.08.05 17:41:55 -04'00'

Karl Leukefeld
Acting Administrator
Women & Special Populations Branch

AR 26

Case 3:23-cv-00374-SPM Document 43-15 Filed 08/08/24 Page 20 of 20 Page Page# 409
#578

# Clinical Intervention - Clinical Contact

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M Facility: FAI | Unit Team: | C |
| Date: | 09/08/2021 14:53 | Provider: | Redondo, Brian PsyD/Chief | | |

## Focus of Session

Gender Dysphoria

## Subjective/Objective Presentation

Continues to experience intense self-loathing in terms of her self-perception of physical attributes. Struggles with urges to engage in self-castration, despite rational understanding of the potential, unwanted harm associated with such behaviors. While she has shown improvement in her ability to embrace other aspects of her femininity (i.e., cognitive, emotional, interpersonal), she continues to experience significant struggles in terms of her physical attributes. Lack of familial support and the perceived lack of caring on the part of Central Office/TEC has further exacerbated her condition. In the absence of definitive movement towards gender affirming surgeries, her long term emotional stability is tenuous.

## Intervention(s)

Supportive counseling
Preemptive closure in anticipation of impending transfer
RSA's related to desire to engage in self-castration

## Progress/Plan

Ms. Pernell is currently pending transfer in order to participate in the SOTP. She will remain CARE2-MH, Psy Alert at this time. While she has demonstrated the ability to formulate meaningful working relationships with her primary treatment providers, she is acutely fixated on the decision making of Central Office/TEC as it pertains to her referral for gender affirming surgeries. She remains at moderate-to-high risk for future self-castration behaviors if she perceives that her efforts to obtain said surgeries are being minimized or ignored. Significant improvement as it pertains to her Gender Dysphoria is not likely to occur in the absence of gender affirming surgeries. At the present time, she has been receptive to recommendations that she self-advocate for corrective action via the administrative remedy process and future legal action.

Completed by Redondo, Brian PsyD/Chief Psychologist on 09/10/2021 10:03

AR-27