REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 5, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : AARON M PERNELL, 17601-035
      MARION USP    UNT: SOTP-R    QTR: F03-004L
      P.O. BOX 2000
      MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 1106275-A1    CENTRAL OFFICE APPEAL
DATE RECEIVED    : JUNE 23, 2022
SUBJECT 1        : TRANSGENDER CONCERNS/ISSUES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
                 WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3 -
                 REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE
                 NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 2: YOU DID NOT SUBMIT THE CORRECT NO. OF COPIES OF THE
                 ATTACHMENTS (NEW DOCUMENTATION NOT CONSIDERED BY LOWER
                 LEVELS).  2 AT INSTITUTION; 3 AT REGION; AND 4 AT CENTRAL
                 OFFICE.  THE NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS          : 4 COPIES OF ONE CONTINUATION PAGE AND 4 COPIES OF
                 ANY EXHIBITS SPECIFIC TO YOUR BP11.

RECEIVED

AR-28

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _Pernell, Arya   M._   17601-035   F/SOTP-R   USP Marion
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I do not accept the Region response for the following reasons: 1). Region Response did not acknowledge or address my claims for filing prior to TEC meeting on April 11 2022. (2). I was at a male facility when beginning hormone therapy in order to treat my Gender Dysphoria, why does me still being at a male facility suddenly block treatment for my Gender Dysphoria?
(see attachted continuation)

In relief I request: Gender-affirming surgeries, permanent facial, and permanent pubic hair removal, full sex-reassignment. -Thankyou for your time.

14 June 2022
DATE

Arya Milan P.
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUN 23 2022
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
AUG 23 2022
Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: 1106275A1

**Part C - RECEIPT**
CASE NUMBER: 1106275-A2

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

AR-29

UPN LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

-(Continuation) Administrative Remedy form BP-231(13)
-Arya Milan Pernell -17601-035

3). Region claims I was not denied surgery but I have not been informed of any approval or further treatment of my Gender Dysphoria.

4). The recommended program of SOTP-R is not a treatment program for Gender Dysphoria as relayed by SOTP-R treatment staff. Gender Dysphoria and criminal conduct are seperate issues.

5). Region listed inaccurate start dates for start of Hormone therapy and routine meetings with psych.

6). I have not yet recieved the relief I am requesting. I am unable to prevent myself from further mental, emotional, and/or physical deterioration. Staff that routinely interact with me have expressed clearly both my need for further Gender Dysphoria treatment and the risks of failing to treat my Gender Dysphoria. The TEC, DSCC, and the BOP medical director have ignored their own FBOP staff members and have remained indifferent to the point of failing to even provide me the stability of an informed consent treatment plan. This adds to the cruelty of denying or failing to provide medical treatment. It is unusual to use non medical reasons for failing to provide medical treatment in the effect that I have been asking for what constitutes the standards of care for treating Gender Dysphoria.

7). On April 11 2022, per regional director, after I had already submitted remedy to region, the TEC met with full awareness of my filing and still are indifferent to a serious medical

AR-30

Administrative Remedy No. 1106275-A2
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal, wherein you request transfer to a female facility.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. The Transgender Executive Council (TEC) is aware of your request for gender affirming surgery. During an April 2022 meeting, the TEC recommended compliance with all recommended programming and mental health treatment. One factor that is considered by the TEC with regard to the process of obtaining gender affirming surgery is that there has been significant progress toward transition as demonstrated by your medical and mental health history. At the present time, the TEC believes you are appropriately housed at your current facility so those treatment-related goals can be addressed.

When a patient has been diagnosed with Gender Dysphoria, treatment providers are responsible for determining whether hair removal has become a medical necessity. If so, Health Services may purchase facial cream or over-the-counter laser hair removal products as part of the treatment plan and with safety controls in place. Additional commissary items, such as hair removal products, may also be approved by the Warden based on an individualized assessment of the transgender population. Facial or genital electrolysis would only be approved if it was determined by the treatment provider to be a medical necessity.

Considering the foregoing, this response is provided for informational purposes only.

11-16-2022
_____
Date

*J. Connors*
Ian Connors, Administrator
National Inmate Appeals

AR-31

AARON M PERNELL, 17601-035
MARION USP    UNT: SOTP-R    QTR: F02-016L
P.O. BOX 2000
MARION,  IL 62959



AR-32

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution

Fairton, New Jersey 08320

February 26, 2021

MEMORANDUM FOR: (b)(6); (b)(7)(C)

NATIONAL POLICY AND PROGRAMS COORDINATOR
WOMEN AND SPECIAL POPULATIONS BRANCH

FROM: Thomas E. Bergami, Warden

SUBJECT: Inmate Pernell, Aaron
Reg. No.: 17601-035
Referral to Transgender Executive Council

The purpose of this memorandum is to submit inmate Aaron Pernell, Reg number 17601-035, to the Transgender Executive Council (TEC) for appropriate action.

Inmate Pernell is a 33 year old transgendered (MTF), Medical Care Level 1, Mental Health Care Level 2 inmate requesting to be considered for fully transition to a female to include the gender affirming surgery while in BOP custody. (b)(7)(F) Her security level is listed as medium, her custody level is In, and she currently has 8 points. Inmate Pernell has been in BOP custody since May 12, 2015. In August of 2015 she was found guilty for Code 306, refusing work/ program assignment for refusing order out of Special Housing Unit to the Compound on 8/13/2015 and again on 8/20/3015 for the same offense. However, since she has no record of any disciplinary action or behavior, she follows institutional rules, and Ms. Pernell recently obtained employment in the Safety Department.

Her list of medical diagnoses are as follows: transgender validated male to female, anemia, hyperlipidemia, major depressive disorder, Posttraumatic stress disorder, Gender dysphoria in adolescence, astigmatism, Peripheral retinal degeneration, Alcohol use disorder, stimulant use disorder. She is currently only taking atorvastatin for her hyperlipidemia, in addition to her hormone therapy. She has been classified as a CARE-1 Medical and recently was increased to a CARE2- MH after an attempt at castration in July, 2020. She cited feelings of hopelessness regarding the prospect of full male-to-female transition as the triggering event. Other than the one instance of self-mutilation, there have been no signs of emotional instability that would otherwise interfere with any aspect of daily functioning. She is scheduled for a review of her mental health care level and will most likely be downgraded to CARE1-MH.

Since her arrival, Ms. Pernell has consistently sought out gender affirming resources, products, and

E-1

procedures. She carries herself as a woman, to the extent permitted, in her current environment. She maintains a feminine hairstyle, wears female undergarments and make-up, and educates her housing unit peers on trans-gender issues. She answers to female pronouns and has initiated formal name change procedures in order to change her first name from Aaron to Arya. She gradually revealed her gender identity to select family members over the past few months and had her first family visit, as a woman, with her parents and sister in early January.

A review of Diagnostic and Care Level Formulation notes in PDS/BEMR revealed Ms. Pernell consistently referenced gender identity issues dating back to childhood on 04/18/16, 07/29/16, 12/21/17, and 04/29/19. She was formally diagnosed with Gender Dysphoria in Adults on 04/30/19. Inmate Pernell started hormone therapy in September, 2019 to aide in her transition. Her current regimen is Estradiol 3 tablets each morning and 2 mg each night and Spironolactone 100 mg BID. She has achieved noticeable feminizing effects and her hormone levels have been at or near goal since September, 2020. Because changes in her physical appearance, including breast development, has frequently led to unwanted attention from her peers, she has had to inhibit her gender expression by wearing loose fitting clothing in order to hide her femininity. Such restrictions have contributed to depressive symptoms and feelings of invalidation. Although her primary goals is to fully transition and is requesting the gender affirming surgery, she may benefit from transfer to a lower security facility if deemed appropriate. There are no mental health or medical reasons precluding a transfer to a lower security facility.

Inmate Pernell has a projected release date of November 28, 2050. Due to the length of her remaining sentence and desire to transition to a female, she may be a good candidate for gender affirming surgery and all of the necessary steps that accompany preparation for surgery, should the TEC deem appropriate. She has made significant progress in her transition with the available resources. Her primary goal is not to transfer to a female institution, but she will do so in order to fulfill requirements for the gender affirming surgery in order to reach her goal of a full transition.

