Fax Server                    7/14/2020 10:34:51 AM   PAGE   11/039   Fax Server

**Cooper**
*University Hospital*

CONTINUING CARE

*Pernell, Aaron*
Federal, F17601035
MRN: 21283681, DOB: 3/27/1987, Sex: M
Adm: 7/7/2020, D/C: 7/10/2020

### H&P - Encounter Notes (continued)

**H&P by Aplin, Kara S, MD at 7/7/2020 1:54 AM (continued)**

PCP:[VP.1T] Physician, No Pcp[VP.2T]
Specialist(s):

**Chief Complaint:**[VP.1T] testicular pain[VP.3M]

**Past Medical History:**
Diagnosis
- Depression
- Gender dysphoria in adult
- PTSD (post-traumatic stress disorder)

**Social History**

Tobacco Use
- Smoking status:              Former Smoker
Substance Use Topics
- Alcohol use:                Not Currently

No past surgical history on file.
**Family History**
Problem
- No Known Problems            Mother
- No Known Problems            Father[VP.2T]

**HPI:**[VP.1T]
Arya Pernell[VP.3M] is an[VP.1T] 33 y.o.[VP.2T] trans woman (pronouns: she/her) w[VP.3M]ith PMHx significant for gender dysphoria, depression, PTSD, current incarceration who presents as a transfer from Inspira Vineland for evaluation of self-inflicted testicular injury. On afternoon prior to presentation, patient states that was experiencing suicidal thoughts (possible plan involving neck strangulation) and felt that she either had to kill herself or perform self-castration. Patient subsequently used a safety razor and attempted to remove R testicle. Per patient, she was able to cut through the skin but grew concerned once she approached the vasculature and began to experience increasing pain, at which point she notified her correctional officer. Patient subsequently taken to OSH and then transferred to CUH for urologic evaluation. Per patient, her efforts were planned (she states she had a "33 step" plan for the procedure). She has had decades of thought regarding self-castration, but she cites difficulty with obtaining gender-affirmation surgery. Current gender affirming medications include estradiol, spironolactone.[VP.4M]

At OSH, labs significant for Na 139, K 4.5, WBC 11.9, HGB 13.5, PLT 232, INR 1.1.[VP.5M] She currently describes 7/10 throbbing pain localized to R testicle with radiation through R groin and flank. Pain exacerbated by movement of adjacent leg. She denies fever, chills, nausea, vomiting, dysuria or hematuria at this time.

She currently denies SI, HI or plan at this time. Endorses history of MDD but denies prior history of mania or psychosis. Prior medication trials include seroquel, zoloft, trazodone. She does endorse prior history of polysubstance abuse including tobacco, meth, ectasy, acid but endorses sobriety during the past 10 years that she has been incarcerated.[VP.4M] She follows with a therapist as outpatient. Patient is a former veteran (5 years of service, toured Iraq).[VP.6M]

**Allergies:**[VP.1T] No Known Allergies[VP.2T]

**Source of patient history:**[VP.1T] History obtained from patient and accurate as reflected above.[VP.4M]
Printed on 7/14/20 10:33 AM

# Bureau of Prisons
## Health Services
## Health Problems



| Reg #: 17601-035 | Inmate Name: PERNELL, AARON M |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Transgender, validated male to female | | | | | | |
| 10/16/2023 10:51 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| on hormones since 2019 – most recent labs show normal CMP, testosterone 13, estradiol 198 | | | | | | |
| 08/28/2023 11:16 EST  Terrill, Rachel (MAT) DMS, PA-C | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| on hormones since 2019 -- most recent labs show normal CMP, testosterone 13, estradiol 198 | | | | | | |
| 03/05/2023 19:52 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| on hormones since 2019 -- most recent labs show normal CMP, testosterone 13, estradiol 206 | | | | | | |
| 10/06/2022 13:34 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| on hormones since 2019  -- most recent labs show normal CMP, testosterone 19, estradiol 188 | | | | | | |
| 06/11/2022 12:26 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| on hormones since 2019  -- most recent labs show normal CMP, testosterone 16, estradiol 128 | | | | | | |
| 12/09/2021 09:19 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| on hormones since 2019  -- most recent labs show normal CMP, testosterone 8, estradiol 165 | | | | | | |
| 10/19/2021 15:59 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| on hormones since 2019 | | | | | | |
| 09/01/2016 14:58 EST  De Guzman, A. MD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| Unconfirmed | | | | | | |
| 08/02/2016 18:41 EST  Ash, A. MD | | ICD-10 | 302.5b | 08/02/2016 | Current | |
| Hyperlipidemia, unspecified | | | | | | |
| 10/16/2023 10:51 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | E785 | 11/02/2020 | Current | 08/24/2023 |
| TC 237, HDL 50, LDL 170 -- on hormone therapy, not taking statin 2021: cholesterol 215, HDL 48, LDL 139 -- no meds | | | | | | |
| 08/24/2023 10:52 EST  Terrill, Rachel (MAT) DMS, PA-C | | ICD-10 | E785 | 11/02/2020 | Current | 08/24/2023 |
| TC 237, HDL 50, LDL 170 -- on hormone therapy, not taking statin 2021: cholesterol 215, HDL 48, LDL 139 -- no meds | | | | | | |
| 12/09/2021 09:19 EST  Pass, Randall (MAT) MD/CD | | ICD-10 | E785 | 11/02/2020 | Remission | 04/22/2021 |
| 2021: cholesterol 215, HDL 48, LDL 139 -- no meds | | | | | | |
| 04/22/2021 14:28 EST  Mace-Leibson, Ellen DO (MAT) NER MAST Physician | | ICD-10 | E785 | 11/02/2020 | Remission | 04/22/2021 |

Reg #: 17601-035          Inmate Name:  PERNELL, AARON M

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/02/2020 05:59 EST  Lopez de Lasalle, Abigail MD | | ICD-10 | E785 | 11/02/2020 | Current | |
| **Alcohol Use Disorder:  Severe** | | | | | | |
| 12/21/2017 15:03 EST  Lubbers, Lolita PsyD  In a controlled environment | I | DSM-IV | F10. | 12/21/2017 | Current | |
| **Stimulant Related Disorders: Severe: Cocaine** | | | | | | |
| 12/21/2017 15:03 EST  Lubbers, Lolita PsyD  In a controlled environment | I | DSM-IV | F14. | 12/21/2017 | Current | |
| **Stimulant Related Disorders: Severe: Amphetamine Type Substance** | | | | | | |
| 12/21/2017 15:03 EST  Lubbers, Lolita PsyD  Methamphetamine Use Disorder, In a controlled environment | I | DSM-IV | F15. | 12/21/2017 | Current | |
| **Major depressive disorder, single episode** | | | | | | |
| 07/10/2020 08:13 EST  Lopez de Lasalle, Abigail MD | | ICD-10 | F329 | 07/10/2020 | Current | |
| **Posttraumatic Stress Disorder** | | | | | | |
| 12/21/2017 15:03 EST  Lubbers, Lolita PsyD | I | DSM-IV | F43.10 | 12/21/2017 | Current | |
| **Other Specified Trauma- And Stressor-Related Disorder** | | | | | | |
| 07/29/2016 14:44 EST  Ivy, Cynthia Psy.D. | I | DSM-IV | F43.8 | 07/29/2016 | Current | |
| **Gender Dysphoria In Adolescents And Adults** | | | | | | |
| 04/30/2019 16:10 EST  Mulcahy, Alison PhD/SOMP Coord | I | DSM-IV | F64.1 | 04/30/2019 | Current | |
| **Peripheral retinal degeneration** | | | | | | |
| 05/16/2018 16:20 EST  Hutchins, T OD  small round retinal break x 3 right eye | | ICD-10 | H3540 | 04/10/2017 | Current | |
| 04/10/2017 16:48 EST  Hutchins, T OD  small round retinal break x 2 right eye | | ICD-10 | H3540 | 04/10/2017 | Current | |
| **Astigmatism** | | | | | | |
| 04/10/2017 16:48 EST  Hutchins, T OD | | ICD-10 | H52209 | 04/10/2017 | Current | |
| **Fractured dental restorative material with loss of material** | | | | | | |
| 11/26/2019 12:36 EST  Patten, James DDS/Chief Dental Officer | | ICD-10 | K08531 | 11/25/2019 | Current | |
| ████████████ | | ██ | ██ | ████ | | |
| **HCV Negative** | | | | | | |
| 05/29/2023 23:04 EST  Pass, Randall (MAT) MD/CD 2020 | | ICD-10 | Z1159- | 10/07/2021 | Current | 05/29/2023 |

Generated 11/16/2023 13:05 by Hahn, Sandra HIT          Bureau of Prisons - MAR          Page 2 of 4

Pernell, Aaron

**Cooper**
University Hospital

CONTINUING CARE

Federal, F17601035
MRN: 21283681, DOB: 3/27/1987, Sex: M
Adm: 7/7/2020, D/C: 7/10/2020

