Case 3:23-cv-00374-SPM   Document 183-4   Filed 09/18/24   Page 1 of 2   Page ID #672

Anya Milton Peanut Butter
Federal Correctional Institution
P.O. Box 7007         32446
Marianna, FL 32446



CERTIFIED MAIL®

9589 0710 5270 2145 3980 18

U.S. OFFICIAL MAIL   PENALTY FOR PRIVATE USE $300

US POSTAGE (IMI) PITNEY BOWES

Correction

ZIP 32446   $ 000.00¹
02 7H
0005951527   SEP 12 2024

MAIL CLEARED
US MARSHALS

MAIL CLEARED US MARSHALS

Clerks Office
750 Missouri Ave
East St. Louis, IL 62201

Legal Mail



RECEIVED

SEP 18 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE