UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON PERNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-00374-SPM |
| vs. ) | |
| ) | |
| DAN SPROUL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT REPORT AND MOTION TO STAY

COMES NOW Aaron Pernell ("Plaintiff") and Defendants Dan Spoul, *et. al.* (collectively as "Defendants"), hereby jointly file this report and move for an Order staying further proceedings of this matter. In support of this Motion, Plaintiff and Defendants jointly state as follows:

1. Pursuant to this Court's Order, parties have met and conferred and are aware of a pending class action lawsuit which is likely to affect the outcome of the instant case. *Kingdom v. Trump*, No. 1:25-cv-00691 (D.D.C. filed Mar. 10, 2025).

2. Parties now jointly report that they have continually monitored the *Kingdom v. Trump* lawsuit to use as guidance in this case. That docket shows status reports from Plaintiffs and Defendants as well as other motion work to advance the production of records but does not yet show any scheduled hearings or arguments indicating a near-resolution for this case.

3. Parties now request a stay of all pending activity in the instant case for 90 days.

4. Parties will file a joint status report by April 30, 2026 to include updates regarding the status of the *Kingdom v. Trump* and its effect on this matter as well as plans for proceeding.

WHEREFORE Plaintiff and Defendants hereby request that the Court enter an Order to stay all pending deadlines, and for any such further relief this Court deems proper.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: */s/ Katherine E. Doherty*
   Katherine E. Doherty
   Julie Fix Meyer
   7700 Forsyth Blvd., Suite 1800
   St. Louis, Missouri 63105
   314.621.5070
   314.621.5065 (facsimile)
   kdoherty@atllp.com
   jfixmeyer@atllp.com

ATTORNEYS FOR PLAINTIFF
AARON PERNELL, A/K/A AYRA MILAN PERNELL

Respectfully Submitted,

STEVEN D. WEINHOEFT
UNITED STATES ATTORNEY

By: */s/ Laura J. Jones* (used with permission)
   Laura J. Jones,
   Assistant U.S Attorney
   9 Executive Drive
   Fairview Heights, IL 62208
   Phone: (618) 628-3700
   E-Mail: laura.jones@usdoj.gov

ATTORNEY FOR DEFENDANTS
DAN SPROUL, et al

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2026, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Katherine E. Doherty