BOP FOIA 2022-05638 2 of 34

E2

TEC ~ Ms [(b)(6); (b)(7)(C)]                    ~ Arya Milan Pernell

If ~ I am Arya~ I am very thankful for all the effort to help me. Knowing that y'all were trying seriously kept me going for so long. I heard I was denied transfer. Honestly I dont understand why transfer is a requirement. I am just needing surgery. After surgery I will be strong enough to face everything. A male low is honestly a nightmare anyway. There I wouldn't be able to get away from the men. I also dont want to experience that same nightmare pre-surgery in a female prison. I just want to fully transition. I'm not entitled to it, I'm not demanding it, I just need it like water or food.

I know the reasoning for "real-life experience" is to ensure that I am truly wanting this. But remember please, that is for myself to be sure in intent. So may I express to you my real life that I am experiencing, and how I know in my heart I am sure of two things: 1) I am a woman and nothing can ever make me turn away from embracing that fact, 2). I need water to live, I need food to live, and I need transition to live. Without any of these three things I will inevitably pass away. I

E 3

am in pain and I need it to stop and I'm so exhausted with the how.

Sadly, my current female experience doesnt consist of laughter or me getting to do all the "feminine" things in a female prison. But, my whole family knows I am a woman, my friends still see I am her, my professional presentation arround co-workers and bosses is her, and all my interactions with staff and the world are as I am, her. Hanging out with women does not make me less or more female. And as far as the difficulties that we face in this country and world. I am undeniably female in a male prison. I basically live in a bar surrounded by drunks who havent been layed in years. You tell me what my daily female experience is. My real-life is this. The cut calls and harrassment, objectification and sexualization, stalking, men that dont hear no, and all the judgements and ego's I have to navigate arround. Yet, despite wanting to hide every day, to never wake up again. I wake up and do the things that bring me peace. I put my make up on and do my hair until I can stand myself in the mirror. Until

E4

I can pretend I am whole enough to face each day. I am a woman. I appear female, I walk female, I think female, I perceive and interpret, I understand female. Estrogen is pumping through my brain and body and I feel graciously female. No amount of time or "experience" is going to change the fact I am a woman. The only uncertainty I have is when I see my sewage and I am unsure how to cut it off without dying. Everyday I am a woman arround these men. Whether I am ridiculed, afraid, uncomfortable, judged or target for desires I want no part in, I wake up daily and do the only thing I can do. Be me. Arya Milan Pernell. And I am asking you to save me please.

Sincerely ~ Arya Milan Pernell ~

E5



U.S. Department of Justice

Federal Bureau of Prisons

---

*Office of the Warden*

United States Penitentiary
4500 Prison Road; Marion, IL 62959

April 1, 2022

FOR:        [(b)(6); (b)(7)(C)]  POLICY AND PROGRAMS COORDINATOR
            WOMEN AND SPECIAL POPULATIONS BRANCH

FROM:       D. Sproul, Warden

SUBJECT:    Inmate PERNELL, Reg. No. 17601-035
            Referral to Transgender Executive Council

This memorandum is in response to a request for information pertaining to Inmate PERNELL, Reg. No. 17601-035 and the inmate's request for gender reassignment surgery. Inmate PERNELL identifies as transgender, male to female. Therefore, female pronouns will be utilized throughout this report. My responses to the inquiry for additional information is as follows:

- **Evidence of a continuously manifested desire to live and to be accepted as a member of the preferred gender for at least two years.**

Inmate PERNELL entered BOP custody on 05-12-2015. She self-identified as transgender to a psychologist during a Suicide Risk Assessment on 04-18-2016 and, on 05-08-2019, the TRN M2F code was entered in SENTRY.

- **Evidence that the inmate lived full-time in the desired gender role for at least 12 months to the extent possible at the current institution.**

Inmate PERNELL has lived as and/or identified as female since she arrived at USP Marion on 10-07-2021. All notes reviewed in PDS-BEMR over the past year state that she identifies as transgender and/or refer to her with female pronouns. She wears the available female clothing at the institution and purchases commissary items available to transgender inmates when the items are available. She wears her hair long and in a feminine style, speaks in a soft-spoken voice, and displays female mannerisms. Her request for a pat-down exception at USP Marion was granted in December 2021.

- **Evidence that the inmate received at least 12 continuous months of medically supervised hormone therapy appropriate to the desired gender goals (unless there was a medical contraindication to this therapy).**

Inmate PERNELL is currently on hormone therapy consisting of estradiol 3mg every morning and 2mg every evening. A medical Clinical Encounter note dated 10-19-2021 states that she has been prescribed estradiol for the last 2 years. Therefore, she has been on this dose of hormones for at least 2.5 years.

- **Evidence that the inmate could successfully and safely transfer and adjust medically**

E6

**and psychologically, to a different facility.**

Inmate PERNELL struggled emotionally and psychologically somewhat at the time of her transfer to USP Marion in October 2021. Her first contact with Psychology Services was a Suicide Risk Assessment (SRA) on 10-12-2021 after "having been located by staff on F unit with a sheet made into a ligature around her neck." Per her report during that assessment, "she had been experiencing a number of challenges on this date that ultimately culminated in her feeling hopeless about her journey toward confirmation surgery, felt she was not in a supportive environment, and lost the desire to live." In addition, "she had attempted to order makeup from commissary, stating it 'is one of my coping strategies' to engage in some pampering of herself with makeup and lotion but found out that the items were not available and in stock on this date." She has demonstrated significant improvement in emotion regulation since that time and has not required another SRA. She is currently classified as CARE2-MH and a Psych Alert due to a significant history of suicidal ideation and self-directed violence.

It should be noted that she apparently attempted to castrate herself on 07-10-2020, which resulted in a SRA and transfer to an outside medical facility for treatment. Since that time, she has been the subject of 8 additional SRAs, including the 10-12-2021 SRA described above that occurred shortly after her arrival to USP Marion.

- **Evidence (if any) suggestive of any external coercion or predation related to the designation request.**

Inmate PERNELL has not requested to transfer to a female facility.

**NOTE:** Inmate PERNELL has specifically requested that she receive gender reassignment surgery *before* being transferred to a female facility. She is adamant that she does not want to "set a precedent of guys with my (b)(7)(F) (b)(7)(F) being able to transfer to a female facility before they get surgery. I don't want other people to be able to take advantage of that."

E7

IM [Pernell, Aaron M.]
#17601-035
DOB/AGE: 03-27-1987/33



(b)(6); (b)(7)(C)

**PRD/Months to Release:** 11-28-2050

**History of Sexual Offense:** Yes
**History of Violence:** None

**Medical Care Level:** CARE 1
**MH Care Level:** CARE 2 -MH

**Security Classification:** Medium
**Current Institution:** FAI

**Details and Requests:** IM Pernell is male and identifies as female (TRN M2F). Based on her request for gender-affirming surgery, staff at FAI provided the information below. Inmate Pernell was most recently reviewed by the TEC on April 19, 2021. The TEC previously recommended lesser security transfer to low security male facility. However, upon further review by DSCC, due to greatest severity detainer, the TEC concurs she remain at a medium security facility and continue programming and hormone therapy while working with her unit team to resolve outstanding detainer issues. The TEC stated they would review again at future TEC, if detainer is resolved or at inmate or institution request. The inmate and the institution has requested further review.