### Consults - Encounter Notes (continued)

**Consults by Ghobrial-Sedky, Karim, MD at 7/8/2020 10:58 AM (continued)**

early childhood. She has been struggling with her childhood sexual assault, her trans status, spent years in active military combat, and now incarcerated for a 50 year sentence for committing assault. Her gender dysphoria has culminated to the point of self-castration vs killing her self as the only way forward.[GJ.3M]

Diagnosis:[GJ.1T] MDD, Gender Dysphoria, PTSD[GJ.3M]

Rule Outs:[GJ.1T] None[GJ.3M]

Axis II:[GJ.1T] None[GJ.3M]

Recommendations:[GJ.1T]
Patient first and foremost needs assistance with resources and a plan for gender reassignment surgery, supportive monitored inpatient environment, and continued access to intensive talk therapy, to help her try and cope with her mental health.[GJ.3M]

Patient will need a higher level of monitoring in the prison then in level prior to admission, as patient was able to self-mutilate. In speaking with federal liaison to patient, the Delta Right unit could potentially be appropriate, or whatever unit would provide as much supervision as a psychiatric inpatient unit — as patient is still a very high risk for self-mutilation/suicide risk. Patient will need to be medically cleared by a psychiatrist before downgrading pt's level of supervision.

Additionally, the federal liaison spoke of a sex offender program in Merrion, IL that the pt was listed for but could not attend due to COVID. It is of our medically opinion that if there is such program that will provide more support, coping skills, access to mental health professionals, peer support etc that the pt be allowed access to such programs with the highest priority.

The Mazzoni Center in Philadelphia is potential resource. I will personally reach out to them to see if they can be of assistance.

Will also recommend starting Zoloft 50mg for depression.[GJ.5M]

Plan[GJ.1T] has been[GJ.6M] discussed with attending.[GJ.1T]

Gaurav Jain, DO[GJ.2T]
Psychiatry PGY-2

Inpatient Phone Weekdays 8 AM-4:30   x80559
ED (24-hrs) and Weekends:         x80518
Consults Weekdays 8 AM - 4 PM:    x80519
Consults Weekdays 4 PM - 8 AM:    x80518[GJ.1T]

*I, Karim Ghobrial-Sedky, MD, have seen and examined the patient on 7/8/2020. I agree with the resident's assessment and plan as written, with exceptions as noted.*

*I have personally reviewed and interpreted.[KG.1T] Pt seen and reports that she has gender dysphoria and that is why she tried to cut her genitals but got scared as she saw the nerve and didn't know what to do and asked for help. She denies SI/HI and reports that she had the feelings she is female when she was 5 y/o and like dto play with her sister and play with dolls. She likes to sleep with both males and females. She reports that her depression is 6/10, has started her hormonal replacement 1 yr ago but is interested if possible to be connected*

TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

--------------------------------------------------------------------------------------------

FROM: Health Services
TO: 17601035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/14/2022 12:22:02 PM

As far as I know we continue what we are doing until they tell us otherwise. As far as the plan goes we will continue you on your current medication regimen until such time we are instructed otherwise.

From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Wednesday, June 8, 2022 10:52 AM
To: MAR-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: Ms. harbison
Inmate Work Assignment: None

Hello Ma'am.
I just recieved a response from a BP-10 that said that I have not been denied surgery and I should talk to my health care provider. Have yall hear anything or recieved any update on a treatment plan concerning my gender-dysphoria? I have not been instructed on any plan of action as of yet. Could you please let me know whats up?
Thankyou for your time

TRULINCS  17601035 - PERNELL, AARON M - Unit: MAR-F-A

---------------------------------------------------------------------------------------

FROM: Health Services
TO: 17601035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/04/2023 07:52:02 AM

Yes, you are correct. We look to the TEC team for direction on what needs to be done. We submit the memo, and from that memo, we get direction on how to handle your case. We will continue your current treatment plan until they tell us differently. The institution can only do so much. We follow the clinical practice guidelines they have put in place.

Harbison, HSA


From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Friday, December 30, 2022 12:29 PM
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: Ms. Harbisons
Inmate Work Assignment: hospAide

Hello Ma'am. SO I was wanting to check in to be clear. I got a response to my central office appeal about surgical request, they are trying to put it on yall at the institution again. Specifically Ian Connors said that treatment plans were up to the medical provider at the institution......I get that they are spinning me because yall have already submitted me for surgery and have found that as an appropriate submission. I read the memo. I am very grateful for the support of institution staff. I am writing to make sure that I didn't miss anything or something isn't lost in translation. SO my questions are, The TEC is the approval body for all surgical submissions regarding transgender or gender affirming surgeries referrals correct? You have already submitted me and were told by the TEC that I am to remain here, denying me surgery ? And your department here is following current central office and regional guidance related to treatment of my gender dysphoria?

I am writing you this because, bluntly, it is frustrating that I know that yall have done what you could and are not the ones denying me and I feel like they are trying to play a game and do the whole inmate get mad at institution medical thing. But I maintain that institution medical staff has and are doing all they can within their power to treat my gender dysphoria and it is above institution level staff that are denying me progress.

# Bureau of Prisons
# Psychology Services
# Diagnostic and Care Level Formulation

**\*\*SENSITIVE BUT UNCLASSIFIED\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: TCP | Unit Team: UNIT F |
| Date: | 07/29/2016 11:13 | Provider: | Ivy, Cynthia Psy.D. | | |

## Relevant Historical Information

As provided from the 07-28-2016 screening intake:

Ms. PERNELL denied ever being diagnosed with mental diagnosis; however, she reported she was previously prescribed 300 mg Seroquel, 300mg of Trazodone, and 200mg of Zoloft while in the military. Ms. PERNELL reported she was sexually abused by a family member at age 6. She also reported being raped by a male neighbor at age 12. Ms. PERNELL reported while in the military she became addicted to methamphetamine and cocaine, and regularly abused alcohol, marijuana, and ecstasy. Ms. PERNELL reported as a result of her drug use, she began to experience emotional problems and perceptual disturbances. Ms. PERNELL reported she has not used substance since 2010, and has not experienced anymore perceptual disturbances. Since she has been incarcerated with the Bureau, Ms. PERNELL reported she has experienced depression and suicidal ideation as evidenced by previous SRAs in the PDS records. However, Ms. PERNELL denied any recent suicidal ideation, and verbalized future-oriented thought through out the interview.

Ms. PERNELL did not have a PSI to review. Instead, a report prepared by the military was submitted in the place of the PSR. However, the report did not contain any information regarding Ms. PERNELL's Biopsychosocial history.

## Presenting Problem/Symptom

Please see the assessment taken from the 07-28-2016 transfer screening:

Ms. PERNELL denied having any significant difficulties adjusting to the compound; however, she reported she is currently experiencing a lot of anxiety. Ms. PERNELL identified herself as a transgender women. She expressed feeling like woman since she was a child, and she expressed extreme discomfort with having male genitalia. Ms. PERNELL explained she has been fearful male inmates will learn her secret, and will target her for sexual harassment/abuse. Ms. PERNELL also reported experiencing PTSD-related symptoms. She explained that during a tour in Baghdad, she saw a solider who had been severely burned. She reported she now has recurring dreams about seeing the severely burned body of a solider. She also reported she began to ruminate on the idea that her wife would be killed, and was often fearful she wouldn't be able to protect her. Ms. PERNELL also reported she still experiences stress related to reportedly being sexually abused as a child. She described sometimes having nightmares of the abuse, and she reported having a distinct bias of hatred and fear of "fat white men," because it was an overweight white male who attacked her. Ms. PERNELL expressed a desire for a psychotropic medication evaluation.

Ms. PERNELL exhibited a cooperative mood with congruent affect. Speech was of normal rate, tone, and volume. Behavior and motor movement were unremarkable. She denied experiencing hallucinations and did not display any overt signs of psychosis. Though Processes were rational, organized, linear, and absent of delusional content. She reported good eating and sleeping habits. She denied recent suicidal ideation, plans, or intent.

## Diagnostic Reconciliation

Please note that based on an interview with Ms. PERNELL, her identification as transgender woman appears to be valid. However, at this time she is not requesting a Gender Dysphoria evaluation or other accommodations to assist in transitioning. Medical will be notified and a request will be made to add the ICD-9 diagnosis of Transgender, validated, male to female.

During this interview, Ms. PERNELL was advised of how to seek a Transgender/Dysphoria evaluation should she desire to do so in the future.