*Inmate Pernell is currently housed at FCI Fairton and arrived on January 21, 2020. She has been incarcerated since July 23, 2015, with the BOP. During her intake screening interview, she identified as female and expressed her preference to be addressed with feminine pronouns. According to Psychology staff, she endorsed a history of depression and anxiety secondary to gender identity issues. She reported satisfaction with ongoing hormone treatment and stated her intention to pursue sex reassignment surgery and ultimately be transferred to a female correctional institution. A review of Diagnostic and Care Level Formulation notes in PDS/BEMR revealed Ms. Pernell consistently referenced gender identity issues dating back to childhood on*

F-8

*04/18/16, 07/29/16, 12/21/17, and 04/29/19. She was formally diagnosed with Gender Dysphoria in Adults on 04/30/19. On 07/10/20, she engaged in an attempted self-castration. She cited feelings of hopelessness regarding the prospect of full male-to-female transition as the triggering event. Since that time, she has been the subject of three additional suicide risk assessments, all of which were conducted in response to heightened emotional distress associated with her Gender Dysphoria condition. She was also the victim in three PREA investigations. Her mental health care level was increased to CARE2-MH and her treatment plan focused solely on issues related to gender dysphoria and male-to-female transition.*
*She has maintained clear conduct since September of 2015 after receiving 3 incident reports for Code 306.*

*Since her arrival at FCI Fairton, inmate Pernell has consistently sought out gender affirming resources, products, and procedures. She carries herself as a woman, to the extent permitted, in her current environment. She maintains a feminine hairstyle, wears female undergarments and make-up, and educates her housing unit peers on transgender issues. She answers to female pronouns and has recently initiated name change procedures. She has revealed her gender identity to select family members.*

*Inmate Pernell has been compliant with HRT for over 12 months – since September 2019. Her hormone levels have been at or near goal since September 2020. Per BEMR, she attends all appointments and readily engages with Health Services staff.*

*Additionally, inmate Pernell wrote the TEC a letter stating in part, "Embracing my womanhood has given me the ability to gain empathy and fully understand the hurt I have caused. Embracing the real me is how I gain the strength...I ask you to please allow me to fully transition into the best most real version of myself. I am asking you to save me even though I am not the most deserving. It has become an unbearable struggle to live with male genitalia. If I do not embrace my womanhood, I do not see a way to continue on." Her clinician has also suggested the TEC meet with her over VTC.*

*According to Psychology staff, she follows institution rules and has not received any incident reports. Other than the one instance of self-mutilation, there have been no signs of emotional instability that would otherwise interfere with any aspect of daily functioning. She has demonstrated a willingness and ability to solicit supportive services prior to engaging in any additional self-harm. There are no mental health reasons precluding a transfer to a lower security facility and she has expressed interest in participating in* (b)(7)(F) *(b)(7)(F) She cited her preference to participate in* (b)(7)(F) *at a female institution. In the event that such a transfer is precluded at this time, strong consideration should be given to transferring her to a low security male institution for inclusion in* (b)(7)(F)

After lengthy conversations with the institution and WASPB, it is recommended inmate Pernell participate in (b)(7)(F) at USP Marion at this time. Upon completion of treatment, the TEC would review for a lesser security transfer or female facility transfer.

E9

# Pernell – TEC Referral

·**Evidence of a continuously manifested a desire to live and to be accepted as a member of the preferred sex for at least two years**

Ms. Pernell arrived at FCI- Fairton on January 21, 2020.  During her intake screening interview, she identified as female and expressed her preference to be addressed with feminine pronouns.  She endorsed a history of depression and anxiety secondary to gender identity issues.  She reported satisfaction with ongoing hormone treatment and stated her intention to pursue sex reassignment surgery and ultimately be transferred to a female correctional institution.

A review of Diagnostic and Care Level Formulation notes in PDS/BEMR revealed Ms. Pernell consistently referenced gender identity issues dating back to childhood on 04/18/16, 07/29/16, 12/21/17, and 04/29/19.  She was formally diagnosed with Gender Dysphoria in Adults on 04/30/19.  On 07/10/20, she engaged in an attempted self-castration.  She cited feelings of hopelessness regarding the prospect of full male-to-female transition as the triggering event.  Since that time, she has been the subject of three additional suicide risk assessments, all of which were conducted in response to heightened emotional distress associated with her Gender Dysphoria condition.  She was also the victim in three PREA investigations. Her mental health care level was increased to CARE2-MH and her treatment plan focused solely on issues related to gender dysphoria and male-to-female transition.

·**Evidence the inmate lived full-time in his/her desired gender role for at least 12 months to the extent possible at the current institution**

Since her arrival, Ms. Pernell has consistently sought out gender affirming resources, products, and procedures.  She carries herself as a woman, to the extent permitted, in her current environment.  She maintains a feminine hairstyle, wears female undergarments and make-up, and educates her housing unit peers on trans-gender issues.  She answers to female pronouns and has initiated formal name change procedures in order to change her first name from Aaron to Arya.  She gradually revealed her gender identity to select family members over the past few months and had her first family visit, as a woman, with her parents and sister in early January.  Because changes in her physical appearance, including breast development, has frequently led to unwanted attention from her peers, she has had to inhibit her gender expression by wearing loose fitting clothing in order to hide her femininity.  Such restrictions have contributed to depressive symptoms and feelings of invalidation.

·**Evidence the inmate could successfully and safely transfer and adjust medically and psychologically to a different facility**

Ms. Pernell was employed in the Safety Department and is currently on the waiting list for employment in Unicor.  She follows institution rules and has not received any incident reports.  Other than the one instance of self-mutilation, there have been no signs of emotional instability that would otherwise interfere with any aspect of daily functioning.  She has demonstrated a willingness and ability to solicit

E/0

TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

-------------------------------------------------------------------------------------------------

FROM: 17601035
TO: Transgender Executive Council
SUBJECT: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A
DATE: 07/05/2022 09:28:19 PM

To: appropriate personell
Inmate Work Assignment: none

thankyou for the  reply. I very much appreciate the concern.
Thankyou for your consideration
I have a follow up question if I may
So the Associate warden told me that I was to remain at a male facility. I havent been told any plan for surgery or anything in
answer to my request for surgery and upon asking no one knows anything about any surgery request.  That is part of the
confusion. I am maybe not getting clear info on what the decision was from the TEC or I am simply not understanding it as it
relates to surgery.
One- HAve I been denied surgery? and if so why?
Two- Is my stay at a male prison permanent and am I not to be able to look forward to any surgery or further treatment of my
Gender dysphoria?
-----Transgender Executive Council on 7/5/2022 6:07 PM wrote:

>
Good Evening,

You were most recently reviewed by the TEC in April 2022.  Please see your Warden or Associate Warden and they can again
explain to you the recommendations of the TEC from this most recent review.

Thank you.

_____
From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Tuesday, July 5, 2022 11:17 AM
To: BOP-RSD-InmateToTEC-S (BOP) >
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: appropriate personell
Inmate Work Assignment: none

dear Ma'am or Sir
I am writing because I have already made this request at multiple institutions and have received confusing results in response.

I am requesting Gender-affirming surgeries too include: Vaginoplasty, Labiaplasty, Pubic and facial hair electrolysis and if
possible facial feminization. FUll sex-reassignment surgery in treatment of my Gender Dysphoria.

I am requesting transfer to a gender-affirming facility(female), (preferably post surgery),as I am making every effort to show I am
not the person I came into prison as,  but necessarily whether pre o post surgery. In 2016 I expressed my fears of transitioning
in a male prison due to the target it would place on my back. My fears are now real as I am significantly developed on hormone
therapy regimen. As one BOP Dr. put it, My "feminine appearance is quite pronounced"

I am currently fighting to obtain gender-affirming surgeries and eventual facility placement. Please understand I am not asking
from a position of entitlement. I am asking for the mercy of you treating my gender Dysphoria and alleviating much emotional
pain I am in. This mental distress is increasingly unlivable  yet I am giving my all to become a better woman. I am making every
effort to transition and live my life as the woman I am. I cannot manage my dysphoria on my own and ,as noted by staff, I
continue to deteriorate without medical treatment.

I sincerely implore you to grant me this request
Thankyou for your time
Arya Milan Pernell
Or"Aaron" Pernell 17601-035

E12

TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

--------------------------------------------------------------------------------

FROM: Transgender Executive Council
TO: 17601035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/15/2022 09:57:02 AM

Currently there is the Emerging Identities program for transgender individuals.  Later this year three new programs designed specifically for transgender individuals in prison will be released in the BOP.

As a reminder, this email box does not replace the BOP Administrative Remedy Program.