## Diagnostic Formulation

Based on a clinical interview, Ms. PERNELL appears to meet DSM-5 criteria for the following diagnoses:

Other Specified Trauma- and Stressor Related Disorder (Insufficient Symptoms) and Other Specified Depressive Disorder ( insufficient symptoms)

H8

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Crisis Intervention

| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team: | C |
| Date: | 04/13/2021 15:22 | Provider: | Redondo, Brian PsyD/Chief | | | |

## Comments

Reason for Crisis Contact (date and time of crisis): Inmate Pernell was informed by her case manager that her much anticipated transfer had been denied due to a PSF. At approximately 1:30 p.m. on 04/13/21, she informed the Unit Secretary of her need to speak to a psychologist in order to abstain from engaging in self-castration behaviors.

Referring Party: J. Narvaez, Unit Secretary

Intervention (date/time/location): Inmate Pernell was interviewed in a private setting in her housing unit at approximately 1:40 p.m. on 04/13/21. J. Defoney, Unit Manager, was in attendance during the meeting in order to better answer questions related to the denied transfer.

Assessment/Findings: Inmate Pernell was visibly upset. Her presentation indicated she had been crying moments prior to our arrival. She verbalized her frustration for allowing herself to experience "hope" in terms of her forward progress towards gender reassignment surgery. She recounted the daily struggles associated with her confinement to a male facility, including harassment, unwanted stares, unwanted physical contact, inability to wear makeup and feminine clothing without eliciting verbal taunting, etc. She stated that although she intends to comply with established protocols, which require her to first transition to a low security male facility, she has endured anticipatory anxiety about the prospect of residing in an open dormitory setting where privacy will be difficult to obtain. She is solely focused on obtaining gender reassignment surgery. This setback served as a reminder of the low probability of achieving this goal. She indicated her thoughts immediately transitioned towards self-castration as an "ill-advised" means of expediting the process. The goal of said behavior was to expedite her transition versus terminating her life. However, she readily discussed her previous failed attempt at self-castration, which prompted her to seek support instead of acting on impulse.

Plan: Inmate Pernell did not perceive herself to be at imminent risk for engaging in self-castration behaviors. She expressed gratitude towards her Unit Manager for his ongoing support and was receptive to his proposal to maintain contact with the Transgender Executive Council in order to establish a concrete plan of action designed to move forward in the transition process. She identified her current cell mate, who also happens to be a suicide watch companion, as a strong source of support. She will be seen for a follow-up appointment tomorrow to assess her ongoing stability.

Completed by Redondo, Brian PsyD/Chief Psychologist on 04/13/2021 15:44

H10

## Bureau of Prisons
## Psychology Services
## Psychology Alert On

**SENSITIVE BUT UNCLASSIFIED***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team: C |
| Date: | 08/24/2021 14:39 | Provider: | Redondo, Brian PsyD/Chief | | |

### Comments

Ms. Pernell is a CARE2-MH inmate pending an institution transfer for inclusion in the SOTP. Her most prominent mental health symptoms pertain to her Gender Dysphoria condition. She has been in constant pursuit of gender reassignment surgery and has routinely submitted written correspondence to the TEC and the White House regarding her inability to obtain approval for this procedure. Previous consultation with the TEC indicated she would need to demonstrate satisfactory adjustment at a LOW security male facility prior to being considered for transfer to a female facility and/or possible reassignment surgery. Because of her instant offense, PRD, and state detainers, she was denied consideration for a LOW security facility and instead recommended to participate in a SOTP at a MED security facility. The Chief Psychologist at FAI has consistently, and strongly advocated SOTP placement at a LOW security facility without success.

At the present time, Ms. Pernell does not know her intended designation. She is likely to perceive any transfer to another MED security facility as indifference towards her emotional well being. She has one prior attempted self-castration, and would be at increased risk for a second attempted self-castration upon arrival at her next destination. Unless safety/security issues preclude a double-cell assignment, she should not be domiciled alone.

Completed by Redondo, Brian PsyD/Chief Psychologist on 08/25/2021 09:10

H-13

# Bureau of Prisons
# Psychology Services
## Risk of Sexual Victimization

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: OKL | Unit Team: | 5B HOM |
| Date: | 09/14/2021 16:14 | Provider: | Thomas, Kelsey L. Staff | | | |

## Comments

During the R/D intake screening process, the PREA Intake Objective Screening Instrument (P5324.XX, Attachment A) was utilized for Inmate PERNELL. Based on the documentation available at the time of the screening and Inmate PERNELL's self-report, she was identified by screening staff as being at risk for sexual victimization due to:

( ) Having a history of being sexually assaulted while in the community
(x) Having a history of being sexually assaulted while incarcerated


and/or having two or more of the following:

(x) Small in stature (i.e., less than 164 pounds; slight build)
( ) Being youthful (i.e., less than 21 years old)
( ) Having developmental/mental/medical disabilities
(x) Is or is perceived to be LGBTI or gender non-conforming

and/or having the following criminal history:

( ) Never previously incarcerated
( ) Criminal history is exclusively nonviolent
(x) Prior convictions for sex offenses against an adult or child

As required by P5324.XX, Sexually Abusive Behavior Prevention and Intervention, Inmate PERNELL was seen by Psychology on today's date to assess his level of risk for sexual victimization. At the onset of this clinical contact, the inmate was informed about the BOP requirements regarding PREA. Inmate PERNELL indicated an understanding of the institution's policy on preventing victimization.

Protective factors were also reviewed and the following were noted:

( ) Multiple incarcerations without history of victimization
( ) Assertive presentation
( ) Denies being fearful of general population
( ) Other:

Based on this clinical assessment, the inmate is considered to be at:

( ) Low Risk of Victimization at this facility (Note: Even though this inmate is judged to be at low risk of victimization, an unforeseen change in risk factors may significantly alter his risk level.).
(x) High Risk of Victimization. This inmate should not be housed with any inmates judged to be at an increased risk for sexual abusiveness.

The inmate understands the procedure for contacting Psychology for routine or emergent services.

H 14

| | | | | | |
|---|---|---|---|---|---|
Inmate Name: PERNELL, AARON M
Date of Birth: 03/27/1987
Encounter Date: 10/19/2021 14:23

Sex: M  Race: BLACK
Provider: Pass, Randall (MAT)

Reg #: 17601-035
Facility: MAR
Unit: F03

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/19/2021 | 14:23 MAR | 174.0 | 78.9 | | Pass, Randall (MAT) MD/CD |

## Exam:

### Diagnostics

#### Laboratory

Yes: Results

### General

#### Affect

Yes: Pleasant, Cooperative

#### Appearance

Yes: Appears Well, Alert and Oriented x 3

#### Nutrition

Yes: BMI reviewed (enter in comments), Within Normal Limits

### Pulmonary

#### Auscultation

Yes: Clear to Auscultation

### Cardiovascular

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

### Peripheral Vascular

#### General

No: Non-Pitting Edema, Pitting Edema

### Musculoskeletal

#### Gait

Yes: Normal Gait

### Mental Health

#### Mood

Yes: Appropriate

## ROS Comments

Besides the ultimate surgery, also wants intermediate procedures (such as facial electrolysis) in meantime

## Exam Comments

BMI = 25
Has baseline HIV/Hepatitis testing on chart
Labs from January:
-normal CBC, CMP
-cholesterol 124, HDL 48, LDL 67
-testosterone 32
-estradiol 121

Feminine appearance is quite pronounced

## ASSESSMENT:

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Transgender, validated male to female, 302.5b - Current - *on hormones since 2019*

H I5

| Inmate Name: PERNELL, AARON M | | Reg #: 17601-035 |
|---|---|---|
| Date of Birth: 03/27/1987 | Sex: M Race: BLACK | Facility: MAR |
| Encounter Date: 10/12/2021 10:46 | Provider: Moulton, Andrew RN | Unit: F03 |

Yes: PERRLA

**Pupils**

Yes: Normal Appearing, PERRLA

**Neck**

**General**

Yes: Within Normal Limits, Trachea Midline

No: Abrasion(s), Trauma

**Musculoskeletal**

No: Swelling, Trauma

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

## Exam Comments

Inmate assessed following attempted hanging in cell. Inmate denies any injury or pain. No injuries were identified during assessment. Trachea is midline and no swelling noted. No strider with breathing and no difficulty speaking.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Disposition:**

Notify Psychology Duty Officer
Placed on Suicide Watch

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/12/2021 | Counseling | Access to Care | Moulton, Andrew | Verbalizes Understanding |
| 10/12/2021 | Counseling | Plan of Care | Moulton, Andrew | Verbalizes Understanding |
| 10/12/2021 | Counseling | Safety/Injury Prevention | Moulton, Andrew | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Pass, Randall (MAT) MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Moulton, Andrew RN on 10/12/2021 10:54

Requested to be cosigned by Pass, Randall (MAT) MD/CD.