J. Epplin, National Policy and Program Coordinator
Women and Special Populations Branch
Transgender Executive Council

--------------------------------------------------
From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Wednesday, August 10, 2022 12:58 PM
To: BOP-RSD-InmateToTEC-S (BOP) >
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: Ms. Epplin
Inmate Work Assignment: None

Hello Ma'am
I am writing to ask about Female specific programming in a male facility. Is there anything available being prepared by the BOP to help People program with respect to their gender identity? In this program I am in I honestly feel like it is almost trying to de-trans me. Like the old school conversion therapy. It is not the staff here. The staff her have been very kind and supportive of me and my identity just like most institution level staff have been towards me.  But its the material. Everything is, what kind of man do you want to be? what kind of man do you see in the mirror? What do you need from the other men in group? Men think this way men think that way. Its very frustrating because I have a hard enough time  dealing with the fact that I am honestly in a male prison, translation- I am seen as a man no matter how much I am not one. And I consistently have to deal with constant misgendering. Then to add I am dealing with issues that have allot to due with my gender  and I do not have access to any program that will help me with that in a specific supportive way. I think the reality of a male prison once someone has transitioned to the point they no longer look like the rest of the population is kind of lost in translation somewhere. Its not fun. I am persisting on despite all the pain and hurdles thrown in my path that seem to be the direct opposite of treating me for Gender Dysphoria.  So I could really use access to gender specific material to help me through this time. I have already asked psych and they have given me what they have available such as a Transgender work book and all that. It is helpful to an extent. But materials that are specifically for women is what I am asking about.  Are you aware of any movement to make female specific programming material available to women, such as me ,living in a male facility?

Thankyou for your time
-Arya Milan Pernell

E13

TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

--------------------------------------------------------------------------------

FROM: 17601035
TO: Psychology Services
SUBJECT: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A
DATE: 04/01/2022 11:15:09 AM

To: Dr. Fields
Inmate Work Assignment: None

Hi. I am writing this email in regards to the TEC submission for surgery.
First, Thankyou for the opportunity to be considered for surgery.  I cannot express how grateful I am that I am getting this chance.
I saw that Dr. Leukefeld said in court that "there may be some circumstance in which a person may be appropriate for surgery before transfer to a female facility. "  I believe I am one of those circumstances.  Now I am very much a woman and visibly to anyone who interacts with me, I am going through the difficulties that any woman would face in a male institution. Ultimately, I believe it is appropriate for me to be transferred and placed in a female facility. Because I am a female. That is the why, but I am concerned about the how. I would very much prefer to have gender-reassignment surgery before transfer to a female facility for several reasons that are both personal and professional in understanding the dilemma that the BOP is in with regards to transitioning. But I do believe that either way, I do belong in  a female facility.
I do not want my intentions to ever be mistaken in going to a female facility. I understand the concern any person could have upon reviewing my criminal offenses and then evaluation whether or not I can be placed in a female facility before surgery.  The only way I can mitigate your fears is by receiving surgery before transfer. I cannot change the past, but I promise that I am dedicated to doing the right thing and being a person who does not create any more victims. I believe my institution conduct shows that I try very hard to do the right thing. But I understand and feel deep regret that your fears exist. I did things I cannot take back and that has made it difficult to transition into the version me that is real and capable of living a life doing the right thing.  I know in my heart, that whether or not you approve me for surgery, I will live however long I have left in my life without reoffending. I think understand the value of womanhood, both for myself and for my relation with other women, has had a gigantic impact on my full understanding of how wrong the things I did were and are.  Again, I cant change it, but I get it now. So I really am hoping I get surgery before transfer to a female facility.
I think that it will be much better for the woman there to. I mean, I have been through allot of painful things in life and I have had difficulty being around men that remind me of the man that attacked me when I was a kid. SO the last thing I would want is to ever be the cause of another woman feeling that way because this person with a rape charge is her neighbor in prison and she is worried about that person being a "man" and attacking her. Me getting surgery before transfer helps mitigate that for sure. I think the woman there may be more comfortable if it wasn't even possible for me to reoffend. I think their feeling of safety in interacting with me is very important. I can tell you all day that I am not the person used to be. My actions will show I have changed. But I am asking for everyone who is involved to be able to be certain that I am telling the truth. I believe that surgery before transfer does that.
Then there is my safety to consider. Don't get me wrong, no matter what I am in a huge amount of danger in a male facility. If you wee to see a picture of me I think you would understand. And not like a prison face pic. See what I look like wearing standard issue shorts and T-shirt out on the rec yard. I am clearly developed and very much different from my surroundings. And like any woman knows, the second you develop breast and all the sudden all these guys are real interested in being your friend. Well ,I have allot of unwanted people trying to be my friend. I am not at all comfortable here. So I need to be in a  female facility. But I can also imagine that it would be difficult for me to be in a female facility pre-surgery. I think having surgery would make it much more likely I could make friends and be comfortable in a female facility.  Especially if I could get facial hair removal too. OMG I would just be another girl doing my time instead of sticking out like a sore thumb as I do in a male facility. At any rate there are several truths at play here. One, I am a woman in a male facility, This is not okay. Two, I very much need surgery to alleviate much of my Gender Dysphoria. Yes life will not be magically perfect all of the sudden. I just feel like I would be able to face life a whole lot better if I am able to feel I am my true self. Three, I understand the difficult decision you all face for the many reasons it is difficult. But I am very very much a woman. I am ultimatley askking you for a mercy in helping me acheive the goal of being whole. Thankyou for your time

E14

TRULINCS  17601035 - PERNELL, AARON M - Unit: MAR-F-A

-----------------------------------------------------------------------------------------

FROM: 17601035
TO: Psychology Services
SUBJECT: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A
DATE: 04/01/2022 11:37:32 AM

To: Dr. Fields
Inmate Work Assignment: none

(Sorry, timer ran out on the previous email to you. Same topic, just one request to add.)

TEC.
I ask that as part of my evaluation I be granted a video conference. I know that I am not entitled to ask that. I just feel that if you could see me and ask me your questions. If I could actually talk to you. I think that you would see how genuine I am in my pursuit of gender-affirming surgeries and I think that the fact I am very much a woman could not be misinterpreted as  just another inmate to evaluate on paper. I am a person. I am human. I am all woman. I dont think there would be much confusion about who I am now and how much I have changed if you were able to talk with me. I am not the person that came to prison. I know that it is difficult to get people to change and even more difficult to believe that they have changed. I have really changed completley. My understanding of the world is much different. The biggest change though is that I no longer use my own pain as an excuse to hurt others. I am very proud of the fact that I have gone for 12 years since the day I was convicted and have not done any more offense related behavior or any serious or violent institutional misconduct. I have had to work very hard to do that. TO not even lash out and fight when I am constantly heckled and cat-called by all these guys. Thats not easy.  SO please consider having a video conference with me in you are not willing to approve me for surgery right now. I think you would see, that there is a reason why two different groups of staff at two different facilities have been willing to submit me for surgery. Thakyou for your time

F-15

TRULINCS  17601035 - PERNELL, AARON M - Unit: MAR-F-A

--------------------------------------------------------------------------------

FROM: Sex Offender Program
TO: 17601035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/16/2022 07:47:02 AM

The warden is the person at this institution who can request reviews by the TEC. Make sure if you would like to make this request, that it is done through the warden as the CEO of the insitution is the one who interfaces with the TEC.

From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Tuesday, March 15, 2022 1:34 PM
To: MAR-InmateToSexOffenderTreatment (BOP) >
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: Dr. Owings
Inmate Work Assignment: None

Hello. I am writing to make a formal request that I have a video conference meeting with the Transgeder Executive Council. I believe that, if they were able to see me, if they were able to talk to me, they may see that this is real. I am very much a woman and they are very much being cruel and indifferent to my serious needs. I want to know why I am being forced to go to court when they have been told by numerous staff of the legitimacy and seriousness of my request for surgery. Also, why do they ignore the standars of care for transgender inmates when the standards of care specifically say that medical treatment should be applied regardless of housing situation? I dont understand this game they are playing. Im being sincere and honest. Why cant they? I am not even requesting to go to a female facility before surgery. I have been vocally aware of the difficulties of the crimes I committed in putting me in an female facility. I do not want my intentions to be misunderstood. Dr. Leukefeld said at court that there may be some situations where people are given surgery prior to movement to a female facility. I believe I am appropriate for that. But the fact that I am very much a woman remains true either way.  And I am in a facility arround men and I am very uncomfortable with the attention I recieve. Also numerous staff have told the TEC that I am not safe in a male prison. I believe if they could se me, they would understanad this is real. Could you please see if a video conference can be scheduled? I think it would get them to actually evaluate me as a human being.