H-16

Generated 10/12/2021 10:54 by Moulton, Andrew RN          Bureau of Prisons - MAR          Page 2 of 3

FAI/Medical Records~ - 3a3c846b-eff4-4cf9-b65f-56845b94f27e

**From:** FAI/InmateToHealthSvcs
**To:** ~^!PERNELL, ~^!AARON M
**Date:** 2/24/2020 12:03 PM
**Subject:** 3a3c846b-eff4-4cf9-b65f-56845b94f27e

Your concern needs to be directed to the providers through the sick call process. Please submit a hand written sick call in order to be scheduled with a provider to discuss your request. This e-mail will be forwarded to them and the chief psychologist. Thank you

>>> ~^!"PERNELL, ~^!AARON M" <17601035@inmatemessage.com> 2/23/2020 8:57 AM >>>
To: Dr. Mghann
Inmate Work Assignment: None

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
3a3c846b-eff4-4cf9-b65f-56845b94f27e
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Hello Ma'am. I am writing to ask if there is any possible way to undergo voluntary Castration at this time? I think it would give me such peace of mind knowing I got that step done, it would also help a great deal with taking my estradiol. I repeat I am all for doing this voluntarily so I think the only hang ip would be if you give approval. Of course throguh whatever appropriate means. I am trying to follow policy on this matter simply becaise I dont own anti biotics to do it myself. I am not crazy, Im transgender and the only time I feel kind and whole is when I embrace feminimity. When i embrace my male side, I feel angray and lost in my shame. I just want to feel good and I am 100% certain that this is the route for me to take. Please seriously consider this ma'am. Thankyou for your time

H17

# FCI FAIRTON
## INMATE SICK CALL SIGN-UP SHEET
### (Formulario y Registro para Atencion Medica de Confinados)

Staff member will complete this section if inmate is unable to read or write.

<u>INSTRUCTIONS (Instrucciones)</u>
**You must fill out this form completely, numbers 1-11.**
**(Debe de llenar este formulario completamente, numerous 1-11.)**

1. Date (Fecha) _22 Feb 2020_   2. Unit (Unidad) _AL_   3. Work (Trabajo _none_

4. Name (Nombre) _Aaron Pernell_

5. Register Number (Numero de Registro) _17601-035_

6. Complaint (Queja), What is your problem? (Cual es su problema?)
   _I have Testicles - I want them gone - I am a transgender woman, I can't live with my parts much longer - Please help me._

7. History or medical problems: (Historial de problemas medicos:)
   o   Diabetes (diabetes)
   o   Hypertension (hipertension)
   o   Cardiac disease (enfermedad cardiac)
   o   Immunocompromised (immunocomprometido)
   o   Asthma (asma

8. History of mental health problems? (Historial de problemas mentales?)
   • Yes (si)
   o   No (no)

9. How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?
   Days (Dias) _my_         Months (Meses) _whole_         Years (Anos) _life_

10. Are you on any medication(s) at present? (Esta usted tornando alguna(s) medicinas actualmente?)
    _Spironolactine - Estrdiol_

11. Signature (Firma) _____

---

## TO BE FILLED OUT BY TRIAGE PERSONAL:

12. Date Seen: _____   13. Time Seen: _____

14. Subjective: _____

15. Objective:   Temperature: _____   Pulse: _____   Respiration: _____   B/P: _____
    If diabetic, blood sugar via fingerstick: _____   Weight: _____

16. Notes: _____

17. Appointment Date: _3/4/20_          Appointment Time: _____
18. Appointment with (Provider's Name) _Dr. McGann_     KNOWLES, K
19. Triage personnel's signature: _Julie Julia PA-C_     PA-C     _2/26/20_   H18
                                                      FCI FAIRTON

## TRULINCS 17601035 - PERNELL, AARON M - Unit: MAR-F-A

-----------------------------------------------------------------------------------------------

FROM: 17601035
TO: Health Services
SUBJECT: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A
DATE: 06/14/2022 01:15:40 PM

To: Ms. harbison
Inmate Work Assignment: None

YeaH I kind of figured that regional was trying to pass it off on you guys like instituion staff was the conflict, but I have been very vocal that in my case, insitution staff has treated me very well and tried to help me and has found me clinically appropriate for surgical submission and instituiton staff are not the issue with my treatment. Most inmates complaints are with instituions staff but I honestly think you all have been following policy regarding me and the diconnect seems to be coming from the TEC and regional offices where they are failing to follow your clinical guidance.  Do you know what I should do next here at the instituion or do you have any guridance for me? Is there a date on when I can resubmit surgical request?

Thankyou for your time and I very much appreciate the help and support I have recieved from the instituion medical staff here so far.
-----Health Services on 6/14/2022 12:22 PM wrote:

>
As far as I know we continue what we are doing until they tell us otherwise. As far as the plan goes we will continue you on your current medication regimen until such time we are instructed otherwise.

---

From: ~^! PERNELL, ~^!AARON M <17601035@inmatemessage.com>
Sent: Wednesday, June 8, 2022 10:52 AM
To: MAR-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** PERNELL, AARON, Reg# 17601035, MAR-F-A

To: Ms. harbison
Inmate Work Assignment: None

Hello Ma'am.
I just recieved a response from a BP-10 that said that I have not been denied surgery and I should talk to my health care provider.  Have yall hear anything or recieved any update on a treatment plan concerning my gender-dysphoria?  I have not been instructed on any plan of action as of yet. Could you please let me know whats up?
Thankyou for your time

## MAR-InmateToHealthSvcs - 5ed4df52-5ebf-475c-837e-e84a91d0f81a

**From:**    MAR-InmateToHealthSvcs
**To:**      ~^!AARON M ~^!PERNELL
**Date:**    2/15/2022 1:33 PM
**Subject:** 5ed4df52-5ebf-475c-837e-e84a91d0f81a

1- Breasts are not identical in shape or size. They are sisters, not twins.
2- I have not seen the spots around your nipple.
3- We do not have the ability to determine cup sizes.

>>> ~^!"PERNELL, ~^!AARON M" <17601035@inmatemessage.com> 2/15/2022 10:15 AM >>>
To: Med nurse
Inmate Work Assignment: None

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
5ed4df52-5ebf-475c-837e-e84a91d0f81a
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Ok so my questions are on my breast development. Like is it normal for one to be slightly larger than the other? Also, I wa told that the little bumps on the Areola are calcium deposits, so does that acctually coorelate to how much milk I drink? So if I drink less milk am I less likeley to get any of those bumps? And....how do I measure my cup size accuratley? Ive been told different things and I would just like to know how to actually measure my cup size.

Thankyou for your time
-----Health Services on 2/15/2022 9:02 AM wrote:

>
What is the question?

>>> ~^!"PERNELL, ~^!AARON M" <17601035@inmatemessage.com> 2/14/2022 5:19 PM >>>
To: Med nurse
Inmate Work Assignment: None

Hi. So I just have like a quick medical question. It doesnt merit a sick call or any of that. Just had a quick hormone development question. Could I ask that here and get an answer or am i supposed to go to sick call when its not an illness question?

*H20*

## FAI-MedicalRecords-S - 89dc040d-5514-48ac-b95f-9392097b706a

**From:**   FAI-InmateToHealthSvcs

**To:**     ~^!PERNELL, ~^!AARON M

**Date:**   5/11/2021 3:28 PM

**Subject:** 89dc040d-5514-48ac-b95f-9392097b706a

---

This has been forwarded to psychology.

>>> ~^!"PERNELL, ~^!AARON M" <17601035@inmatemessage.com> 5/11/2021 11:39 AM >>>
To: Hepner
Inmate Work Assignment: None

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
89dc040d-5514-48ac-b95f-9392097b706a
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


hi- so question...maybe a dumb question. Does the FBOP have a policy where they do assisted suicide? Or compassionate death? YOu know where someone is in so much pain that you guys put them to sleep if they are willing? Im actually asking because I really want to know.  Anyway- Thankyou for your time

H21

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

**SENSITIVE BUT UNCLASSIFIED***

| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team: | C |
| Date: | 07/01/2021 19:27 | Provider: | Redondo, Brian PsyD/Chief | | | |

## Focus of Session

Follow-up to most recent SRA & reconsideration of SOTP referral

## Subjective/Objective Presentation

Ms. Pernell presented with significantly brighter affect and improved mood. She began formulating her administrative remedies, as directed, in order to self-advocate for surgery. She indicated her most recent crisis has passed, and reported her continued willingness to alert staff attention in order to avoid engaging in impulsive self-harm. She continues to acknowledge intense self-loathing that often leaves her feeling overwhelmed. She is attempting to connect with the various aspects of herself beyond her physical attributes. She views her external sex organs (male) as a "deformity." Attaching this label has helped mitigate some of her self-loathing, as she can rationalize the corrective actions (surgical) that can address the deformity. She showed a sense of humor in her recounting of a recent visual search, whereby the attending female staff member noted "significant shrinkage" of her testicles, which also contributed to a temporary self-esteem boost. She also noted that her inability to achieve an erection was viewed as gender affirming.

Discussed the TEC recommendation that she reconsider enrollment in the SOTP. She expressed interest in participating in the program at a female facility, but ultimately conceded that she will apply for reenrollment regardless, provided it continues her along the path to reassignment surgery.