E16

TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

-------------------------------------------------------------------------------------------

FROM: 17601035
TO: AW Office
SUBJECT: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A
DATE: 03/15/2022 08:53:59 AM

To: Ms. Soza
Inmate Work Assignment: None

Hello Ma'am. I am writing to inquire and request to have a video conference with the Transgender Executive Council. I feel like if they can see me and talk to me, they may see that I am being genuine. I am aware of the wrong I did in life which is why I have consistently asked for surgery before movement to a female facility. I do not want my intentions to ever be mistaken and I am very much aware of dicomfort it could cause anyone if I were to be moved pre-surgery. But the fact that I need surgery is the same either way. I believe that if the TEC were to meet with me in a video conference and ask me questions and allow me to state my situation, they would approve me for surgery. I think eveluating me for surgery would be helped by actually seeing me and talking to me. I know I am not entitled to this request so please dont misunderstand. I am just struggling with the two realities I face, 1). I very much need surgery in order to alleviate my thoughts of self harm and sucicide (I am not currently expressing any intent, just stating my general struggles), And 2). I am very much visibly not a guy, and that presents some complications in prison that are growing increasingly uncomfortable as I transition. I am past the point in my transition that I appear the same as the rest of my surrounding population. I very much stand out. It is a catch 22 because to be happy I have to embrace who I am, but who I am is very different from the rest of the inmates here. I know that the TEC is aware because the were given a picture of me by another staff memeber at a different institution and many staff members have told the TEC that my appearance is quite feminine and pronounced. I get the fears and the concern because of the horrible offense I committed. I am sorry for that but I cannot change the past. At the very least, me embracing the value of womanhood is a great thing. I am a trans-woman. This is genuine and real and I am trying to do the right thing in life. I really heard my victims request that I do not create any more vicitims. I very much regret my past cowardice, but I am choosing to be bold enough and brave enought to do the right thing. SO please, could you ask the TEC if we can have a video conference to evaluate me for surgery? I know thats asking allot. My issue has never been with instituion staff becasue usually institution staff try their best to help me and do the right things in my case. I think that most staff at the institution level have seen my real change and have tried what is within their power to express to higher ups that reality. But the higher ups consistently ignore institution staff which is very confusing to me. I dont have an explanation for their indifference. Sorry for being long-winded. Could you please let me know?

Thankyou so much for yor time

E17

Case 3:23-cv-00374-SPM   Document 73-2 Filed 09/18/24   Page 22 of 48   Page ID #600

Dear TEC

I am providing this picture with the hope that you will see me, That you will hear me as more than just another name. I am hoping that you will see that this is the real me. When I embrace my womanhood I am capable of coping with life. I am capable of making the right choices. But most importantly, I am capable of owning the things I did to put myself in prison. Embracing my womanhood has given me the ability to gain empathy and fully understand the hurt I have caused. Embracing the real me is how I gain the strength to overcome the self-pity and excuses I fed myself in the past. I know She is the right path for me more than I have ever known any certainty. I ask you to please allow me to fully transition into the best, most real version of myself. I am asking you to save me even though I am not the most deserving. It has become an unbearable struggle to live with male genitalia. If I do not embrace my womanhood, I do not see a way to continue on. I truly need your mercy. So please see me.

"The quiet I'll never Know" (Dec. 2015)

She speaks on planes of heaven
  She walks on streets of Gold
She turns cold hearts to hope in love
  She is beautiful like sunday snow
She is not the conscience but the
  origin
  Shes a bubble from the depths of my
  soul
She is a thought, a wisp in my mind
  She is the feat I wish I could know
Shes the girl with bold streaks in her
  hair
Shes the girl lightning cannot hold
  She has brown eyes that speak of
  blue skies
She is brave enchanting and bold
  She is commander to dignity and respect
She is the dream which my heart is soft
She is far more than foolish lust
Shes the legends and epics of old
  Shes the feeling of Ancient winds gone
  by
Shes the whisper I could never hold
Shes the sight you have to see with
your eyes
She is peace as I let my eyes
close

She appears like a lifesaving rain
  shes an oasis to water my soul
She is beautiful with every
  reason why
Shes the quiet I'll never
Know.

Inmate A. Pernell
17601-035

Nka- Arya Milan
Pernell

Arya Milan

Lol - I'm on the left if there was any confusion. Luckily, I do not appear male. Makes prison a bit more difficult

BOP FOIA 2022-05638 32 of 34

E18

supportive services prior to engaging in any additional self-harm. There are no mental health reasons precluding a transfer to a lower security facility and she has expressed interest in participating in a (b)(7)(F) She cited her preference to participate in (b)(7)(F) (b)(7)(F) at a female institution. In the event that such a transfer is precluded at this time, strong consideration should be given to transferring her to a low security male institution for inclusion in (b)(7)(F)

BOP FOIA 2022-05638 34 of 34

E11

Arya Pernell/17601-035
USP Marion
P.O. Box 1000
Marion, IL 62959
Plaintiff, pro se

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ILLINOIS

Arya Pernell,
   Plaintiff,

   v.

D. Sproul, et, el.
   Defendants.

)
)
)
)  Case No.:_____
)
) DECLARATRION OF RANDAL BATEMAN
)
)
)

RANDALL BATEMAN states:

1. I am writing to convey my personal experiences with Miss. Arya Pernell. I write on her behalf to explain what I've seen through our interactions.

2. I can say of all the Trans people on this compound, USP Marion, she is the only whom I've encountered who truly is viewed as a woman. I also have noticed most around me also view her this way which also seems a disadvantage.

3. I've seen many male inmates make unwanted advances toward her as well as stare for a very uncomfortable amount of time. I've even heard comments about her that I do not wish to repeat for respect to this Court from both inmates and staff, most of it is inappropriate and creepy.

4. I've noticed since Arya has arrived to the compound, I've seen her not be able to venture out alone for fear of these things, or worse, happening to her.

5. As I've known her, all her goal is for her sanity and peace to be able to transition to the female that she is. I believe that this facility is unhealthy for her mental and physical health and her being able to get her surgery alone and

FI

-2-

be able to move to a female facility would be to her benefit.

8. Thank you for your time in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: This _7th_ day of _January_ 2023.

_Randall Bateman_
Randall Bateman #26445-075

Statement of TONY WEEMS / FBOP # 10819

I, TONY WEEMS, am writing this statement in connection with what I have visually witnessed other inmates behave like when arround or contacting Ms. Pernell.

1). I have witnessed individuals on numerous occassions grab at or attempt to man-handle Ms. Pernells Breast or Behind. THese actions have caused Ms. Pernell to wait with her back against a wall for all the inmates behind her to pass to include myself.

2). I witnessed a guy in the law library sitting a little off from Ms. Pernells rigth side looking at Ms. Pernell whilke, wnkown to Ms. Pernell, the guy masturbated while looking at Ms. Pernell.

3) I witnessed a guy touch Ms. Pernells Hair and then smell his own hand. After doing this he leaned closer to her and smelled her hair.

4) I witnessed two guys walking in a hurried fashion to catch up with Ms. Pernell as she walked the track. When they caught up to her, the the last guy pushed the first guy into Ms. Pernell as the first guy grabbed Ms. Pernells Behind.

I, Tony Weems, believe these intentional acts violating her space and her rights are specifically because of her feminine appearence as a woman. For someone to look the way Ms. Pernell does in a male prison in most ways makes her a target of harm.

E2

To Whom this May Concern

My name is Jacob Bomboy. I am currently an inmate at USP Marion, and I am enrolled in the SDTP-R program here. I have known Arya Perrie for a few months now, and can say that we've become good friends. When I see Arya, I don't see one of my "Bros". I see someone I would treat like a sister. I see a strong, independent woman who is kind and assertive. I sometimes see her go through some struggles being the way she is in our current environment. Whether its the unwanted sexual advances from our peers, or having to deal with what people say behind her back. When I first met her I even had to straighten myself out in the way I spoke and interacted with her because I was not use to being around a female in this environment and in this manner. I told her I would make a point to maintain eye contact in conversation because I know and understand the level of victimization she goes through regularly just to try and fit in. I understand that she is not doing the transition for attention. She wants her outer image to reflect who she feels she is on the inside and it shows in her personality and her day to day life. I believe that Arya is a woman, and I feel that anyone who takes the time to get to know her would agree. There's no denying that she is the real deal, and she's my friend.