## Intervention(s)

Supportive counseling
Motivational interviewing

## Progress/Plan

Resume CARE2-MH contacts consistent with policy requirements. Update Sentry to SOM RES W.

Completed by Redondo, Brian PsyD/Chief Psychologist on 07/02/2021 13:55

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team: | DR |
| Date: | 03/11/2021 11:16 | Provider: | Redondo, Brian PsyD/Chief | | | |

### Focus of Session

TEC recommendations & MHCL

### Subjective/Objective Presentation

Discussed the TEC recommendation that she be transferred to a LOW security facility, where she will need to continue to demonstrate adequate stability prior to being considered for gender reassignment surgery and possible referral to a female facility. She was able to express gratitude to all involved parties. Admitted to anticipatory anxiety and awfulizing thoughts leading up to the TEC decision. Reinforced her persistence in terms of program involvement, personal growth, and compliance with staff recommendations.

Discussed the decision to downgrade her MHCL in conjunction with an extended period of emotional and behavior stability.

### Intervention(s)

Supportive counseling
Positive reinforcement

### Progress/Plan

Ms. Pernell's mental health care level will be decreased to CARE1-MH. She will no longer be required to participate in monthly counseling sessions. However, she was encouraged to resume bi-weekly group programming and continue utilizing Psychology Services as needed.

Completed by Redondo, Brian PsyD/Chief Psychologist on 03/11/2021 15:10

H23

**SENSITIVE BUT UNCLASSIFIED***

# Bureau of Prisons
## Psychology Services
### Risk of Sexual Victimization

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: MAR | Unit Team: | SOTP-R |
| Date: | 10/13/2022 09:56 | Provider: | Owings, Lindsay PhD/SOMP | | | |

## Comments

The following Risk of Sexual Victimization contact is being completed because:

[ ] A Unit team staff member, utilizing the PREA Intake Objective Screening Instrument (P5324.12, Attachment A) during the intake screening process, noted that the inmate may be at risk for sexual victimization due to:

    [ X ] Having a history of being sexually assaulted
    [ ] He expressed concerns about safety on the compound

    and/or having two or more of the following:

    [ ] Small in stature (i.e., less than 164 pounds; slight build)
    [ ] Being youthful (i.e., less than 21 years old)
    [ ] Having developmental/mental/medical disabilities
    [X ] Is or is perceived to be LGBTI or gender non-conforming

    and/or having the following criminal history:

    [ ] Never previously incarcerated
    [ ] Criminal history is exclusively nonviolent
    [X ] Prior convictions for sex offenses against an adult or child
    [ ] In custody solely under civil immigration detention

[X ] Psychology Services staff noted risk markers that warranted a full risk assessment - consistent findings from previous assessments but noted a risk of victimization had not previously been conducted on inmate PERNELL upon her arrival.

[ ] A recent Sexual Abuse Intervention was completed and the allegation warrants a Risk of Sexual Victimization assessment.

[ ] Other (specify):

## Risk Factors

Inmate PERNELL was seen by Psychology on today's date to assess his level of risk for sexual victimization. At the onset of this clinical contact, the inmate was informed about the BOP requirements regarding PREA. Inmate PERNELL indicated he understands the institution's policy on preventing victimization. In addition to the above risk factors for sexual victimization that were met, the following risk factors were noted during this assessment:

[ ] Advanced Education (i.e., greater than high school)
[X ] Prior sexual predation in prison or in the community
[X ] Prior childhood and/or prison sexual victimization
[ ] Left home prior to the age of 15 years
[ ] Low rate of arrest in adolescence
[ ] Non-violent criminal history
[ X ] History of low level mental illness or suicidal ideation
[ ] First incarceration
[ X ] Vulnerable psychological state/presentation (appears fearful; worries about being assaulted)
[ ] Other:

H.24

Protective factors were also reviewed and the following were noted:

| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: MAR | Unit Team: | SOTP-R |
| Date: | 10/13/2022 09:56 | Provider: | Owings, Lindsay PhD/SOMP | | | |

[ ] Multiple incarcerations without history of victimization
[ ] No history of childhood sexual victimization
[ X ] Large build
[X ] Over 21 years old
[ X ] Assertive presentation
[ X ] Violent criminal history
[X ] No developmental/mental/medical disabilities
[ ] No current mental health concerns, including excessive worry about sexual victimization
[ ] Does not self-identify as LGBTI
[ ] Denies being fearful of general population
[ ] Other:

**Findings**

Based on this clinical assessment, the inmate is considered to be at:

[ ] Low Risk of Victimization at this facility
   Note: Even though this inmate is judged to be at low risk for sexual victimization, the inmate MAY be the victim of sexually abusive behavior in the future. An unforeseen change in risk factors may also significantly alter his risk level.

[X ] Elevated Risk of Victimization

**Recommendations**

Psychology Services recommends that Inmate PERNELL not be housed in a cell with any inmates identified as at increased risk for sexual abusiveness. Unit Team and Correctional Staff have been notified of this recommendation.

Psychology also recommends a greater level of supervision regarding her work and education assignments.

Programming recommendations include SOTP-R. Inmate PERNELL is agreeable to programming recommendations.

(Note: Inmates can be recommended for housing in the Special Housing Unit in accordance with P5324.12 to "keep separate those inmates at high risk of being sexually victimized from those at high risk of being sexually abusive" until Correctional Services, Correctional Programs, and Executive staff can assess for appropriateness for general population at this facility.)

The inmate understands the procedure for contacting Psychology for routine or emergent services.

Completed by Owings, Lindsay PhD/SOMP Coord on 10/13/2022 10:00

H2S

# Bureau of Prisons
# Psychology Services
# Clinical Intervention - Clinical Contact

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: FAI | Unit Team: | C |
| Date: | 07/15/2021 15:22 | Provider: | Redondo, Brian PsyD/Chief | | | |

## Focus of Session

Overall adjustment

## Subjective/Objective Presentation

Ms. Pernell continues to endorse depressive symptoms and feelings of hopelessness related to her overall M2F transition. Reviewed periods in her life where she experienced similar feelings of despair and the means by which she coped/persevered. Admits that her past means of coping were often destructive (i.e., verbal lashing out towards others, substance abuse, etc.). Reinforced her continued willingness to utilize supportive services during periods of crisis.

Began exploring her offense conduct. Admits to fighting against her true gender identity in various ways (i.e., joining the military) in order to prove to herself that she was male. Believes her sexual assaults were a destructive means of proving her "manhood." Continues to experience intense remorse/guilt, as her behaviors not only harmed others but further distanced herself from her "true self."

Expressed additional concerns about the compound opening up and potentially resuming normal operations. Claims she received second hand information that one of the parties in her most recent PREA complaint is attempting to have other inmates jeopardize her impending transfer.

## Intervention(s)

Supportive counseling
RSA's
Reinforcement of help-seeking efforts

## Progress/Plan

Resume regularly scheduled CARE2-MH contacts.

Completed by Redondo, Brian PsyD/Chief Psychologist on 07/16/2021 15:52

H26

**SENSITIVE BUT UNCLASSIFIED***

## ...u of Prisons
## ...ology Services
## ...ion - Individual Therapy

H27

| | | |
|---|---|---|
| | M          Facility: MAR | Reg #:        17601-035 |
| | Owings, Lindsay PhD/SOMP | Unit Team:   SOTP-R |

...a with for her Cara-... ... ... to assess mental status. The focus of the session was on ...and frustration to ob... ... ... ... as her continued efforts to obtain gender confirmation surgery.

...Recoat...