Sincerely

Jacob Bomboy

F4

Hello, I am writing this letter on behalf of my friend Arya. Since beginning her transformation into a woman, she has dealt with many issues including Sexual harrassment and other unwanted attention from people who see her as a potential partner regardless of her opinions or choice in the matter, finishing and completeing her transformation into a woman will not only solve those problems but will also greatly improve her Quality of life since she is uncomfortable having to deal with male body issues, it will make her more positive in her day to day, more comfortable in her body; therefor that positiveness will spread to Others improving relationships and contributing to a more positive and safe place to live.

thank you for your time,

michael Dockery

58758-060

Fs

07/19/2022

To whom it may Concern

When I first had the pleasure of meeting Arya Pernell, My first thought was why was there a female here in a male prison. Then I learned she was in transition. She appeared as a woman, along with the Manerisms and personality traits of a woman. I am witness to daily verbal and emotional abuse she has endured because the Inmates at this prison treat her as a woman as well, but not in the way a woman should be treated. I've seen men stare at her like she's a peice of Meat. I've seen men try and grab her butt while walking in the hallway. Every where she goes shes greeted with whistle's, cat calls, disrespectful sexual comments. I've overheard men's conversations where they want to ask her for oral sex or more. I believe an all male prison is an unsafe place for a woman. That is what Arya Pernell is a woman. She should have the same rights and safety as all other women have in the prison system.

On Behalf of Arya Pernell
her Friend
Caleb Bonebrake

F6

On behalf of Arya Pennell

To the courts & who it may concern...

When I first met Mrs Pannell, the first thought that went through my head was, "what on earth is a woman doing in a mens prison." Being a woman is not in any way something that Arya is "Doing", it is what she is. It doesn't take long just being around her to see. How she walks, talks, looks & thinks is through & through female. Also, unfortunately it also does not take long, just being around her, to see what it is like for her on a daily basis being in a setting such as this. How people look & taller at her. The discusting sexual remarks as she walks past, The 'bumping' into her & basically grafting at her. Every day, & honestly I would be willing to bet every minute, has got to be a challenge for her that one can only imagine; Constant sexual remarks, advances & just plain non stop, relentless vulger remarks. I dont believe anyone, especially someone as kind as her, should have to go through the daily torment she experiences every single day.

Thank you
Justin Swift
34803045

F7

To Whom It May Concern,                                      6-29-2024

My name is Donovan Heidenreich; I am an inmate currently being held at USP Marion. I met Aria Pernell shortly after she arrived at this istitution. From our first meeting, even before she shared her status as a transwoman, I knew Ms. Pernell would fall within that category.

Ms. Pernell is physically feminine in every outward appearance. Her actions, too, speak of an individual who is a woman. Not once, since I've known her, have I seen her deviate from this expression of who she is — nor has she exhibited any signs that her identification as a transwoman is anything but genuine.

This being the case, she tends to attract unwanted attention to a great degree — this is a men's prison, and she is a woman. I have personally seen her approached, solicited, verbally harressed, taunted etc. (both sexually and not). This is not only a men's prison, but also a prison which houses a large population of sex offenders — and as such, there is an added layer of complication due to Ms. Pernell's womanhood.

In addition to problems with the inmates, I know Ms. Pernell has experienced issues with staff as well. Many staff enjoy making homophobic and transphobic jokes, as well as speaking loudly to other inmates about how this is a male prison, and there are no females here. I know Ms. Pernell has had to file administrative Remedies due to her needs not being met, as well.

I am writing because I am Ms. Pernell's friend and as a gay man myself, I am aware of the level and types of attention shown to members of the LGBT community at this institution — and I am not a woman; her situation is even more onerous. I would not presume to tell you what to do, but merely wish to inform you of what I know to be true about Ms. Pernell's situation so that you may make a more informed decision.

Respectfully,

Donovan Heidenreich

Donovan Heidenreich
53515-424
United States Penitentiary

Tau Khalfani #04780-007
United States Penitentiary
P.O. Box 1000
Marion, Illinois
62959

To Whom It May Concern,

This letter is in acknowledgement of my sister Arya Pernell, who is graciously seeking Sex Re-Assignment Surgery from the United States Bureau Of Prisons.

I have served time for 21 years throughout 9 different prisons. It was at USP Tucson where I was diagnosed with Gender Dysphoria in 2012, followed by Hormone Replacement Therapy in 2015. I was the first to begin treatment at this institution. I went on to establish a Transgender Support Group, as well as assist Trust Fund in providing Transgender items in the commissary. Serving time at that institution for 8 years, my demonstration led to the role of "mother hen", by Executive Staff and the inmate population. My transition was a spiritual, physical journey to womanhood. For the first time in my life, I feel comfortable in my own skin. I can look in a mirror, and love the woman that stares back at me. The peace I now experience is surreal.

I view Arya Pernell as a woman who is in search of that same peace. She is intellectually gifted, politically conscious, and blessed with extreme charisma. She is a motivator, and the dialogue she ingages in with others, makes them feel good. Yet, deep down there is a deep seeded insecurity she battles with. As beautiful a woman as she is, her desire to live a real life experience is strong. Her peace lies in the identification, & acknowledgement of the woman she feels on the inside. The woman she wants to live in alignment with.

It is no secret that treament for Gender Dysphoria comes in many forms. I strongly and sincerly believe that Sex Re-Assign-ment surgery will put her on a path to living the real life experience all Transgenders search for. It will provide her with the security she desperately seeks. Above all it will elleviate the pain and sadness of living with a male phallus. She wants to crawl out of the pit of despair. She wants to live a life as the woman she is. Thank you for your attention in this matter.

Tau Khalfani

F9

6/17/22

This is A very difficult environment for trangender women to be them selves. Thay are continuously discriminated against due to their dysphoria. I have witness the mental an emotional strain that this environment has on MS. pernell the mood changes, She is A strong trangender women with character an courage. For her to regularly have to listen to the inappropriate remakers directed at her is mind blowing.

I feel that the only safe environment for ns, pernell to have freedom of expression is in the sex offender program. She is valued by others in the treatment community. General population inmates are some times disrespectful towards her. Making negative generalize statements directed at the trangender community. Clearly these comments has A negative affect on her emotional states.

She seeks support from others in the program. Often she express that her dysphoria is A punishment an not talken seriously by others, Due to her being denied of surgry.

I respectfully ask the court to consider in allowing MS, pernell to be able to move forward with surgry.

J. Haggins

Joshua Haggins

F12

To whom It My Concern

It would Be Best For Inmate Pernnell To Be Incarcerated Within A Womans Prison As This is A Safety concern. Male Inmates Take Advantage of vulnerability And Inmate Pernnell IS susceptible To Attack And Physical InJury. This Also Produces An Unhealthy Mental State For Inmate Pernnell For Long Term Incarceration.

Wiegand , Scott
50359 018

F13

To whom it may concern

I'm writing this statement on behalf of Ms. Pernell. I honestly think She Should be able to get the transitioning Surgery. Ms. Pernell is very lady like. She walks around and acts very much as a lady. I view Ms. Pernell as a lady as does alot of other People. Ms. Pernell Struggles everyday from what I've seen with masculine issues. I honestly think everyone deserves to be happy and content with their Sexuality.

Daniel Avetta

Daniel Avetta

F14

6-16-22

To: Whom It May Concern
In re: Ms. Pernell

Im writing this affidavited that reflects In the 5-6 months I have known Ms. Pernell. She has carried herself as a woman while still defined as a man in a all Male Federal Prison. I have personally witnessed the effects of Ms. Pernell being placed in a non women facility this has caused her, From attempted suicide to harassment from staff to even unwanted sexual advances from other inmates. As a member of the LGBTQ+ community for 32 years definaing as a gay male I have witnessed many gay males turning into women solely to please or obtain men while in prison. Ms. Pernell has never once deferred from her stance that she is a woman. Ms Pernell has never once talked about becoming a woman for any other reason than her belief that she is one. In all honesty most of my life I have been against the idea of gender disphoria because I believe it is just a way for gay men to get guys they couldnt because they are men. Ms. Pernell is the first transgender I will openly support because she has proven to me that is not the case. I feel she has proved to be a women & deserves not only the surgery but placement in a female prison.