...on t... dressed ap... ... ... ... scheduled callout. She indicated her mood was "ok" and her ...t w...h to terms of... ... ... ... was normal with regards to rate, tone, and volume. Speech ...tonly hand only... ... ... ...ses were intact and void of delusional content. There was no ...and disturbances or a... ... ...emory appeared intact. Appetite was noted as normal and no ...ssion. She didn't said ...t... plans, or intent. She continued acknowledging desire to ...ration direct to Gender Con... ... ...ated she had not done so since the past session and had no ...s. She also endorsed... ... ... of hopelessness that occurred when she considered the ...may not be granted an... ... ...on surgery in the near future. She continued highlighting that ...d th...e being trans...... ...cility and the risk associated with her being a transgender ...us if in sex of... ... ...igh risk and some high security participants. She

...d she continued to have ... ... of wanting to self-castrate and remove her male appendage despite ...ured to pursue her legal action for the Bureau of Prisons to provide the medical intervention of gender ...y. She stated "oh I'm going to do it and I'm going to be successful" when discussing her pursuits of ...but continued acknowledging the struggles she has with feelings of dysphoria and low self-esteem ...male appendage. She indicated she was using her rational thinking skills, had been using the MTC, ...twork during periods of stress. She stated she would continue to use affirmations, focus on the ...s had (i.e. name change, etc.) her commitment to using the proper procedures to ensure she is ...al care she indicated sh... ... and discussed her continued frustration with the placement in a ...noted that she continued to d... gender affirmation surgery prior to placement in a female facility GP ...d it would help with her accept... and social support building at the female facility to be post-op. ...d despite that, she continued to be frustrated by the interactions with male adults in custody on a ...nyone who would have thought of wanting to harm women in prison or to victimize women I am ...so that just highlights the risk to me and those like me in a facility like this (i.e. a male facility)." She ...t it would be unlikely that she would feel comfortable reporting any concerns regarding her safety for ...red programming would be taken away (i.e. SOTP-R which has been recommended by the TEC)." ...e was going to focus on completing the program and try to ignore that a number of things could get in ...ieving that goal. She reported anxiety and frustration with thoughts such as "if someone says ...me and staff are concerned about my safety I could be taken out of the program and put in SHU. That ...not finishing the program and I have to finish the program to meet the recommendations of the TEC." ...ncerns regarding if she got into an argument with other inmates or if another adult in custody didn't ...could impact her ability to maintain on the compound. She stated she worries at times about ...thers as she feels like "my life is on the line, since getting approved for surgery is my life, I don't like ...y many things can impact that." She stated she was using rational thinking skills associated with those ...and noted she was excited to be in active programming and trusted that staff were supportive of her ...however, she highlighted her concerns about the "prison environment" that might impact her ability to ...e was reminded that she had been observed to be using the skills provided in programming, was an ...the MTC, and had excelled at addressing recent concerns amongst inmates on the unit when another ...erogatory language, highlighting her skill in defusing situations and using assertive communication to ...ging conversation. She acknowledged her successes but also stated "it was hard." She has recently H27 ...of thought stopping, assertive communication, boundary setting, maintaining appropriate boundaries, ...ability to hold others as well as herself accountable, emotion regulation skills, and mindfulness skills. ...ed to continue using those strategies she has found helpful. She agreed. She also noted that she ...dvocate for her to be approved for the medical intervention of gender affirmation surgery to treat her

| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: MAR | Unit Team: | SOTP-R |
| Date: | 08/18/2022 15:13 | Provider: | Owings, Lindsay PhD/SOMP | | | |

Gender Dysphoria.

**Progress/Plan**

Continue to meet at least monthly. Encourage use of rational thinking skills, emotion regulation skills, increase frustration tolerance, and maintain willingness to engage in treatment. She will remain a participant in SOTP-R as well.

Completed by Owings, Lindsay PhD/SOMP Coord on 08/19/2022 15:44

H28

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: MAR | Unit Team: | SOTP-R |
| Date: | 04/18/2022 13:35 | Provider: | Owings, Lindsay PhD/SOMP | | | |

## Focus of Session

Inmate PERNELL approached the officer on the SOTP-R treatment unit on this date and requested to speak with psychology services.

## Subjective/Objective Presentation

Inmate PERNELL presented on time and dressed appropriately for her session. Her mood was upset. She was oriented to person, place, time and situation. Her speech was normal with regards to rate, tone, and volume. Speech content was on topic and void of delusional content. There was no indication of perceptual disturbances. Thought processes were goal oriented with no indication of memory impairment. She continued to voice continued fleeting thoughts of self-directed violence and indicated she had been having passive thoughts of suicide which had prompted her request to speak with psychology staff as "those thoughts grow and get worse if I don't talk to someone so instead I decided to reach out." She immediately stated "I am not going to hurt myself, I have no intention of killing myself or harming myself and I don't want to die, I just need to talk to someone." She noted that talking about her concerns helped her regulate her emotions.

## Intervention(s)

She wanted to discuss a conversation she had at mainline with executive staff who she claimed informed her the TEC recommended she remain at the current facility and continue programming. She stated she was upset and did not agree with the outcome. When asked why the negative reaction as last week she had already informed this author that she had anticipated that outcome, she indicated she was becoming more and more frustrated with the BOP's "refusal to provide required legal medical care." She also voiced continued frustration with the recommendation (which she reiterated she considers a requirement) of the TEC to complete sex offender treatment as she does not believe area specific treatments should be a pre-requisite to medical care for gender dysphoria. She stated that she had taken the news hard and needed to process it before her negative thoughts spiraled. She appeared to want to verbally work through her frustrations and beliefs that the BOP continued to put unrealistic road blocks in her way to receiving the medical treatment she stated she required to treat her Gender Dysphoria. She stated she was aware that she would likely prevail legally in her pursuit of gender confirmation surgery but again noted that time it would take to achieve that goal is so far off she, at times, loses motivation to continue moving forward. She noted she continues to attempt focusing on the positive on a daily basis. She reported that she gets tired at times of setting president for an individual with a history of sexual offending genuinely transitioning and needing gender confirmation surgery. She noted at times she feels exhausted but again noted she is not someone who gives up. Treatment options available and her static score were discussed with her, per her request, during this session. She was encouraged to use emotion regulation skills to manage her intense emotions when provided with information she dislikes, doesn't agree with, or was not hoping for. The session appeared to be beneficial as she was encouraged to identify things in her control and skills that are useful for dealing with those situations, continue using rational challenges, and continue working with psychology services as needed.

## Progress/Plan

Inmate PERNELL has been actively engaged in her mental health care. Her mental status has been stable since her last contact with Psychology Services. Inmate PERNELL was reminded of the mental health services currently available. She was reminded of the various ways to obtain psychological services. She agreed to seek assistance if problems arise or if there is a change in her mental status. The inmate will remain on CARE2-MH status. Follow-up services will be provided.

Completed by Owings, Lindsay PhD/SOMP Coord on 04/19/2022 13:46

H-29

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Individual Therapy**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility:  MAR | Unit Team: | SOTP-R |
| Date: | 04/13/2022 15:21 | Provider: | Owings, Lindsay PhD/SOMP | | | |

## Focus of Session

CARE2-MENTAL HEALTH CONTACT

Inmate PERNELL was seen on 04/13/2022 for an Individual Therapy session and CARE2-MH contact. The purpose of the session was to evaluate his mental status and provide clinical services as needed.

## Subjective/Objective Presentation

Inmate PERNELL presented on time and dressed appropriately for her session. She was oriented to person, place, time and situation. Her speech was normal with regards to rate, tone, and volume. Speech content was on topic and void of delusional content. There was no indication of perceptual disturbances. Thought processes were goal oriented with no indication of memory impairment. She continued to report persistent passive thoughts of self directed violence focused on self-castration mostly with fleeting suicidal ideation when feeling "overwhelmed" or "frustrated." She indicated "I can't do 10 more years waiting on medical treatment, I don't want to do 10 more years." She denied experiencing suicidal ideation, plans, or intent at the time of the session but acknowledged those thoughts are persistent and she finds herself rationally challenging them often. She reiterated numerous times she felt being provided the medical treatment she was requesting (i.e. gender confirmation surgery) would help to alleviate the distress she feels associated with the gender dysphoria and reported feelings of hopelessness and at times despair while attempting to continue the administrative remedy process to result in a legal request that the BOP provide her requested medical treatment.

## Intervention(s)

Inmate PERNELL voiced her interest in discussing her nervousness regarding the Transgender Executive Committee (TEC) review of her case and requests for gender confirmation surgery which she stated was occurring this week. She stated she was nervous about the outcome and was hoping to hear good news. She was forthcoming with a number of thinking errors she had regarding the motivations and interests of the TEC (and it's members) and whether the recommendation would be in favor of furthering her request for gender confirmation surgery. She indicated she was aware that the recommendation would likely be to be maintained at the current facility and continue programming and voiced that would be difficult for her to accept. She continued reporting that she appreciated residing on F unit but continued indicating she didn't feel fully safe or comfortable at USP Marion given the male population as well as the number of sexual offenders who had declined sex offender treatment and were residing on the compound. She was encouraged to report any concerns to staff and a discussion of PREA and the ways to report abuse. She indicated her awareness, but stated she felt as if she were being forced to participate in SOTP-R by the parole commission and the TEC, and therefore would consider whether reporting incidents could negatively impact "me getting surgery" if she were to be removed from the treatment unit, even if it was for an investigation to determine her safety. She was once again encouraged to report sexual abuse or harassment if they occurred and she indicated she understood. She made it a point to indicate she was not being harassed or abused currently or at USP Marion but did have concerns when she would leave the unit to go to other areas when alone or outside of a group. She identified appropriate coping strategies and ways she ensures her safety within the institution. She also identified skills she uses to help decrease her focus on overwhelming emotions and noted she continues to use mindfulness strategies as well as rational self analysis to assist in challenging irrational beliefs and staying in the here and now. She expressed her understanding of the concerns the TEC, as well as others, may have in considering whether to approve gender confirmation surgery or to consider a transfer to a female institution. She again reiterated that she would prefer to receive the surgery prior to being transferred to a female facility although she appeared more open and willing to transfer to a female facility first if it would be recommended. She again affirmed her continued dedication to completing all required and recommended programming and appeared willing to work with psychology throughout the session.