Respectfully Submitted

Michael Rea 71168097

F15

To Whom This May Concern:

> "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are *Life, Liberty, and the Pursuit of Happiness*" (Emphasis Added)

This is an all too familiar quote coming from " The Unanimous Declaration of the Thirteen United States of America" also known as the 'Declaration of Independence.' My name is Christopher McCormick and this letter comes on behalf of and in support of Arya Pernell. Miss Pernell is a transgender inmate here at USP Marion, Illinois. When they use the term 'Men' in the above quote, this is not referring to a specific sex or gender, but rather Mankind, or humanity if you will.

I have been afforded the pleasure of meeting and getting to know Miss Pernell. Arya Pernell is not only feminine looking, but she carrys herself as such. Her mannerisms match that of a female. I've met a number of transgenders since I've been in prison, since May of 2008. For a number of years at the inception of my prison sentence, I did not see a single transgender walking the compounds that I was located at.

2014 is when the first transgender ~~arrived~~ arrived in Seagoville, Texas at the Low security compound. Over the years since, some transgenders have arrived from other prisons and many had shed light on their own identity since I've met them. It is of my own opinion that many are authentic and some are willing to change their own identity for whatever their own reasoning may be.

In regards to Miss Pernell, I don't see her "trying" to be female, I see her being herself as if being female is natural for her. She has a beautiful personality, one that she finally is able to allow to be on view. She no longer has to hide who she is.

It is not a bit surprising to me to witness other inmates making unwanted passes at her as well as offhanded comments that are sexual in nature. I've been on other compounds in which transgender inmates are present and it seems as though that there's a commonality that nearly all transgender inmates are subject to endure such treatment. Miss Pernell is no different.

In this country we have a right to vote for our leaders who are suppose to carry out their duties, not only for their voters, but for all citizens within this Union. Miss Pernell's voice has been taken from her as well as myself and every B.O.P. inmate. The only avenue we have is the hope, ~~to~~ that you have enough empathy for your fellow beings of the same human race as you, but just so happen to be in prison for some poor decisions that he or in Miss Pernell's case, she may have made.

I fully support her in her decision to obtain transformative surgery and due to the fact that this is a medical issue, this would give the B.O.P. with not only the authority, but also by law, they are mandated to provide us with all the medical care needed for, not only our physical health, but also our psychological as well.

In all practicality, denying her the opportunity to be granted the transition that

she seeks, she would be denied that or better said, those unalienable Rights that the Declaration of Independence grants her. Those are, Life, Liberty, and the Pursuit of Happiness. While her life may be preserved, her liberty to live the way she chooses with her own body and identity would be stripped from her and that Pursuit of Happiness, well that is certainly not being granted to her. These are unalienable, which simply means that there isn't a source of power on this Green Earth that holds any legal, lawful or moral power to take those rights away.

Personally, it is my opinion and belief that Miss Pernell would benefit more if she was able to pursue her happiness and to be able to provide her with the genitalia that she should have been born with. It is also of my opinion that it might be in her best interest to be able to serve out her prison sentence in a setting that she not only feels more comfortable in, but remain in a safe environment so as to not have to be subjected to the sexual advances and comments from other inmates or staff for that matter.

I write this because one of the main duties of the Bureau of Prison's hold, is the safety of it's inmates. Survival is an innate instinct that all humans hold and subjecting Miss Pernell in a setting in which she has to be on a higher alert for reasons that most inmates doesn't have to worry about, this would be subjecting her to cruel and unusual punishment, which is a violation of the following:

"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted." (Emphasis Added)

> Eighth Amendment to the Constitution of the united States of America

I reiterate, I believe that Miss Pernell is 90% female, the other 10% is that one part of her body that needs to be removed to make her 100% female. She should be granted this transformative surgery as well as be transferred to an institution more aligned with her gender identity, a female prison. Thank you for your consideration. If you desire additional information or have any questions, feel free to contact at the address provided below.

Christopher McCormick

Christopher McCormick   - 43781 -060
USP- Marion
P.O. Box 1000
Marion, IL 62959

F17

To Whom This May
Concern —

14 June 2022

I Am Writing This Letter In Support of Anya Pernell And The Legal Issues She In Facing. Ms. Pernell In my opinion Is out of place In This or Any Men's prison. She Is Constantly Bombarded By UnWanted Advances As well As Harsh Judgement By Most Inmates. In my opinion Ms. Pernell Is A Woman In Everything She Does. From The way She Acts to The way She Carries Herself. It Is Wrong For Her To Be Here And For Her To Be Denied What She Clearly Is. My Perspective Is from A Person That Has Lived With Her In A Treatment unit For Over 9mo.s Now. Thank you For Listening To What I Have to Say.

Respectfully
Submitted

JASON RAY SMITH
REG NO. 15953-062

F18

6/16/2020

To Whom it may Concern,

My name is Jason Petersen. This letter is in reference to Arya Pernell. During the last few months I have only come recently to know who she is. We do not associate very much so my observations are from a distance. We have only had a hand full of brief conversations. What I have noticed is that she exhibits personality characteristics and mannerisms that make her indistinguishable from a female. I have concerns for her safety in a prison setting as she receives many "head turns" that is to say she is noticed by the male inmates as she passes by, and though I can't read minds, their excessive "looking" is noticeable. I, myself am a Christian under grace therefore I do not pass judgment to others. If she wants to be a she I feel that is her choice. We all cope with life in different ways. If she is unhappy as a man though I don't agree with her choices, she still deserves to be happy. That is one of the foundations of our democracy, the pursuit of happiness.

Jason B. Petersen

E19

To the Court                                                    6/21/22

In regards to Miss Arya Pernell:

    In my rural upbringing transgender issues did not exist. Everything is man/woman and gay/straight. I told myself it's biology, it's wrong and right. Then last Fall Arya moved into my unit. My brain went off "Why is there a woman in men's khakis in a men's prison?" Now I know she was born male. There are a handful of Transgender people in this prison. However Arya is the only female, in my opinion, on this compound. Other than C.O's. She conducts herself as a woman every day in every way.

    I believe Arya not only deserves this surgery, but also is owed it as her right to humanity. As a female inmate in a men's prison Arya has been and will remain to be subjected to verbal sexual harassment ie. cat calling. But I have personally witnessed her groped by another inmate during a softball game. She endures all this in hopes of finally being comfortable in her own skin.

    Please allow this woman to be a woman. Thank you for your time and consideration.

Signed
Derek Schroeder 18166-273

USP Marion
Po Box 1000
Marion IL 62959

To whom it may concern
    I see Anya Pernell like a sister to me and she is very smart woman, and some of the inmates see Ms. Pernell as a sex toy, and I also hear inmates saying how they would like to fuck Ms Pernell and they also said they would stick their dick in her mouth until they cummed in her mouth. When they do their rounds they look in her cell and they are not suppose to and they are not suppose to search her cell but they do it. She belongs in a female prison where she is safe and she won't get harassed by other inmates or officiers, and her daily life will be alot better when she is in a female prison, because her daily life is hard here, because she has to deal with the harassment comments from other inmates, and I don't like it when other people do that to her, she has feelings just like the rest of us. And I also hear inmates say they would like to play with her tits and also suck on them.

Sincerely
Joshua Harris
Joshua Harris
6-22-22

F23

To whom it may concern;

I've known Ms. Aria Parnell for close to a year and at no point has she ever disclosed herself to be anything but a woman, I also believe that Ms. Parnell is a woman in thought, demeanor, and behavior. I also believe that other inmates see her as a woman.

Because inmates at this male institution see her as female, She and other trans individuals have had to deal with misogony, and sexism, and a barrage of unwanted comments. While this may not differ from what a trans person may experience on the street, this is different in regard to both physical and mental safety. These sexual advances and comments, as well as unwanted fondling, are led one to observe a "sex for safety" phenomena, this is where these individuals only can feel safe when engaged in a sexual relationship with a cis-gender male identifying inmate. This is encouraged by environmental factors of female identifying inmates being housed with males. I've personally seen and heard this kind of social stress lead to maladaptive behaviors such as self-mutilation and drug use. This can often times be encouraged by both staff and inmates.

I believe that Aria is coping to the best of her abilities at this moment. At one point, she did try to attempt suicide in a moment of depression but I witness. This attempt I believe was brought on by not being able to live the complete feminine experience. Since this moment Aria, Ms. Parnell has been coping better but I do fret about what may happen to my friend if she isn't allowed access to gender re-assignment surgery.