## Progress/Plan

Inmate PERNELL has been actively engaged in her mental health care.  Her mental status has been stable since her last contact with Psychology Services.  Inmate PERNELL was reminded of the mental health services currently available.  She was reminded of the various ways to obtain psychological services. She agreed to seek assistance if problems arise or if there is a change in her mental status. The inmate will remain on CARE2-MH status. Follow-up services will be provided.

# Bureau of Prisons
# Psychology Services
## Clinical Intervention - Individual Therapy

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: MAR | Unit Team: | SOTP-R |
| Date: | 02/16/2022 15:40 | Provider: | Owings, Lindsay PhD/SOMP | | | |

## Focus of Session

Inmate PERNELL attended her callout out on time and appropriately dressed. She wanted to focus on her intermittent feelings of hopelessness and her identification of feelings and negative self-talk she's noted while logging her thoughts.

## Subjective/Objective Presentation

MENTAL STATUS: Mood and affect were within normal limits. Speech was normal in rate, volume, and tempo. She was alert and oriented to person, place, time, and situation. Grooming and hygiene were appropriate. The inmate denied delusional or psychotic symptoms. She denied recent or current thoughts of suicidal ideation. She did continue to acknowledge passive thoughts of self castration at times as a continued symptom of Gender Dysphoria but noted she had no plan or intention to engage in those behaviors. Inmate PERNELL was asked if she was currently suicidal and she stated, "No."

## Intervention(s)

Inmate PERNELL stated she had been logging her thoughts and setting aside time to "worry" about worrisome thoughts solely during scheduled time to decrease the time she spent on these topics throughout the day. She stated he had identified a number of patterns in her thinking which highlight low self-worth and negative self talk about her being transgender stemming from things she was told by her parents as a child. She acknowledged she had difficulty being kind to herself and at times allowed continued negative thoughts about herself to go unchecked, although she reported taking a more direct and consistent approach recently with challenging those irrational beliefs and negative self talk. She disclosed the hurt surrounding the negative reaction from her family for being transgender, stating their reaction to that was worse than to her actual charges which has continued to fuel her negative thought patterns about herself and her gender identity. She stated she continues to seek out support from LGBTQI groups on the street. She stated she has been offering support to other inmates on the treatment unit and finds that to be reaffirming and give her a sense of purpose. She was encouraged to continue participating in the MTC for SOTP-R all while recognizing that some of the material and dealing with issues specific to her offenses are most appropriate to address once she is an active participant in treatment. She indicated understanding and continued to demonstrate exceptional willingness to work with psychology staff.

## Progress/Plan

Will continue to meet at least monthly. She is aware of how to contact psychology services both on emergent as well as routine bases.

Completed by Owings, Lindsay PhD/SOMP Coord on 02/23/2022 15:46

H31

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: MAR | Unit Team: | SOTP-R |
| Date: | 03/25/2022 09:44 | Provider: | Owings, Lindsay PhD/SOMP | | | |

## Focus of Session

Inmate PERNELL requested to meet with this author to discuss how she had experienced emotion dysregulation yesterday but had worked through it with the use of RSA's and her support system within the institution.

## Subjective/Objective Presentation

Inmate PERNELL presented dressed appropriately. Her memory appeared intact with no notable concerns. She was oriented to person, place, time, and situation. She stated her mood was "better" than the day before and her affect was consistent with the topics discussed. Speech was on-topic and goal oriented with her speech patterns normal with regard to rate, volume, and tone. She denied experiencing perceptual abnormalities. There were no indications of delusional thought processes present throughout the interaction. She denied suicidal ideation, plans, or intent at the time of the interaction. She continued to acknowledge thoughts of self-castration and fleeting thoughts of "doing the surgery as much as I can then cutting my wrists and bleeding out" yesterday that she was able to challenge which resulted in those thoughts passing without incident. She noted on-going distress from the symptoms of Gender Dysphoria and noted she continued to work to address her desire to obtain gender confirmation surgery.

## Intervention(s)

Inmate PERNELL wanted to discuss her frustration yesterday with a rejections from one of her administrative remedies, stating she was frustrated at it had been rejected based upon the number of pages attached, which she felt was a technicality. She indicated she had felt "like just giving up" as if "it's a deep hopelessness." She noted she talked with staff, discussed her frustration with a member of her support system, conducted an RSA to challenge her irrational beliefs and became motivated to continue the process and avoid engaging in self-directed violence. She stated it had worked well but wanted to update this author to ensure all information about her coping strategies and struggles were shared. She was provided encouragement and support for using her skills in an effective manner and being willing to engage in that skill use.

## Progress/Plan

She will continue to be met with at least monthly and is aware of how to contact psychology services on both routine and urgent bases.

Completed by Owings, Lindsay PhD/SOMP Coord on 03/25/2022 09:54

H32

# Bureau of Prisons
# Psychology Services
## Clinical Intervention - Individual Therapy

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | Reg #: | 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M    Facility: MAR | Unit Team: | SOTP-R |
| Date: | 03/16/2022 13:56 | Provider: | Owings, Lindsay PhD/SOMP | | |

## Focus of Session

Inmate PERNELL was met with on this date for her Care2-mh contact. The focus of the session was on her continued thoughts of self-castration and emotion dysregulation associated with the uncertainty regarding gender confirmation surgery.

## Subjective/Objective Presentation

She reported her mood was "alright, it's been better but I'm hanging in there." Her affect was consistent with the topics discussed and within normal range. Thought processes were intact and void of delusional content. There was no indication of perceptual abnormalities. Memory appeared intact. She was oriented to person, place, time and situation. Speech was goal-oriented and on topic. Speech was normal with regards to rate, tone, and volume. She denied suicidal ideation, plans, or intent but continued to endorse having thoughts regarding self-castration and beliefs at times that living "this way" is "unbearable." She clarified that she had no imminent intent or desire to engage in self-directed violence but wanted to impart how often those thoughts occur. She stated she believes gender confirmation surgery would alleviate those concerns, mostly if not all together.

## Intervention(s)

Inmate PERNELL stated she continued to set aside "worry" time in which she would think about all of the things she worries about at one time during the day rather than allow herself to continually worry. She noted that it has been less effective recently as she is working on legal filings which require her to read a lot of material that increases her anxiety and worrisome thoughts. She also reported that she continued using affirmations toward herself and positive self-talk. She has identified things to be hopeful for and look forward to, although she acknowledged "it was difficult but I found some!" She appears very motivated to participate in treatment and attempt all skills provided while maintaining open communication with this provider about her continued struggles with symptoms of Gender Dysphoria. She discussed her continued concerns regarding safety at a male institution, noting many other inmates make statements or will behave in a manner around her that is objectifying and makes her feel uncomfortable. She discussed her continued struggle with understanding how her prior charges make her appear to be a risk to females if she were placed at a female institution and therefore highlighted that is why she would prefer to obtain the surgery before she was transferred to a female institution so the other inmates may feel more comfortable around her. She was provided the Dialectical Behavior Skills Therapy Workbook and encouraged to focus on the self-harm section as well as the mindfulness section over the next month. Staying in the here and now, focusing on being safe in the moment, and finding joy in small moments was encouraged and reinforced. She indicated her willingness to give the skills a try and see if they were beneficial in decreasing the intensity at times of those feelings of wanting to self-castrate or engage in self-directed violence. In addition, she remains housed on the SOTP-R treatment unit and is involved in the MTC, allowing for her to utilize the skills she acquires with other participants learning CBT and DBT skills.

## Progress/Plan

She will continue to be met with at least monthly to address concerns. Will continue to work on addressing emotion dysregulation as well as mindfulness skills.

Completed by Owings, Lindsay PhD/SOMP Coord on 03/18/2022 15:33

H34

Case 3:23-cv-00374-SPM   Document 83-1   Filed 05/10/24   Page 30 of 45   Page ID #656

# Psychology Services
## Clinical Intervention - Individual Therapy

H27

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERNELL, AARON M | | | | Reg #: 17601-035 |
| Date of Birth: | 03/27/1987 | Sex: | M | Facility: MAR | Unit Team: SOTP-R |
| Date: | 08/18/2022 15:13 | Provider: | Owings, Lindsay PhD/SOMP | | |

## Focus of Session

PERNELL was met with for her Care2-mh contact and to assess mental status. The focus of the session was on emotion regulation and frustration tolerance skills as well as her continued efforts to obtain gender confirmation surgery.