Ms. Parnell is constant in her pursuit for surgery it has been since I met her. I believe the courts is her only option at this time to achieve this and

F24

if she isn't allowed to fully transition.

Thank You,

Stephen Adray
09264-070
USP Marion
Marion, IL
June 25th, 2022.

F25

To Whom it may concern.

I would like to write a statement to support Ms. Pernell. Over the course of a little over a year I have built a close relationship with her, in which I have gotten to know her extremely well. I would say I'm more close with her than she has been with anyone else. In this time, I have both witnessed & listened to from her, some of the things that she has been through as a person who identifies as a woman in a male facility.

From my point of view, I see a consistent harassment to her from a big majority of men in this prison. There have been times where they have exposed themselves, masturbated, crossing boundaries, looking over the PREA Curtain, or in the shower. I know people often make assumptions because of how Ms. Pernell presents herself, & use that as an excuse to justify their actions. I do not believe that a male facility is a safe environment for her to be incarcerated at.

I also see her personal struggles. Trying to cope with being here, dealing with the above. Not just here but multiple facilities. But feeling scared & unsafe. Having to live a life where you're always on guard. Added to the struggles that she has with her gender dysphoria. I've seen her try to commit suicide. That hit me hard on a very personal level, but to imagine it in her shoes, what she goes through on a daily basis, to simple things that seem to mean nothing to others, like going to the restroom. But in her eyes even that is difficult because of her gender dysphoria. To live or try to make a life with something you find so repulsive, and because it's so difficult to live with that, she has tried to "self castrate." She's tried suicide on several attempts.

What I'm saying is I do not think it is fair to deny her Gender Affirming Surgeries. I personally do see Ms. Pernell as a woman & I think her request for these surgeries are needed to help treat her Gender Dysphoria. Thank you for your time.

Edward Walton

F28

To whom it may concern;

JANUARY 26, 2023

My name is David Whitener. I have gotten to know Ms. Pernell for 9 months here at USP MARION. I started of on the wrong foot with Arya. I would tend to follow the crowd and my own sexual thoughts I used to feed into the negativeity directed towards Transgender women. I myself am bi-sexual and openly identify myself as that. I have come to a mahor understanding that evryone is the same. We should treat each other as we would want to be treated. Since the I have apologized to Arya Pernell for my instigation. She forgave me without judgement. She has helped me emotionally when others had made fun of my sexual orientation. She stands up against bullies with kindness and assertiveness. She is honest and fun to get to know. I've come to admire her personality.
     I have personally witnessed and heard allot of harrassments and judgement. I have noticed others hatred, dislike towards ARYA and LGBT inmates. Some inmates here assume Pernell is a "whore" and treat her as such(attempting to purchase sex). They call her a him or a slut without even meeting her or knowing her. Inmates in here expect her to accept it as a normal thing. In some respects she has to accept it. Arya has been victim to people in here grabbing at her breast or staring at her breast while grabbing their own crotch. Statements of sexual desire that are unwanted. People think that she is still a man becasue she has likely got male genitali becasue she is in a male prison. I have even witnessed correctional officers staring at her breast and calling her him or make sexual comments under their breath.
     Instead of showing hatred or pain or any ill-will she has remained kind in her reaction. She often says "eyes up here" pointing to her face when she acatches people staring at her breast rather than cussing them out. She is kind and a loyal friend. She is a good person to confide in and a source of help to allot of me who are trying to learn how to respect women. She speak with respect and love towards others and genuinely cares. Even to those who ridicule her or violate her. She is assertive without judgement.
     There is much more I could probably say. Lots more.However, one thing definitley remains, She remains a steady, true, and radiant thing..She is very much a woman and acts as such in the 9 months that I have know her.

Sincerely,

#30699-509

F29

1 /28 /23

Dear Sir or Ma'am:

I am writing in support of Ms. Arya Pernell's applications before this Court. I have had the opportunity to interact with and observe Ms. Pernell's interactions with others for approximately 12 months. We are both incarcerated at the United States Penitentiary in Marion, IL and reside on the same housing unit, a modified therapeutic community for prisoners with sexually-based offenses. I firmly believe that my interactions with Ms. Pernell are consistent with those of others at the institution.

Throughout my time at U.S.P. Marion, I have only known Ms. Pernell as a transgender woman. She is clearly committed to completing her transition and has never wavered from that position during the time I have known her. Ms. Pernell's outward appearance is clearly female — demonstrating evidence of her dedication to transitioning, but also exposing her to negative attention.

As a cis-gender male, I cannot fathom the experience of being a woman in an all-male correctional institution, but I have observed Ms. Pernell's interactions with others. Her appearance and identification as a female make her the target of obviously-unwanted sexual harrassment and exposes her to risk of harm. By incarcerating Ms. Pernell in this all-male setting, the Bureau of Prisons seems to be creating an unsafe environment.

From my perspective, the most humane, appropriate, and safe course of action for the best interests of Ms. Pernell would be gender-confirming surgery and placement in a female facility for the duration of her sentence. Should you seek clarification of my opinions or observations, I am available to the Court at the address below.

Very respectfully,

Colin M. Skeele, Ph.D. #70426-050, U.S.P. Marion, P.O. Box 1000, Marion, IL



Cooper
University Hospital

CONTINUING CARE

Pernell, Aaron
Federal, F17601035
MRN: 21283681, DOB: 3/27/1987, Sex: M
Adm: 7/7/2020, D/C: 7/10/2020

**Consults - Encounter Notes (continued)**

**Consults by Fizur, Philip, Psychologist at 7/10/2020 1:11 PM (continued)**

Behavioral Medicine was consulted for[SB.1T],[SB.1M] This patient was seen for[SB.1T] an individual psychotherapy session[SB.1M] which lasted for[SB.1T] 60 minutes[SB.1M].

Federal F17601035 was received[SB.1T] in her hospital bed along with three guards due to her being incarcerated.

Pt has history of MDD, PTSD, and gender dysphoria and presented to the CUH for SI and self-castration with a razor. She indicated that her recent self-castration was premediated and driven more by her gender dysphoria and feelings of helplessness in accessing medical attention. Pt presented as insightful and intelligent as evidenced by her use of abstract thinking, retention of information presented to her, and her ability to recall information with little prompting. She stated that her goals were to learn how to love herself and love others. Clinician and pt identified distress tolerance skills of loving kindness meditations, visual imagery, and exercise. Clinician discussed importance of setting realistic goals and expectations related to her transition and th e use of coping skills to identify when she feels overwhelmed emotionally. Pt also indicated that she has not received Estradiol and other hormones which was upsetting. Clinician discussed this medication issue with the psychiatry team who will coordinate with her primary care. Lastly, pt inquired about help with identifying pro-LGBTQ facilities and services for inmates and help with advocating for her sex reassignment with Chief of Psychiatry, Dr. Rodono, at Fairton. Clinician discussed her concerns with her medical team.[SB.1M]

History:[SB.1T]
Pt is a 33 y.o. Hispanic transwoman (she/her/hers) who was admitted to CUH on 7/7/20. Per psychiatry notes, she endorsed a history of complex childhood trauma (e.g., physical and sexual abuse). She indicated that she grew up in a "very religious" upbringing that strongly encouraged gender roles. She reported that she was previously married and currently has an 11 y.o. Daughter. She was in the military and is currently serving a 50 year sentence for a sexual assault that she committed approximately 10 years ago. She endorsed history of sexual assault and sexual harassment as an adult.[SB.1M]

Mental Status Exam:[SB.1T]
Appearance:  neat, clean and well-groomed
Arousal:  alert
Cognition: Oriented to:  time, place, person and situation
Behavior:  calm
Mood:  euthymic
Affect:  Congruent; tearful
Demeanor:  cooperative and warm/friendly
Speech:  normal
Language:  normal
Attention:  good
Eye Contact:  good
Thought Process:  linear
Thought Content:  SI -     positive and HI -     negative
Insight:  good
Judgment:  good

Treatment p[SB.1M]rovided today included:[SB.1T]
 - Psycho-education on Behavioral Medicine Service
 - engaging in empathic listening and supportive statements
 - distress tolerance skills[SB.1M]