## Subjective/Objective Presentation

PERNELL reported on time, dressed appropriately to her scheduled callout. She indicated her mood was "ok" and her affect was consistent with the topics discussed. Speech was normal with regards to rate, tone, and volume. Speech content was goal oriented and on-topic. Thought processes were intact and void of delusional content. There was no indication of perceptual disturbances or abnormalities. Memory appeared intact. Appetite was noted as normal and no concerns noted with sleep. She denied suicidal ideation, plans, or intent. She continued acknowledging desire to engage in self-castration due to Gender Dysphoria but stated she had not done so since the past session and had no intention of doing so. She also endorsed fleeting thoughts of hopelessness that occurred when she considered the possibility that she may not be granted gender confirmation surgery in the near future. She continued highlighting that she was concerned about being transgender in a male facility and the risk associated with her being a transgender female housed in a unit for sex offender treatment with high risk and some high security participants. She

## Intervention(s)

PERNELL indicated she continued to have thoughts of wanting to self-castrate and remove her male appendage despite her feeling empowered to pursue her legal action for the Bureau of Prisons to provide the medical intervention of gender affirmation surgery. She stated "oh I'm going to persist and I'm going to be successful" when discussing her pursuits of obtaining surgery, but continued acknowledging the struggles she has with feelings of dysphoria and low self-esteem associated with the male appendage. She indicated she was using her rational thinking skills, had been using the MTC, and her support network during periods of stress. She stated she would continue to use affirmations, focus on the successes she has had (i.e. name change, etc), her commitment to using the proper procedures to ensure she is granted the medical care she indicated she requires, and discussed her continued frustration with the placement in a male facility. She noted that she continued to desire gender affirmation surgery prior to placement in a female facility GP noting she believed it would help with her acceptance and social support building at the female facility to be post-op. However, she stated despite that, she continued to be frustrated by the interactions with male adults in custody on a daily basis as "to anyone who would have thoughts of wanting to harm women in prison or to victimize women I am already a woman so that just highlights the risk to me and those like me in a facility like this (i.e. a male facility)." She indicated again that it would be unlikely that she would feel comfortable reporting any concerns regarding her safety for fear that "my required programming would be taken away (i.e. SOTP-R which has been recommended by the TEC)." She stated that she was going to focus on competing the program and try to ignore that a number of things could get in the way of her achieving that goal. She reported anxiety and frustration with thoughts such as "if someone says something about me and staff are concerned about my safety I could be taken out of the program and put in SHU. That could result in me not finishing the program and I have to finish the program to meet the recommendations of the TEC." She also noted concerns regarding if she got into an argument with other inmates or if another adult in custody didn't like her, how that could impact her ability to maintain on the compound. She stated she worries at times about interactions with others as she feels like "my life is on the line, since getting approved for surgery is my life, I don't like thinking about how many things can impact that." She stated she was using rational thinking skills associated with those anxious thoughts and noted she was excited to be in active programming and trusted that staff were supportive of her being successful; however, she highlighted her concerns about the "prison environment" that might impact her ability to be successful. She was reminded that she had been observed to be using the skills provided in programming, was an active member of the MTC, and had excelled at addressing recent concerns amongst inmates on the unit when another participant used derogatory language, highlighting her skill in defusing situations and using assertive communication to navigate a challenging conversation. She acknowledged her successes but also stated "it was hard." She has recently H27 demonstrated use of thought stopping, assertive communication, boundary setting, maintaining appropriate boundaries, the willingness and ability to hold others as well as herself accountable, emotion regulation skills, and mindfulness skills. She was encouraged to continue using those strategies she has found helpful. She agreed. She also noted that she would continue to advocate for her to be approved for the medical intervention of gender affirmation surgery to treat her

```
TCP52  606.00 *          MALE CUSTODY CLASSIFICATION FORM        *       11-28-2017
PAGE 001 OF 001                                                         08:06:26
```

(A) IDENTIFYING DATA

```
REG NO..: 17601-035              FORM DATE: 06-16-2017         ORG: TCP
NAME....: PERNELL, AARON M
```

```
                                 MGTV: NONE
PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH   MVED:
```

(B) BASE SCORING

```
DETAINER: (7) GREATEST              SEVERITY.......: (7) GREATEST
MOS REL.: 407                       CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE                  VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                   AGE CATEGORY...: (4) 25 THROUGH 35
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
```

(C) CUSTODY SCORING

```
TIME SERVED.....: (3) 0-25%         PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (2) GOOD          TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE          FAMILY/COMMUN..: (4) GOOD
```

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +18  | +18  | -1       | +17       | HIGH       | N/A            | IN      | DECREASE |

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

11/28/2017

TCP84   606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      08-10-2019

PAGE 001 OF 001                                                        11:51:13

(A) IDENTIFYING DATA

REG NO..: 17601-035            FORM DATE: 09-03-2018          ORG: TCP

NAME....: PERNELL, AARON M

                                   MGTV: NONE

PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH   MVED:

(B) BASE SCORING

DETAINER: (0) NONE                SEVERITY.......: (7) GREATEST

MOS REL.: 390                     CRIM HIST SCORE: (00) 0 POINTS

ESCAPES.: (0) NONE                VIOLENCE.......: (0) NONE

VOL SURR: (0) N/A                 AGE CATEGORY...: (4) 25 THROUGH 35

EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (3) 0-25%       PROG PARTICIPAT: (2) GOOD

LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE

FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT | SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|------|-----------|---------|----------|
| +11  | +19  | -3       | +8        | HIGH       | N/A  |           | IN      | DECREASE |


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

I2

8/10/2019

FAIBV  606.00  *      MALE CUSTODY CLASSIFICATION FORM       *       02-22-2021

PAGE 001 OF 001                                                              14:22:58

(A) IDENTIFYING DATA

REG NO..: |17601-035|        FORM DATE: 03-07-2020        ORG: FAI

NAME....: PERNELL, AARON M

                                      MGTV: PSF WAV

PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH   MVED: N/A

(B) BASE SCORING

DETAINER: (0) NONE                    SEVERITY.......: (7) GREATEST

MOS REL.: 369                         CRIM HIST SCORE: (00) 0 POINTS

ESCAPES.: (0) NONE                    VIOLENCE.......: (0) NONE

VOL SURR: (0) N/A                     AGE CATEGORY...: (4) 25 THROUGH 35

EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (3) 0-25%          PROG PARTICIPAT: (2) GOOD

LIVING SKILLS...: (2) GOOD           TYPE DISCIP RPT: (5) NONE

FREQ DISCIP RPT.: (3) NONE           FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +11  | +19  | -3       | +8        | HIGH       | MEDIUM         | IN      | DECREASE |


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED


I3

Case 3:23-cv-00374-SPM Document 83-3 Filed 09/18/24 Page 34 of 45 Page ID #660
13:30:17

## (A) IDENTIFYING DATA

REG NO..: | 17601-035 |          FORM DATE: 07-23-2021          ORG: FAI

NAME....: PERNELL, AARON M

                                             MGTV: NONE

PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH    MVED:

## (B) BASE SCORING

DETAINER: (7) GREATEST           SEVERITY.......: (7) GREATEST

MOS REL.: 352                    CRIM HIST SCORE: (00) 0 POINTS

ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE

VOL SURR: (0) N/A                AGE CATEGORY...: (4) 25 THROUGH 35

EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

## (C) CUSTODY SCORING

TIME SERVED.....: (3) 0-25%       PROG PARTICIPAT: (2) GOOD

LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE

FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +18  | +19  | -1       | +17       | MEDIUM     | N/A            | IN      | DECREASE |


G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

I4



## U.S. Department of Justice
Federal Bureau of Prisons

*United States Penitentiary*

---

*Marion, IL 62959*

January 26, 2023

MEMORANDUM FOR  TO WHOM IT MAY CONCERN

FROM:          S. Byram, Unit Manager

SUBJECT:       PERNELL, AARON M
               Register # 17601-035

This is to verify that PERNELL, AARON M # 17601-035, has been confined at the United States Penitentiary (USP) in Marion, Illinois since October 7, 2021.   PERNELL has been incarcerated in the Federal Bureau of Prisons since July 28, 2015, with a projected release date currently scheduled for October 13, 2050.   PERNELL was sentenced by General Court-Martial on December 9, 2010.   PERNELL has requested my assistance in verifying his incarceration status.

We also have records from the Superior Court of New Jersey Law Division, Cumberland County, granting Aaron Pernell the authorization to assume the name Arya Milan Pernell.

This memo is being provided to use at PERNELL's discretion.

Our records provide the following information:

Date of Birth: March 27, 1987
Current Address: PERNELL, AARON M
# 17601-035
USP Marion
P.O. Box 1000
Marion, IL 62959



IS



FAirton, NJ 2020



IG



GI

I7

2023 USP Mar

2021 FCI Fairton, NJ



I8

2022 USP Mar. Softball team

Case 3:23-cv-00374-SPM   Document 33-3   Filed 09/18/24   Page 39 of 45   Page ID #665

G3







I12



2024 FCI Marianna          2020 FCI Fairton

I13



2020 Fairton

2023 USP Marion

I14





I 15